This transcript was exported on Dec 14, 2021 - view latest version here.

Agent Matthew Bryant ([00:03](#)):
Yes, sir.

James Garretson ([00:04](#)):
Matt, you wouldn't believe this.

Agent Matthew Bryant ([00:06](#)):
What?

James Garretson ([00:06](#)):
I have a recording of that.

Agent Matthew Bryant ([00:09](#)):
Really?

James Garretson ([00:10](#)):
Yes, I just looked back, the date, because I turned that call app off, that recording app off but I didn't turn it off til like the 25th. I have it recorded where he says he's going to kill Jeff Lowe.

Agent Matthew Bryant ([00:24](#)):
Really?

James Garretson ([00:25](#)):
Yes.

Agent Matthew Bryant ([00:26](#)):
Well, contact ... you should be getting a call. That's awesome.

James Garretson ([00:32](#)):
Yeah, I have it recorded, the whole conversation, eight and a half minutes of it.

Agent Matthew Bryant ([00:38](#)):
Really?

James Garretson ([00:38](#)):
Yep.

Agent Matthew Bryant ([00:40](#)):
Good deal. Good deal.

James Garretson ([00:44](#)):
Yeah, so I have it.

Exhibit 17

This transcript was exported on Dec 14, 2021 - view latest version here.

Agent Matthew Bryant ([00:47](#)):
All righty. Two can play at his game.

James Garretson ([00:50](#)):
Yeah, I have it. All right, bye.

Agent Matthew Bryant ([00:54](#)):
Bye, bud.

James Garretson ([00:54](#)):
Okay.

Exhibit 17