This transcript was exported on Jun 21, 2021 - view latest version here.

James:        Can we sit in a chair?

Rebecca:      Yeah. Let's do it with a hand up, in slow motion.

James:        That's pretty amazing. Because I was an angry James Garritson back then. How's it going, John?

John:         I'm fine. Nice to meet you. How are you, man?

James:        I'm wonderful.

John:         I love the girl.

James:        Have a seat, man.

John:         This is nice.

James:        Yeah. Sorry. It looks a little office.

Rebecca:      Yeah we do. Can we go someplace a little quieter?

James:        We can go to the back of the restaurant if you want.

Rebecca:      Or out on the boat?

James:        I don't care. Whatever you want to do.

Rebecca:      Would you be good to do that?

James:        I'll do whatever.

Rebecca:      And then we can put a mic on you. Let's go out because it's so loud here. It's going to really hard to use the sound.

James:        All right. Let's do it.

John:         Here's some text messages involving her that I want to go through.

James:        Gotcha.

John:         It's just that he was asking for her. Like, is she going to be there. He was kind of a perv to me.

James:        Really?

John:         Yeah.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      See, I didn't see all the text message. I only seen what I said. I never seen what other people said.

John:       Yeah.

James:      But I did get weird questions all the damn time.

John:       Yeah.

Rebecca:    I think we can go out on the boat. I'll charter it for a couple hours.

James:      Yeah. Whatever you want to do.

John:       Yeah I know. I got you.

            Got good melatonin or whatever this shit is.

Speaker 2:  Ready to go.

John:       I had just gone to sleep finally. Because it was just a hot hotel room. Even though it was a nice hotel. There's a code on thermostats to be able to go down to 60, I saw on TikTok. So I had just set it down to 60.

Rebecca:    60! That's cold.

John:       Oh, I love it cold to sleep, but the room was hot. And so I was asleep probably 20 minutes and the alarm started going off and I thought it was the whole hotel. And I walked out and it was just my room. I was up an hour changing rooms and stuff.

Rebecca:    Those are lobster traps?

James:      Those are lobsters and stone crab traps. The stone crabs are the black plastic ones.

John:       So what got you out here?

James:      I've done jet skis the last eight years in the Keys. I used to have several spots down here. And then when the hurricane came, I lost a bunch of equipment and then just went through a midlife crisis and went back to Oklahoma. And that's where my life went to hell.

John:       Yeah.

James:      And then the Keys... You get burned out down here too, because you're on the water all day. The reason it's sitting kind of weird is, he put gas only in one side the other day.

            There's my tour. There's my tour right there.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:        Yeah, I think that's best.

Rebecca:     I want to see the two of you on a jet ski.

John:        It can happen.

James:       You ride jet skis John?

John:        Yeah, for sure. I've got one behind my house.

James:       Oh you do?

John:        Yeah.

James:       There you go.

John:        As long as we can get Eye of the Tiger back.

James:       Oh we can do it. Yeah. Jared, he's a spear fishermen and then me and him worked on our shark boat together.

John:        What'd you think about Carole stealing your thunder with your soul?

James:       I hate Carole with a passion. Like every day I found out more and more. Like the 2015 email contact, that's kind of disturbing.

John:        Did you not know about that?

James:       No. A lot of this stuff, I feel like I've been played a lot because I didn't know Allen Glover and Jeff Lowe were tight. Nobody ever told me that. All I was is to go in there, ask her questions and I didn't know a lot of this stuff. I didn't know he was a long-term employee and then every day man, I think Jeff Lowe instilled all of this in his brain because I know he coached them on what to say, because Jeff Lowe told me he basically, "Yeah no, Allen, you were in Florida. You were in Florida." And a lot of the stuff-

John:        Allen blames Jeff for all of it. So he committed perjury repeatedly.

James:       And I thought a lot of that, and I didn't know a lot of this stuff when all this was going on. If I ever had to do it again, I would have never done it. I straightened my life out, but this thing was hell, being the biggest rat and all.

John:        Yeah, no. I bet.

James:       It was hell on me. I had people calling family members, harassing them over this shit. And now it's all settled down. But then when more of this stuff comes out, I trust Rebecca but I don't trust Eric Good.

This transcript was exported on Jun 21, 2021 - view latest version here.

| | |
|---|---|
| John: | Same. |
| James: | I don't know. I don't want to restart all over again. |
| John: | Right. Well, you know- |
| James: | And I hear it all the time that me and Jeff set them up. |
| John: | You did, you just didn't know you did. |
| James: | Yeah. I didn't know I did. |
| John: | And we'll get into this. But everybody had various guns to their head or pressure on them. |
| James: | Yeah. |
| John: | And it was all to dance a dance that was pre-orchestrated by Brian Green, Dan Ash, all the whoever. And I'm going to ask you about kind of some of the history of it. |
| James: | I didn't know I was being played. And then when I was told different things, like when I heard somebody was collecting souvenirs of Joe's upstairs and they would never tell me who it was. So somebody up above was pushing buttons on Matt Bryant. |
| | Because he was talking to me like he was all stressed out, "my boss" or whatever. |
| John: | I mean, Amanda Green was on so many of the messages early on too. And she was the one that loved the trophies from what I've been told. Who's now a federal judge. |
| James: | Yeah, which is scary. |
| John: | And she's not the appointed kind of federal judge. She's the magistrate and magistrates are chosen by other federal judges, essentially. |
| James: | Which is kind of scary for me because you know, now you've got a lady that's a judge. And then you got Matt Bryant, I think he's above somewhere. And like I said, I try to reach out to him last week and he never responded. |
| John: | Yeah. He left Jeff cold. He kept walking Jeff through, you're going to be fine. You're going to be protected. You're going to be blah, blah, blah. And then of course now they're after Jeff. I wouldn't be surprised- |
| James: | But it's Matt's guys, Matt leads that. |
| John: | Correct. |
| James: | Yeah. So that's- |

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       But the leader calls the shots.

James:      That's scary because that's just like them, somebody was putting pressure on the fish and game down here to pull my skis over every damn day. And I was getting cited. I was getting tickets. My crew was. I finally had to talk to a colonel last week and straighten it all out. And I was like, no, my guys don't do this kind of stuff. But people making false complaints. And I had a lot of false complaints the two months that the Keys were closed, because the Keys were closed for two months and nobody was open.

Speaker 3:  Carole Baskin for President 2021!

John:       And is that a friend of yours?

James:      That's my tour guide. Yeah. I sell these sun shirts, Carole Baskin for President 2021. I don't have it on right now, but I usually wear them and I've sold like 400 of them in last two weeks. So everybody that does a jet ski tour wants to buy one of those shirts.

John:       Yeah, for sure.

James:      And I figured she would see me. But with her, she calls me up. What I don't like is the mystique of, I conspired with Carole, I conspired with Jeff Lowe. I want that to be put to sleep.

John:       How many times have you ever spoken with Carole?

James:      I spoke to Carole one time and I spoke to Carole at a ... she used to go to the fish and game hearing conferences. And I spoke out against her. We had a few in 2006. Rebecca is going to send you that link that she sent.

John:       So '06 was over that animal bite.

James:      Yeah. So that animal bite didn't even happen on my watch. It happened at a facility in Oklahoma. I boarded a tiger there for a breeding loan. It ripped the lady's arm off. Carol's inspector or her supervisor over the USDA, Gregory Guy, took it. Just demolished me. I couldn't afford to hire a lawyer because it's federal court. You can't win in their courts.

A friend of mine, Doug Terranova, just won in their courts and their judicial officer overturned it. Said the judge wasn't qualified. So you can't win in their courts. So Carole caused me a lot of aggravation, but when the Tiger King was done, I wanted to go see the place. I actually talked to Howard a couple of times by text message and I actually wanted to go see the place and they invited me out.

They bought me dinner one time. And Carole just sat there with a mean stare, didn't say anything.

John:       When was that?

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      This was probably a couple months after the Tiger King came out. And then other than that, I looked at their place. I saw how bad it was. I just wanted to see inside the place because they would never let me in, prior to Tiger King, or prior me to putting help put Joe away.

John:       Right. Right. So again, tells you something.

James:      Yeah. So in this industry, everybody changes sides whenever they want to change sides. I met with him the one time, had dinner and just left. And he wouldn't take me to certain places at the place. He only took me to where the big cages were. He says "Oh, we can't take you to that area. We can't take you this area." So he just-

John:       Showed you the best.

James:      Yeah. He showed me the best of it.

John:       Have you been to Antle's facility?

James:      I haven't been to Antle's facility since 2005. Antle dumped three cubs on me in 2005, I dealt with them for about a period of six months. I told the fish and game that what Antle wanted me to do is, he was trying to hide cubs. He's killed cubs for a lot of years, but I told the fish and game that the cubs were born here, which was a lie. And there was some problems over it. A guy named Ken Holmes, he can tell you. He was my inspector at the time.

            But yeah, I took in three cubs for Antle. And then after that I said no, because he was dumping animals everywhere.

John:       Right. Once they aged out?

James:      Right when they aged out, he would dump them. And the deal is, he would give you three to four orange ones. If you took three or four orange ones, he would give you a white one. That was his whole deal. That's when white tigers are kind of rarer than that. And then I actually seen Antle's breeding facility and stuff. And it's horrible. It's a little basement. Did you ever see the basement at Antle's place?

            Horrible. It's like 12x12 stalls, two tigers in it. Dark, big cockroaches everywhere. But only a few people are allowed to see it.

John:       He describes it like a wonderful-

James:      Oh, it's not. That guy has dumped more cubs, hundreds and hundreds and hundreds of tigers. So I'm no fan of Antle either because I know what he does

            The whole animal industry was just so corrupt.

John:       How did you get in it?

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      I actually worked for a guy named Doug Terranova. I took care of his elephants. He was actually Joe's running mate in his presidential campaign. Doug's a really good guy. USDA just pounded him. He won in court. The judicial officer overturned it. He just lost his license. He's a real good guy.

Because Joe wasn't always a bad guy. After looking at all of this, I think Carole Baskin pushed him into a point-

John:       Once you got a million dollar judgment against you and you just, she was stalking him. It was just a bad scene, the money.

James:      And you got to get whatever you can. And then you got to sell whatever you can sell.

John:       But surrounded by methods, like it was just a bad deal.

James:      And you know what, I'm kind of pissed off these days is, a lot of the stuff that Joe's in there for John Reinke should have been charged for. And they just left him alone because they felt sorry for his legs.

John:       Well, they only wanted Joe.

James:      Exactly. Well when I first started, when I signed up to work with them and cooperate, it was about everybody. And then it just started changing every week.

John:       The way that it worked out is they needed dirt on every single person to be able to roll on Joe. And so they started with a big net, at least for pretend, like John Finley. Jeff talked about videos that was John Finley, allegedly having sex with a goat-

James:      And nobody's ever seen anything.

John:       No, but in the text messages between Jeff and Bryant, he's like, oh great, we can use that. And so I guess they went to John Finley and said, look, we got you for bestiality. You need to cooperate. Whether they got you for lemurs or whatever else, you got to cooperate.

James:      They told me the day of the trial, they could still charge me for the lemur. I didn't care. It was a misdemeanor. It wouldn't have been that big of a deal. And it was their idea to bring the lemur up because they wanted me to go there and get Joe to forge the paperwork on camera. And that was kind of shitty but they were just like-

John:       How long have you been in the animal industry?

James:      Oh shit. Since '98. Longer than Joe. Probably a couple of years before Joe, maybe '97.

John:       What got you started?

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      I bought a lion cub out of the Dallas Morning News in actually '97 out of the Dallas Morning News.

John:       To exhibit or for personal use?

James:      I was a dumb kid. It was for sale for like a thousand bucks. I was like, that'd be cool down the line. And then I didn't have anywhere to put it and I had it in an apartment, it started eating my whole apartment up. And then I met Doug Terranova, which exhibited animals. He housed her for me. Because it's a female lion. And that's what got me started.

            I've done some circus stuff. I've done exhibiting on my own fairs, so I'm kind of just-

John:       What's your involvement now?

James:      None. I have some animals at different places. Brittany has the USDA license.

John:       Is that legal for her to have it, or I guess, would they come after you because of your issue?

James:      If I said something about Matt Bryant and it got out, they would pound me, 100%.

John:       But isn't that fucked up?

James:      It is. Is it truly is, but I don't exhibit or anything that's regulated. I guess she just renewed the license I don't know, two days ago. But if I'm on team USA, I'm on team USA. It doesn't make any sense. It's not right.

            But if I was to speak out, and I have before, and I was kind of handed, it's best to keep my mouth shut, by my attorney and watching them.

John:       Help me understand. So everybody talks about the lemur, but you were paid to be a confidential informant?

James:      No, not at all.

John:       Well, you were offered money and then it went away to taxes.

James:      No. Okay. Only thing I was ever paid was my travel to court. That's the only thing I was ever paid is $381. And my old USDA fine, they took it because I owed the USDA money. Because I owed them $40,000. Well, I would never pay them because I told them even if I'm in a position to pay-

John:       Oh. From the judgment back in '06.

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Yeah. So I won't pay it. I won't give them any money ever. They can lock me up, whatever they want to do. But yeah. So they took that. I got a letter saying, you owe a government debt. Here you go.

John:       Did any of that come up between you and James?

James:      No.

John:       I mean you and Bryant?

James:      No. The USDA stuff, no. My involvement with him was just, I was kind of like his bitch. He would tell me, do this and this. And I did it. And I didn't really start second guessing until the end.

            I didn't want to go to court. I wanted to just go somewhere. I didn't want to go to court. And I even told Joe's attorney, is there any way I can get out of this, because I didn't know what to do. I couldn't find a federal attorney that could give me any advice at the time, nor did I have the money to do anything.

John:       That's the other advantage they have is nobody-

James:      I didn't have the money, I was getting kicked out of my house. I was losing everything. I didn't have any money, couldn't pay my mortgages, it was in bad times. And it seemed like everyday I worked for them. This went on for a while. Every day, text messages, this message, it sucked. The whole thing sucked.

            What kept me doing it is, Joe and Greg Woody. Greg Woody was the one that was parting all these animals out. Like when Joe left, all his prize ligers and stuff went to Woody's. All Woody does is skin and kill stuff. And that's what kept me going, is all them animals that they were skinning and killing. Because every time I'd go out to Joe's more animals would be missing. And that's the only thing that kept me going for them. But the murder for hire, I think it's all bullshit.

John:       Right.

James:      And the FBI agent, I was told what to do, just go introduce this guy. The minute I introduced them, they started talking, but this guy looked like, I don't know if you've ever seen that guy. He looked like a thug. He's all tattooed. And Joe was real weird if he saw tattoos on the face, he just assumed they were killers.

John:       Well, and Joe, I mean, again-

James:      And then Allen Glover had the tattoo.

John:       Right. Joe, you've said it repeatedly, you don't know what's true and what's not true with Joe. Like he always had some hustle or some something. And it's just hard to believe that he would live this so publicly, wanting to kill Carole on video.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:        And there was a lot of the stuff that I kept my mouth shut on that was going on out there animal wise and stuff. And yeah, he was too open about it because if you walked up on the streets he was like, "Hey, will you go kill this bitch in Tampa for me?" And then when he started making payment arrangements and trying to sell a cub for the down payment, I didn't think it was ever going to happen.

              And there was a while that I just left it alone and then the feds would start on me again.

John:         Yeah. No, they do. I mean, it's true.

James:        We can get them interested again.

John:         Your text messages, it is the definition of entrapment.

James:        There was a while I left them alone and I was trying to just let it all go away. And then they had sent me another text and then Matt would always say his boss, "my boss."

              But yeah. So I don't know. I started having different mixed emotions.

              Is it better to keep it running or just,

Speaker 1:    it doesn't matter.

James:        It doesn't matter? You good?

              But yeah. I don't know. I mean the whole thing. And then when I found out Glover was a long time employee, and then I found out Jeff was trying to make Glover say certain things so he could record it to give it to Brian?

John:         A hundred percent.

James:        I know that all happened because Jeff told me. He's like, "No, Allen, you're in Florida. You this, you that, and I'm going to get you a deal." And then Jeff Lowe is the one that's started threatening Glover to try to get him to flip.

John:         Glover goes through all that. Glover cries in my interview with him, because he felt so damn bad and perjured himself so much.

James:        But every time I seen Glover out at the park, he was drunk. He didn't even know his name. All he would talk about is hookers and pills. And then the whole thing about me.

John:         Do you know how Glover has you saved in his phone?

James:        What?

John:         Pussy.

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Pussy? Yeah.

John:       And it's not because he's calling you a pussy, but apparently it's a connection.

James:      Oh okay.

John:       The verb.

James:      So here's what happened with the whole thing why I had to text Glover so many times about pussy. I was told that I had to track Glover's every move. That it was my responsibility to make sure he didn't get on a bus to go kill Carole. So that's why I was always texting him because I had to track his whereabouts. They couldn't get a ping order whatever that's called, to do whatever with his phone.

            So I had to track Glover down at all times. And for like two weeks there, we were thinking he's leaving on Friday and go kill Carole or was told. I knew he wasn't going to go kill Carole. I knew the guy was just a drunk. He gave him three grand, he'd go get doped up and drunk. I pretty much knew that.

John:       He'd gotten his Social Security cut off. So he just needed money and a way out.

James:      Well, he told me he need to get back to South Carolina, Glover told me this one time, to fix his driver's license. And he did tell me that one time at the park. So he did tell me that. And then I told the feds everything that people told me and they didn't like some of the things that I'd say.

John:       Right. They kind of steered you away from it.

James:      No, they didn't. And they wanted me to go in there and do certain things and to meet their element and we've got to get cash. We've got to get money. Money has to change hands.

John:       How was that not extortion. I mean, how was that not entrapment?

James:      Getting money has to change hands. We can't do interstate and we don't have money, call on it and see if he sold the cubs yet. So it was like a was a fucking role player. And I wasn't. So it was pretty swirly.

            The thing is, if this goes public or whatever, then it's IRS on my ass.

John:       But is that how it's supposed to work? I mean, to me-

James:      It's not.

John:       Justice is supposed to be ... the Department of Justice isn't supposed to be this biased thing. Shit, I represented Omarosa against Trump, I know how it works. She wrote a book. But it is.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Yeah. It shouldn't work that way. But like me being on the one side of the USDA, even though that is kind of administrative, but they do make your life hell if they single you out. If you say one thing wrong to an instructor or you challenge them, which their book is open to interpretation of whoever wants to.

John:       Correct.

James:      There's no fencing requirements. There's no this and that.

            If you challenge one or you get on Gregory Guy's bad side, you're done.

John:       Who's Gregory Guy?

James:      Gregory Guy is the supervisor over the whole middle part of Florida, Carole Baskin's bitch. And he's way up in the USDA.

John:       So you've got the Department of Interior, you've got USDA, you've got all the government agencies. How do the private, whether it's GFS or AZA Dan Ash, all that. How does that fit in?

James:      They're all scumbags. Okay. So everybody should have equal rights to own whatever they want, as long as they have a USDA license. Well, you got Carole, you got PETA, HSUS, Carole. That's the order. That's the pecking order. Those three people run everything because they want to control the money. It's all about money. It's not about who gives better care, quality care, because those GFS, they have, they lead in accidents. They lead in deaths.

            But Carole has the USDA and everybody in her pocket. So if you're not in those fan clubs, you were a target and it's been that way for years. It shouldn't be that way. But I've been on the receiving end, like PETA.

            PETA doesn't give a shit about any animals. It's just a money grab. And if you speak out against Carole you're on the hit list.

John:       James, you wouldn't believe the emails from 2015, '16, '17, where it's AZA, GFAS, PETA people, and Green and Bryant and Baskin.

James:      Really.

John:       I mean, some combination thereof, years before this, where they said, look, there's a message and I'll send it to you. There's two messages from Howard Baskin to Matt Bryant in 2015, where they discuss infiltrating Joe's park and sending somebody in and how it would be easy because he's just got a bunch of meth heads. They just don't last long.

            And he compared that to sending somebody to infiltrate Doc Antle's park, which he said would be difficult because he has that family core.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      He's smarter.

John:       Yeah. That was 2015, man. And so you can't tell me that they weren't intending to take down what they considered the biggest-

James:      And Joe and Doc were the biggest breeders. And Joe, everybody liked more because Joe didn't give a shit. If he had cash, he bought a cub. So Joe was the biggest target.

            Yeah. So I mean, that's very disturbing. Because I think Matt's an avid hunter and all that stuff too. PETA, it's all about just a money grab, control, power. They're going to take everybody out. And I was told through certain people that Doc Antle, he's about to get it. He's going to get it hard.

John:       He's lawyered up. He's actually paid for real lawyers, which is good.

James:      But it's the government, though.

John:       What do you do? Everybody for instance, even while you and Jeff were both communicating with Bryant, I know at least he was going behind your back and giving Bryant information about you.

James:      Oh yeah, yeah. Yeah.

John:       And so it's like-

James:      And the thing about Jeff, Jeff can not tell the truth. That's established. And with him, he would always go and praise Bryant. Bryant's the best. And then he thought Bryant, with the relationship they had, would keep all pressure off of Jeff. Jeff thought he had a free dinner card. I mean, he just thought he had carte blanche.

John:       I think that's true. He'd admit that.

James:      When Joe went away, Jeff just started selling cubs and just like Joe did. Probably on a bigger scale.

John:       Did Bryant try to get Jeff to sell you a cub? Or was there some conversation there?

James:      No, not to sell me a cub, no.

John:       Or to give you a cub?

James:      No, not at all.

            I didn't want any cubs. All those tigers that got stuck with, they were part of the investigation. The ones I got stuck with, they were all from Joe's. They all had deformities and stuff.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:        So there were three or four cubs that you got from Joe?

James:       There were six? No, from Joe.

John:        And some were kind of payback for the pizza debt.

James:       Yeah. I loaned him like 10, 15 grand. And they would always approach me like, oh man, can you cover my liquor? And Joe would come out there and says, man, I can't pay the electric. Can you help me? All right. You're not a few bucks. It's hot, but nothing big. And then as soon as I couldn't do anymore, then they just lose contact with you. And then Jeff saw me at $24,000 load of toasters that were worth about $300.

             And then I parted ways with him because you can't trust any of them.

John:        Do you know anything about ... and I want to get on that side deal. But Jeff's brother screwed over Allen hard on something.

James:       I didn't even know Jeff had a brother. Jeff would always say that he was ... because in the industry, everybody knows everybody. Like people know me because I've been around for awhile. A lot of people don't like me because I'm not in the little clique. I do my own little thing. I don't team up with people.

             But nobody ever heard of Jeff Lowe owning animals. So Jeff Lowe just popped out of nowhere. Like I never heard of Jeff Lowe at all. And he just popped out of nowhere. So I kind of thought at one time that he was a plant, somebody planted him because nobody ever heard of him.

John:        I don't think he was a plant. I think he became a plant. I mean, he got in that Vegas trouble and then had other issues. And then of course buying the park, he inherited issues, they had all sorts of leverage on him. And then again, Jeff being the ultimate con man, he thought he could talk his way-

James:       Through Bryant and Bryant would protect him, and then Bryant turned on him.

John:        I think Bryant promised he would protect him, but Bryant lied a lot. And federal agents are allowed to lie.

James:       All of them lie. I didn't understand, whenever I went to the trial prep, I didn't understand that. It was like I was being schooled on what happened and when it happened and stuff, and it was pretty much like they were just instilled in me. Well, this happened, that happened.

             And it was on a Saturday. It was all day on a Saturday, like four or five hours.

John:        Who was there?

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      It was Matt Bryant, Amanda, and Charles, the assistant. And then whoever their secretary is.

John:       So they were kind of leading you to your answers.

James:      Yeah. Yeah. They were just trying to coach me. It was more like a coaching session than anything.

John:       Right. Is that how it's supposed to be?

James:      I didn't think so. But I mean, I don't know. I've never been in a court in federal court other than the USDA court, but that's like-

John:       And then at some point they brought up the fact they had you under subpoena.

James:      Oh yeah. Yeah. They shoved that in my face a couple of times. You don't show up to court, you're going to go-

PART 1 OF 4 ENDS [00:33:04]

James:      Yeah. They, shoved that in my face a couple of times, "If you don't show up to court, you're going to go to get arrested." And at the time I didn't have the money. So if I was arrested, I'd have been sitting in there because I didn't have any money. So it would be... I had to just try to... I don't know. Yeah, I just couldn't afford it at the time.

John:       Right.

James:      I have a young child and all that stuff. A lot of people-

            [crosstalk].

John:       Yeah, how old was... and I don't want to get into your family life, but how old was your kid when all this was going on?

James:      Oh, my kid was two.

John:       Oh, wow.

James:      Yeah. He's here at the dock, he's five now.

John:       Cash?

James:      Cash, yeah.

John:       That's cool.

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Yeah. So, I had him to think about and I had my hands full. So, I just went along with the program. Now, if it would've happened these days where everything's kind of going good for me, I'd be like, "Fuck y'all" and hire a lawyer.

John:       Right. Which is... I mean, Rinky was the only one that kind of was like, "Look, I'm not talking." And for possibly right reasons. But he was the only one that didn't talk. If I'm the trial lawyer... I mean, how did Jeff not go to trial? How do you have this trial, the criminal trial of Joe Maldonado passage, and not have Jeff Lowe there?

James:      How many times have I said that? I've said that a hundred times. Because, I know why and I was told why.

John:       Why?

James:      He can't tell the truth.

John:       Right.

James:      Amanda Green told me that. If, Jeff Lowe gets on the stand their case is gone because he cannot tell the truth about anything.

John:       So they put Allen on, who had Jeff's script that he was told to go to with. Did you hear the comment about Allen saying... were you there part of that where Allen was told he'd be the richest man in prison if he stuck up for Jeff? Did you hear about that?

James:      No.

John:       Yeah. So apparently there was a conversation between Jeff and Allen where he said, "Look, keep my name out of this and even if you get arrested, you'll be the richest man in prison."

James:      Really?

John:       Yeah.

James:      I never heard that, no.

John:       Yeah. Allen brought-

James:      I never really... I never communicated with Allen other than the text messages. I never met him outside of... with no recordings or none of that. So, I was kind of sheltered because remember when I was going through all this Jeff Lowe wasn't there, Jeff Lowe was in Vegas. So he-

John:       Right.

James:      It seemed like he wanted to get out of town, let all this transpire.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       Right.

James:      Because he knew Joe would self-destruct. Because Jeff Lowe, when he blew up and said he was embezzling, that was the business arrangement with Jeff Lowe and Joe. Jeff Lowe was only the front man. Joe still controlled all the money and everything.

John:       Right, right.

James:      But when Joe quit sending and Jeff low money, that's when everything blew up.

John:       Jeff says he had the... I guess he had the-

James:      Jeff Lowe's never had any money.

John:       It's all fake?

James:      He's never had nothing. So he's just... that's what he does, because I know a couple of guys that lived down here that were victims of a Joe Barr. He lives down here and he was a victim of Jeff Lowe. He's the one that bought all that liquidation placing in [Euford].

John:       Right.

James:      And he almost lost everything

John:       That's how he picked up his felony, Jeff.

James:      Yeah and then there's that Justin Hicks guy that totally hates Jeff Lowe. Jeff Lowe burned one of his good friends, like 300 grand. And this guy has a vengeance that when he would information site, that guy named Justin Hicks-

John:       Drives him crazy.

James:      That guy.

John:       Oh, he's the one that posted on one of my comments.

James:      Oh, yeah. He hates Jeff Lowe because Jeff Lowe took 300 grand from some guy, broke them and then the guy tried to commit suicide and it was one of his close friends. So, that guy is going to be the death of Jeff Lowe because he's not going to stop.

John:       Yeah.

James:      And that guy's just a vengeance because I didn't know what he was, like if he worked at the park or what. But now this guy has a... Jeff Lowe's took a lot of stuff from a lot of people. And so did Joe, I mean, Joe would always get 50 grand wired from people and promise them percentages. It's like the pizza joint I did and he didn't ever give me a

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

dollar. And he would always tell me it's closed and Jeff Lowe would say, "Oh no, it's not. It's open." You know he would... they would totally put me in the middle of a bunch of bullshit. You know, it was... I don't know. I don't know really what to think.

John: I'm looking at my notes on PETA in the ESA, PETA touts and see.

James: And you know, Joe and Jeff, they were all working side deals with Brittany Pete.

John: Huh?

James: They were all working side deals. Joe was trying to sell Brittany Pete the park. Joe was trying to get Brittany Pete to call Carol and say, "Hey, drop the shit and give Joe a couple of hundred grand to tear off."

John: There was a recorded call between Jeff and Joe, guess who recorded it? That, I got. Part of it was played at trial part of it wasn't. But in it, it's, it's crazy how much they loved and hate each other, pretended to love each other.

James: Oh, yeah. Yeah.

John: But they both said they love you in the beginning. And then Jeff's kind of trying to get him to talk about Allen. But Joe was like, "I want out of this." That's where Belize came from. He's like, I can't afford to go to Belize but I need to go somewhere and just get out of this. Let's just give it one more run, one more cash grab and then just get out of here.

James: Yeah, yeah. And then Jeff will say... I called Carol and left a message. You've probably seen that. And the deal was, is me to sell the park and get whatever the amount Jeff was going to pay me, which was perfectly legal because Jeff owned the park.

John: Right.

James: And then Jeff changes his story, he says that I was calling to warn Carole Baskin to stay off bike path. The bike path was Jeff Lowe's idea in the first meeting where Joe wasn't even... in the back room, playing whatever he was doing.

John: Let's talk about that.

James: Yeah.

John: So, who was that the kind of Google map meeting?

James: Okay. That's the original meeting. That was the first meeting about this whole Carole Baskin stuff. So we were in Joe's office, but Joe is in the back behind a cubicle where he couldn't even really hear us. Jeff Lowe was sitting at the desk. Jeff Lowe was pulling up Google map, map images of the bike path and Carol Baskin's real house that she lives in that's several miles away. And then it was just me, Brittany, Medina and Jeff Lowe. And Joe would only respond... Jeff Lowe in one time, said, Hey, do you have that file on

This transcript was exported on Jun 21, 2021 - view latest version here.

|  |  |
|---|---|
|  | Carol? And that's the only time Joe stood up, "I got that bitches file right here." And then slammed it on the desk and they went back to his little... |
| John: | Yeah. |
| James: | I think he was on the phone and half the time anyway with other people. So, the whole bicycle park was never mentioned or path. And the way to kill her was never mentioned by anybody other than Jeff Lowe. |
| John: | Same thing with Allen, I mean Allen was Jeff's connection, wasn't it? Did Allen ever come to you and say, "Hey, how do I kill somebody?" I mean it- |
| James: | No, see I never did. So when I was trying to introduce the agent- |
| John: | Right. |
| James: | Okay. I showed up one day and Joe tells me, "I think we got this problem fixed." We're going to use... I'm going to use Allen. And I'm like, "Who's Allen." And then he walks up with a weed eater, and then whenever Allen leaves with weed eater he's like, "That stupid motherfucker can't cut grass. He's a piece of shit but I think he can pull it off." So, I didn't know that was a long-term employee and I didn't know the whole deal. I seen him at the park one or two times, and he was always drunk. He always ranked of nasty vodka or whatever. And the most times I seen him was wasted. And then the only other time I've seen him was at court |
| John: | Ashley Webster. Do you know who she is? |
| James: | Don't know her. |
| John: | Okay. She's commented on some of your posts. She's Beastmaster. |
| James: | Okay. I have talked to her, one time recently because Tim Star told her that she was right. I don't know how you tell somebody they're right, did not [inaudible]. So she asked me if I ever seen any pictures of her. I was like, "I don't even know what you look like. I never seen you." But supposedly she was out there when I was there. I never seen her. And then she told me some things that were like, "Well, Joe would take me to dinner." And all this, every night. Joe hates women. Joe doesn't even want to be six feet from a woman. Because even when I'd bring Brittany out... he just hates women, you can just tell he cringes at women, besides Rebecca. |
| John: | She told PETA and she told the Baskin, I don't know who she talked to first. But I think she left a message on Howard's voicemail, that they were abusive to animals, that they were trying to sell Cubs for $45,000. It seems a little bit high. And that she had been approached within a couple of days by Jeff, Lauren and Joe to go kill Carol. |
| James: | They wouldn't approach her to do it. |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:         That's a stranger.

James:        Not, nah. I mean, I could understand if she was all tattooed up and looked like she just got out of jail or whatever maybe. But that's when you're at the point where it's like, is Joe really this stupid? Because, he's asking everybody.

John:         Right.

James:        And like Mark Thompson. You know Mark Thompson, right?

John:         Yeah.

James:        Okay. That guy, he's a crooked cop. He would run people's tags. He actually called the town I lived in pretend Joe's discretion. "Call your buddy over there and wrangling and fuck James." So he was just a crooked old cop. But he never went forward and said, "Hey, you Joe there's a lot of stuff happening." I don't think that Ashley Webster is credible at all.

John:         So when they started looking for an informant, it was because of Ashley Webster's murder for hire.

James:        Yeah. She started the whole-

John:         She started the whole thing.

James:        But she had Howard on... well, you know you don't know what you can believe by everybody. But people that know her told me that she talks to Howard every day, like on speed dial.

John:         Right.

James:        So I don't-

John:         And I saw some post or something, somewhere, and it might've been one of your interviews, that they're thankful for her because I guess she started it. But my whole thing is-

James:        I'm not thankful for it. She's the one that fucking wrecked everybody's lives.

John:         Right. And, nobody knows her name really because she was... She didn't show up for trial. She had PTSD.

James:        I wouldn't even know what she looks like I mean, I've never seen her. I've never heard her name mentioned.

This transcript was exported on Jun 21, 2021 - view latest version here.

John:          She essentially was recruited by Jeff and Lauren, and then wound up either in Allen's trailer by assignment or Allen's trailer for convenience. Allen told me he fucked her. There's a text message-

James:         She's got high standards.

John:          Right? How does Glover get so much? But-

James:         That guy stinks too, I mean he was...

John:          He smelled okay the day I saw him.

James:         I've never seen glober suber, Glover sober.

John:          Yeah.

James:         Every time I saw him, he was wasted.

John:          I think he was sober. He seemed sober, he seemed with it. But, Jeff has a text message that didn't make the ones that the governments forked over where Jeff is... no, Lauren says to Bryant, "Oh my God. Allen was fucking Ashley." And Bryant responds, "Do not text stuff like this." Again, it just reeks of hiding evidence. Because here you have the original hit woman, right? And the ultimate hit man, right? Having a sexual, relationship and that's not disclosed. It might be irrelevant, but let a good lawyer tear them apart about it.

James:         Yeah. I mean, I think a lot of stuff's really stinks. I mean the whole judge thing to me is just like, oh my God.

John:          Tell me about that.

James:         No, well where the same judge's a Baskin on a civil trial. Because, with Joe and Jeff's antics that will drive any judge crazy. So that-

John:          Right. He had no leash left.

James:         Yeah. They weren't able to get anything in. Okay so-

John:          Even during your testimony.

James:         And I'll tell you, and I want to come clean on this too because I don't really give a shit. Okay, so I had a credit repair business for 20 years, still do. So I had a friend of mine one time that wanted to sell some Care Credit office care credit, which is legal to do it's his card. He wanted 50 cents on the dollar. So Joe was having an affair with another kid named Dylan. Not this Dylan-

John:          Dylan West.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          Another Dylan.

John:           Yeah.

James:          Had a broken tooth. I called my guy, he's like, "Whatever, help him out." All right. And then they bringing this up as I'm the biggest fraudster that ever lived. If I was a bigger fraudster that ever live, I wouldn't have to file bankruptcy. You know, I'd be able to pay some fucking bills. And, I would have answered on the stand but his lawyers couldn't get anything out because if Amanda didn't want it to be out, it's not going to be out.

John:           So she got in all sorts of... so hearsay is an out of court statement that occurs, essentially. And you're supposed to be able to object, but there's a bunch of different exceptions and definitions that allows hearsay in. She put in so much hearsay of the conversations between you and Bryant, you and Allen. And then he gets up there and he tries to introduce the text messages, and the judge is like, "No, no, no. I think that's hearsay." Which was completely opposite-

James:          Well, I can tell you something about text messages and this is probably help you out a lot. Yeah. I don't even know if I should say this on camera though. We can send them whatever we wanted to.

John:           Right. Well, and there's a text message between -

James:          Nope, nobody. Sorry. I just got to get this.

John:           Yeah, go for it.

James:          Hello? No, there's another 14 passengers plus crew, 16. Well we can do a couple of jet-skis in the snorkel boat.

                Okay, yeah I will. When are you going to be at the dock? Okay. I'll call you as soon as I get done. We're almost going to get down [inaudible] but I'll call you in just a few minutes. Rebecca and the judge, lawyer. John Phillips.

John:           The ambulance chaser.

Rebecca:        Is that Brittany?

James:          Yeah.

Rebecca:        Am I going to finally meet her?

James:          When are you going to be at the dock? Yeah, you'll meet her. So-

John:           Text messages.

James:          The text messages, so I didn't have to send off, I'm not saying I did this, but-

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        You almost did.

James:          Yeah, I sent the text messages. Nobody ever subpoenaed my phone records to make sure everything was authenticated. No.

John:           So they just got the screen grabs you gave them? That's fucked up. You still have them?

James:          Okay. Here's the deal. I have some phones. Hello? Cashin's with Heidi. All right, bye. Okay, so I had two phones. You remember the phone situation? So during the whole thing, I'm bad about phones. I'm always dropping them in water. I'm always doing dumb shit. So I have two phones that I probably have to send to a technology person and I was going to send them to Rebecca to have her pull stuff out of it. But I was afraid that Eric Good would get ahold of the stuff and you go into my personal shit.

John:           Right.

James:          And you don't want that. Because, I was going through marital problems and shit.

John:           No, you don't need that.

James:          Yeah. So I could probably dig into it but I was... it was weird because I thought the court would get a order and they go get all your cell phone records. That didn't happen.

John:           Yet. FBI did a lot of dumps extractions. They extracted on Allen. They extracted on Jeff's, but the extraction reports are.

James:          Not on my phone, they didn't.

John:           Huh?

James:          Because they would always... I'd always email over screenshots. I'd either send screenshots or different things. And then I had my own voice recording app, I didn't use the government's. I had my own on my phone. So when I call, when people called it just started recording. I'm not going to hit deleted at the end or whatever. So I don't know if that would help you at all.

John:           Oh it'd be... so Allen gave me three phones. Jeff and Lauren have given me five phones. The deal is, I mind my own fucking business and get just what's relevant

James:          Yeah, yeah, and I hear you on that. Are you enjoying your boat ride?

Rebecca:        I am.

John:           It's not every day you just get to around the-

Rebecca:        [inaudible] location.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

| James: | Huh? |
|---|---|
| Rebecca: | I said it's a good location. |
| James: | Prettier today, it's usually clear and pretty but- |
| John: | It's super nice. |
| Speaker 4: | Helps us. |
| Rebecca: | It's beautiful. |
| James: | But yeah, so a lot of things man. I was just put two and two together and I'm just like, "I don't know." |
| John: | Get my backpack. So you were the reason my travel weight went up. This is all your statements and your text messages. |
| James: | Oh shit. |
| John: | Yeah. |
| James: | I never even seen them myself. |
| John: | Yeah. So this is the text messages that were in evidence. You see the little sticker or the little note? |
| James: | Yeah. |
| John: | It's called a bait stamp. So some of them... some of them... |
| James: | So Mr. Phillips actually did his homework and not like I've been told. |
| John: | Yeah no, I'm pretty good for an ambulance chaser. |
| James: | [inaudible] That's what I call everybody that does car accidents. |
| John: | No, that's totally fine. I make a lot of money off car accident scenes. There's a lot of them that are blurred out on his side. |
| James: | Really? |
| John: | Yeah. So I guess I got his screen grabs because he's on the right. |
| James: | Then he got them off his phone. Yeah. |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:           So look, I can't even see what that message was.

James:          That's where he's at my storage. I'm [inaudible] he's holding a [inaudible] for me.

John:           Yeah. But there's a bunch of those, that one you can kind of see. But I don't know what in the world would almost erase part of a text message.

James:          That's kind of strange.

John:           It's not like a copier.

James:          But wouldn't they go to my carrier and get all my-

John:           So carriers only hold them for a limited time. So it looks like they just took his versions. Like that one, just completely-

James:          Just wiped out.

John:           Completely wiped out. And you know, there was some comment that they said... Bryant testified that they laid low after Travis died. That's bullshit

James:          No actually I was blowing them off for a while after that.

John:           They were trying.

James:          Yeah, I was kind of blowing them off for a while because... I mean, when I got midway man I was like, "Fuck it, how did I get out?" I mean you ask Brittany, she'll tell you. How many times did I go home and was like, "Dude, what did I get myself in too?"

John:           Yeah.

James:          I believe it. I wrecked this guy's life and he could have been a clown, he could have just been fucking around. So-

John:           Yeah.

James:          And I went home a lot thinking psychological, I was like, "What have I fucking done?" And I still to this day don't sleep well sometimes because I'm thinking about all this shit. But you got to think, the man is going to die in fucking prison.

John:           Oh yeah, he'll die in the next three years.

James:          Joe's a big piece of shit. I fucking can't stand what he's done animals, but he doesn't deserve what he got. When you got somebody that low that's just seems like he's out there just squeaking through everything, and nothing's happening to the guy.

John:           You mean Lowe [inaudible].

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Allen was the fucking hit man. And you asked two things like, why didn't the hit man take a charge?

John:       Right.

James:      I mean, why do you let a dangerous guy like that out on the street? I have a friend of mine, his name's Ryan Grant. He's a colleague in the strip bar industry. And he did a murder for hire on the mayor of Arlington, Texas. And he actually gave money to the agent like clear cut. And he got 10 years and he's already out. And then I'm thinking, the FBI they kept telling me that money has to change hands. Well, no money changed hands on the hit man, I mean on the FBI agent. And then they were telling... and then after all this is over, I was told they were going to charge him for an arson for hire too. They were going to do two murder for hires and arson for hire, you know what that's about right?

John:       Yeah, yeah.

James:      And that was Jeff's idea because she was given Jeff all these problems in Vegas, Susanna Kugel.

John:       Correct.

James:      So Joe asked me if I knew somebody to burn her house down, kill Carol and burn the house down. And that was part of Jeff Lowe because why would Joe get involved and Jeff Lowe? Because, Joe hated Jeff Lowe because he was complaining, "Vegas you know, I got to spend all this money. I've got to send Jeff all this money because it's in the cubs all the time." And to keep him out of the park because Joe hated Lauren and Jeff's not the con man. Lauren's the con man, Lauren's the one that's behind the evil. And a lot of people see right through that.

John:       Who was Amber?

James:      Oh, that's his long time... that's John Finley's ex-wife.

John:       Oh yeah, yeah, yeah, yeah, yeah. Okay.

James:      Yeah. She's the one that started the whole goat videos and stuff, but nobody's ever seen one.

John:       There's videos just with Jeff and Lauren, just super coaching her too.

James:      Yeah, she's the one that brought up the whole goat videos.

John:       What's the deal with Chelsea Putnam?

James:      I never met her. I don't know anything about her.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:          There's text messages-

James:         I know Matt talked to her on a daily basis because he has always saying, "I just got off the phone with Chelsea." I didn't know who Chelsea was. And I guess she robbed Joe's parents or something like that.

John:          Right.

James:         And she was in on a con top taking everything his parents owned.

John:          There were text messages-

James:         Kicked them out their own house.

John:          There were text messages between Lauren and Chelsea kind of celebrating, I guess either his arrest or sentencing. And she said, I've been trying to get him taken down for years and years.

James:         Really? And there's a Joe's... God.

John:          Yeah. And then his brother was communicating with Howard before this too, Yuri.

James:         Yuri.

John:          Did you ever talk to them?

James:         I never talked to anybody in Joe's family. I heard Chelsea's name on a probably every other day basis. "Well I just got off the phone with Chelsea" like she was a part of it. But I didn't know who it was.

John:          And then he was also texting with Jeff Johnson. Who's Jeff Johnson?

James:         Oh fucking kook. That guys made my life. He's the one who started all my bull shit because I wouldn't tell him things. He'd call me every day like he was a part of this case, and he wanted to be on camera. And he was the one that was going to take Joe down, and then one week later he's Joe's friend. And then he's going to take Jeff down, and then he was his friend and they're all scumbags. Like they're all just... he's a turd.

John:          He an animal guy? [crosstalk].

James:         He went to a mental ward and shit.

John:          Is he an animal guy?

James:         He breeds raccoons and sells raccoons. But Joe told me that Jeff Lowe made an advanced to him. And when Joe told them no, because Joe has a type. You either got to be handsome or have no teeth. Right. But you know it-

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        Wait, say that again. Not Jeff Lowe?

James:          No, Joe. Yeah. So Jeff Johnson supposedly made a pass at Joe and Joe turned him down because obviously he wasn't Joe's type. And, that's what started the hatred. One week he was hating on Joe, one week Jeff, one week me for not telling him. And then he accused me of setting them all up, taking down Joe and I was stealing the park because I wanted the park. I wanted no fucking part of that thing. So it's all kind of...

                It is nice out here though.

John:           It's super nice.

James:          A lot nicer than the dock. Some unorthodox shooting methods, on a boat, on a jet ski.

John:           You think you've these text messages?

James:          I can't swear to you I do, but I mean if I can get those phones a power up, I haven't tried.

John:           I can do wonders.

James:          And there's messages in there to Matt Bryant.

Rebecca:        Why don't we pay for it to be-

John:           Forensically.

Rebecca:        Like, a data company. We have one because we've done it with other phones.

James:          Yeah.

Rebecca:        And then it goes back to you.

James:          Yeah. Or just tell me where to go and I'll send them both phones.

Rebecca:        Okay.

James:          Because I have them right, they're on my desk. But I don't know, I had that variety-

Rebecca:        You can't delete messages. You can't delete evidence

James:          I'm not going to delete anything. I mean-

Rebecca:        Delete your-

James:          I just don't want people getting into my personal shit.

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        Dick pics.

James:          No, no, no, no, no. You know I don't take-

John:           Just imagine what I've seen with Jeff and Lauren's.

James:          I have, oh-

John:           Jesus.

James:          Oh and that is a whole different ballgame. Jeff would brag about all the girls that he brought home and did things to. They're just sick.

John:           I can confirm some of that is true.

James:          They're sick.

                But yeah, I don't have a problem. I'm not trying to hide nothing. That's why I said... I tell you, I talked to Sandra. He's like, "Oh you know, you shouldn't talk to Joe's attorney." I don't have nothing to fucking hide.

John:           Right.

James:          And I think that those of a guilty person that will hide. I don't know.

John:           There's a comment in November 8th. You say, "I could use a free trip to Vegas." And he says, "LOL, I know. I'll try."

James:          They were going to fly me out. They wanted to fly me out to Vegas to-

John:           Record Jeff?

James:          Jeff, yeah.

John:           And then you mentioned in another one-

James:          Well Jeff would always invite me out to Vegas, for hid girl parties. And, then they said well we might... Matt Bryant said we might send you out there. So that's what-

John:           That makes sense. There's another one that references another phone number of his. Did you text that number or did you only... there's my personal number is so-and-so.

James:          For your records and to... oh yeah, I never texted him on his personal cell. I didn't even put his personal cell on my phone. I knew that was kind of strange.

John:           How often would you call versus text?

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          More phone than texts.

John:           Yeah. That's significant.

James:          More phone than text, yeah.

John:           And then November 12th, he re-sends you. This is kind of what I was talking about over the phone. He re-sends you kind of what they had on you about purchasing four tigers and the lemur shit.

James:          The tigers were all legal because they were in the state.

John:           And said, "I'm looking into where he writes donations on cats you purchased. Zoom in and read, what's highlighted. This is what you provided at the initial interview. Different than what you said yesterday. So just trying to get the facts right. The papers showing donations is important." And it just kind of seemed like he was reminding you what he had on you.

James:          Actually, he didn't have anything on me because... and Matt Bryant's mistaken on this because they couldn't charge me for the lemur because the lemur, I bought it in state.

John:           Right.

James:          How are they going to charge me for something that Joe did?

John:           The feds are on the interstate commerce?

James:          Yeah, interstate commerce. So the lemur was bought in state. All the tigers I bought from Joe were in state. And that's not on me, that would be on Joe.

John:           Well, could it be on you from the purposes of you weren't allowed? I mean, you didn't have a license.

James:          They were bought through the corporation. That was totally legal. The corporation was licensed. The only thing that I can't say... I can work for somebody, I just can't physically exhibit.

John:           That's not what it says, that's not what the order says. This broad as shit.

James:          I've actually had it looked at and challenged because I could go to work for somebody. And it'd be a-

John:           I get it, I'm on your side.

James:          It'd be an argument, but yeah.

John:           Hold on. You know what happened?

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Go on. So he does do his homework, Rebecca.

Rebecca:    I told you.

James:      Yeah. I just hear one side of it, I get all the-

John:       I just wish we could do this in my office where I have computers and everything else I could pull out. But yeah, actually this is pretty nice. So...

James:      Yeah, it can be an argument, but yeah I don't think-

John:       I mean, again, this is my... the story I'm trying to figure out is how they set people up to be vulnerable.

James:      They make it... Yeah, well.

John:       So this is what it says-

James:      I didn't think the lemur stepped through till after this show went on the air and I had a lawyer that popped up and said, "Hey, I want to represent you pro bono." I went through a lot of this stuff with him and he's a pretty prominent attorney. But he does communication law, that's all he does.

John:       Right, right.

James:      And was going through all this stuff while I had a lawyer where I could ask him questions. And he was like, well you have a good legal argument because the lemur, I bought the lemur in state.

John:       And the legal argument-

James:      And the lemur wasn't even bought by me, it was bought by Brittany.

John:       But a legal argument is one thing. But when they bring the power of the DOJ or the USDA or whatever-

James:      Yeah.

John:       Who gives a shit?

James:      Yeah. Actually the lemur was actually bought by Brittany because that's Brittany's burden. Brittany bought the lemur. Brittany wanted the lemur, Brittany went and negotiated the deal for the lemur, so that was kind of a bad deal. At the time I wasn't thinking clearly.

John:       This says, "Garretson is permanently disqualified from being licensed under the animal welfare act or from otherwise obtaining, holding or using an animal welfare act license

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

directly or indirectly, or through any corporate or other device or person effective until this decision becomes final." And then it says... There's another one.

James:        I know that one all too well.

John:         Yeah.

James:        And you know why I lost that case? Because I said, fuck this. I just didn't go to court. That's all they did, they got a default. Because even my lawyer that I was going to use, he's like, "You're not going to win." And the whole thing is that damn ripped off but Carol-

John:         Well there's a comment here that, again, there's factions. You've said there's sides. Yeah, and they put a comment in here that you threatened an agent saying you were going to release animals on the national mall.

James:        No, I told him, "You take my license away. I can't afford to feed them. I'm going to go drop them off on the white house in this tractor trailer." I did say that and I was going to do it too.

John:         But you see how they spun it?

James:        Yeah. They spun it to theirs. I couldn't afford to feed them without a license.

John:         Yeah.

James:        So yeah, I said... oh, I was an angry person back then. The US DA made me very angry. I mean, I would cuss them out, up and down. I did the same thing, Tim Stark did, but I was never mean to animals. But I saw where it got me. Once Gregory got involved, they'd harass me. There'd be a fly flying through the air and it landed on something, they'd write me up.

John:         Right.

James:        That's how bad it got.

John:         Well, I think you would...

James:        And how- [crosstalk].

John:         Eventually you'd be right there back again had you not cooperated.

James:        Oh yeah. They came out and told me, they came out to the arraignment and told me. They were like, "We got these pictures, you put the pictures on social media James with the animals. You can clean up and you can do whatever you want. You can build cages. But don't-"

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

PART 2 OF 4 ENDS [01:06:04]

James:        You can clean up shit, you can do whatever you want. You can build cages, but don't put any animal pictures online.

John:         That's exhibiting to them, which is bullshit.

James:        Which is bullshit. So I was told even taking a picture with the animals is exhibiting. That's [crosstalk]

John:         I mean, they've bled Jeff dry because of fucking Instagram.

James:        Yeah. They warned me.

John:         When?

James:        They came out of there with three, right at ... It was before Tiger King came out, but they came out there and somebody ... I think it was [inaudible 00:00:33] somebody like that sent them a picture because I seen the complaint on the desk. And there was three inspectors came out and told me. They were like, did you ever have bears? I said, yeah, I had bears. Oh, you're James Garretson. I said, yeah. What's the problem? Well, you can't exhibit. I suggest you don't put anything on social media or we're going to have a problem. I said, this is Brittany's license. And it's weird. I did things the same way I've always done, never had a write up because I was helping the government.

John:         Yeah. Well it's leverage. [crosstalk] When they want to put pressure on you, they put pressure on you when they need you.

James:        If they heard or the higher powers that be got wind, like I was talking to you today, I guarantee USD inspectors would show up or do something stupid.

John:         I mean, I get it. Nobody wants to put themselves in harm's way.

James:        Yeah. If Matt figured out that I was whatever, because I did tell him. I said, I'm not going to talk to John Phillips.

John:         You said it in your interview. Why are you talking to me?

James:        Yeah.

John:         Why are you talking to me?

James:        Because I want the truth to get out.

John:         Yeah.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      I mean, I don't have anything to hide. Okay? And I want people to know that. I'm just as much of a victim as the other parts because I'm played in a miserable game, so yeah.

John:       Going back to that meeting ... wait, hold on. Before that, the time the feds visited you in Ringling, when in relation to Joe's trial was?

James:      I have the inspection report, so I can give you the date.

John:       Okay.

James:      It was two inspections ago, so I can get you that date.

John:       Okay.

James:      No, it was before the trial even started. It was before it started. I know it was. But yeah, it was before.

John:       That's fucked up, James.

James:      It was before it started.

John:       I mean, that seems to me like witness intimidation.

James:      Yeah. Oh, well, they told me. They're like, we're going to have problems if you put another picture up on social media. Yeah. Yep. So yeah, yeah. So it's pretty crazy.

John:       Going back to meetings ...

James:      These waters are a little smoother, aren't they?

John:       I mean, the prep meeting, what all did they prep you about?

James:      Oh, I mean, everything.

John:       Yeah.

James:      This happened that day, this happened this day. I mean, it was ...

John:       Did she got through her questions?

James:      It was like I was on the stand.

John:       Yeah, because they did it full ...

James:      And she was yelling at me.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:        Yeah.

James:       And that Charles Guy was sitting there, he would add things to it. No, it was this and this day. Yeah, so they were just sitting there drilling me. I mean, it was stressful. I was fucking sweating all day. It was stressful. I was just sitting there three, four hours just bickering back and forth. Oh, and then they had to refresh my memory, because if you asked me the first time I ever met Joe right now, I couldn't tell you because I don't remember dates.

John:        Right.

James:       I don't remember times, years. It'd be nice if the water was blue today.

Rebecca:     Was there a specific narrative? Was there a specific way they wanted you to present events?

James:       No. No. Well ...

John:        I mean, they were correcting you.

James:       They were correcting me. Yeah. I mean, they were correcting a lot of things that I said, but I don't remember times and dates, first meeting, second meetings. I remember the first meetings, because I remember the computer and Jeff and showing me all the maps. I remember that day, because that was the first day all this stuff started happening, but I couldn't recall, whatever, a specific day, because I mean, I'm not good with dates and times.

Rebecca:     Take that day where it was Jeff, who was more interested in who had the information, who was looking at the house, looking at the guide flight maps. Were they coaching you to frame it more as this was Joe's endeavor?

James:       Yeah. I mean, it was always pictured as Joe's project, because Jeff Lowe would, he would always add two cents, because I asked Jeff Lowe one time on the phone, do you think Glover is going to do this? And he says, he called him something. He made it sound like clowns, or he called them a group of something fairy Hit man or something. I don't know, merry hit man, fairy hit man. He would always make like, no.

John:        Like a fairy tale.

James:       I was thinking maybe Glover's collected this money to send to Jeff. So I always had different thoughts because Jeff's always sitting there scheming for the next $10 or whatever he needs.

John:        He did not like that I talked to Allen, I'll tell you that.

James:       No, but he kept Allen protected, I think, for a long time at the park.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       He did, and that was ...

James:      Because I would always ask. And I've always thought about getting to Allen I think I probably said this to these guys. I always thought of getting to Allen myself, but I don't know anything about him, where he's lives, other than Beaufort. I always thought about getting Allen myself, pull him to the side and I was going to record him off camera so I could tell myself, I'm not played, like Jeff Lowe wasn't behind all this thing. And I just can never make it happen.

John:       [inaudible]

James:      With Kenny, it's a different deal far.

John:       Yeah. Yeah.

James:      I thought about approaching him, too, and just come up with some bullshit things like the fed day, we got this shit on him. You need to go clean because Carol is just demolishing everybody's lives.

John:       I mean, that is what it is with how that all went down. But serving him and having him set, we were going to take his deposition. And since the two other lawyers haven't tried to take his deposition, I'm like, you got to get him down. He is the key to unraveling the Carol Basking/Don Lewis mystery.

James:      Yeah. I mean, but she's smart enough. Now, Carol's smart enough. With Carol, she can go back to 1996 or '93 and remember what she ate for breakfast. How does anybody do that? You don't.

John:       She's pathological.

James:      She's crafted the whole story like messaging you over a timeline. Now she adds me to her whole timeline. I'm like, why are you adding me? I was a small guy. I only had eight or nine tigers. I wasn't breeding, I didn't breed.

John:       Yeah. So there's a law review. A law review is, what, legal scholars, right?

James:      Uh-huh (affirmative).

John:       And there's a law review. Shit, let me find it. That's also the problem, not having a printer in my room.

Rebecca:    Do you want me to put this back in your bag?

John:       No, no, no. I'm coming back to it.

Rebecca:    Okay.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:           Some of it.

Rebecca:        I think that is so bizarre, though. What do you make of those diaries?

James:          Larry's? I don't know. I mean, why would she had me do a whole paragraph when I was not even a spot on the whole industry?

John:           I think you were though. I think you were.

James:          Back then, I was because I was vocal [crosstalk] If somebody had a problem, I'd say, Hey, fuck you. I really didn't give a shit.

John:           It's revisionist history, man. And you were disbarred in a way, using attorney language. And so ...

James:          But the sad thing is I could have probably got all that retracted if I'd went to the government and said, Hey.

John:           But they know that takes money and it becomes [crosstalk] unlikely. Let me see.

James:          And Carol has had hundreds and hundreds and thousands of write-ups.

John:           What did I say about it?

Rebecca:        Do you ever sit down with them and say, all right, if I'm going to do this for you, this is what I want from you?

John:           Who?

Rebecca:        When Matt Brian came to you, did you ever say ...

James:          No, I never asked for anything, but I always thought of asking to have this USDA thing retracted.

John:           You really should have.

James:          It was all bullshit.

John:           I assumed you did.

James:          No, I didn't. I didn't ask for nothing.

John:           Because you're a smart guy, you're super smart.

James:          I didn't ask for nothing.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:          I mean, you, I guess you could have blindly trusted they would leave you alone and they have.

James:        I did call him and say, Hey, can you call this lady? I mean, he has ...

John:          Made things go away?

James:        Kind of, sort of, but not really. I mean, I don't know if it's him or just the fact that I help with Joe. I don't know, because the USDA hated Joe so bad. Maybe they're just like, oh, maybe Garretson is getting his shit together or whatever. I don't know. I don't know. But yeah, I mean, I should have went and demanded it. I really wanted Greg Woody.

John:          February 2014, William and Mary environmental law and policy review, this person named Adeal Young. So law schools have these law reviews.

James:        Yeah.

John:          And they're super nerdy. Lawyers just write, and the law students edit. So this is 2014 and you get a whole two paragraphs.

James:        I do?

John:          Yeah.

James:        Really? I didn't know I was in a law review.

John:          Yeah. I didn't either until last night.

James:        I mean, honestly I hate our fucking government, everything about it, but ...

John:          But it goes into ... hold on. I thought I screen grabbed it.

James:        And I've never threatened to do physical harm. I have made him leave my property many times, but that's my right to do that.

John:          Right.

James:        But right when I snapped back, man, that's when they went all crazy.

John:          All right, so this is from the law review. I'll text it to you, too. And this advocates for the Big Cat Rescue Act. That's the whole purpose of this.

James:        Really.

John:          Under the current system of big cat regulation, the USDA penalties under the animal welfare act are often too weak to deter repeat violations. The USDA first identified James Brandon Garretson in 1994, when they found he was operating as a dealer and

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

exhibitor without a license. In 1999, the USDA's administrative law judge issued another order, assessing fines and further non-compliance.

James:     Over 12 grand, yeah.

John:      Yeah. And then 2001, Ms. Ammon was denied a USDA license under the Animal Welfare Act because she was the business partner of Garretson, working for the same company. And to allow her a license would circumvent the order, disqualifying Garretson. However, the USDA did reach a deal with her anyway and gave her a license.

James:     Yep.

John:      Then in 2003, the tigers owned by Garretson in Amman's company were not fed for four days.

James:     That's actually not true.

John:      A tiger reached out of its pin, grabbed a helper watering its cage. And when the helper reached her arm out to try to stop herself from being pulled in, the tiger ripped her arm off. She died within two hours. The USDA administrative law judge finally permanently revoked their licenses. Ammon was assessed a civil penalty of $20,940 and Garretson, $32, 560. And then, they argue it should not take a person's death to permanently revoked the USDA license. If the USDA does not have the resources to annually inspect big cats' living quarters, then it should get more in sparing and giving out licenses, particularly to past offenders.

James:     Yeah, and on that? Okay, so the tiger reached out at another facility, at an unlicensed facility, and it's a trained professional. He wasn't a part of the public. He was a trained Keybridge, took care of tigers for 10, 15 years. Okay. So you know how many people's arms have been ripped off since then? Nobody's lost their license. And that was our whole argument core because at the time they offered us ... before I said, fuck all of y'all, let's go to court, they offered us a civil penalty. I've got to pay them a civil penalty. I think I even broke out bimonthly. So if I would've kept my mouth shut, I could have paid them a fine and went away. But when I got vocal, they just went after me like crazy

John:      Which, seems to be the trend, Tim stark, Jeff. I mean, Jeff is what Jeff is.

James:     Yeah.

John:      But as soon as he got vocal, they started seizing more lions and tigers.

James:     Yeah.

John:      Joe was always vocal.

James:     The gay card goes a long way.

This transcript was exported on Jun 21, 2021 - view latest version here.

John:        Really?

James:       And let me tell you why. Most of the people that lead the USDA are in his bracket.

John:        Oh, really?

James:       Mm-hmm (affirmative). It happens. Yep.

Rebecca:     They're not liberal. I guess they are liberal.

James:       They were back in the day.

John:        Yeah.

James:       They were all pretty much.

John:        Who's Dan Ash?

James:       Dan Ash is the AZA president. He's a fucking dumb ass.

John:        But he used to head fishing. He had a fishing game when this all started.

James:       Really?

John:        Yeah.

James:       Yeah.

John:        And they used to hate on Terrell and then they teamed up and now they're ...

James:       They saw how many followers Carol had and how much money she could raise. And you got to think, Carol was always donating money and spreading the wealth around. So she was in the club, the top tier clubs. Okay, so tomorrow, if she got arrested for Don's disappearance, they'd all turn on her.

John:        Yeah, for sure.

James:       As long as she's giving them money, and this thing's all about money.

John:        Right.

James:       None of those people were donating to people and saying, Hey, build nicer cages for your cats. You don't hear, use this money for events. No, they're just living a lavish lifestyle, like that Wayne Pacelle. That guy, he had it out for Joe, too, Wayne Pacelle, the HSUS president. He was the one that was caught messing around with all those girls, and he was the president of the HSUS.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

| | |
|---|---|
| John: | Huh. |
| James: | Yeah. So he was up there too with Baskin on that Joe thing. But now, with Jeff's stuff, there's no more animal industry. All of that stuff sets a precedence, they'll start taking everybody's stuff. |
| John: | Right. |
| James: | So once Jeff started having those issues, nobody could exhibit anymore ... |
| John: | Well, Tim Starks is a state law issue or state law judgment, but he can't even have a pet dog. That's fucked up. |
| James: | Yeah. Yeah. You have no rights down here really. But yeah, and Tim Stark, look how many years he went without any write-ups, clean inspection reports. Even Jeff Lowe, clean inspection reports. And then once you change sides, they'll just send different inspectors from different areas. And Gibbons, the, the whatever, director will say, you'll find something, go write them up. Don't come back unless you write them up. And Golden Tire, oh, man, that lady's evil. |
| John: | Who is she? |
| James: | She's the deputy of the USDA now, deputy administrator. And she has more complaints on her, more problems, OGI problems, and they promoted her. |
| John: | There was one more thing, one more text I wanted to ... So November 14th, you say to agent Brian, no word from Jeff. You'll hopefully hear something around lunch, and A.G, Allen Glover, at park and wants hooker bad. And Brian says, working on hooker calm issue. |
| James: | Working on what? |
| John: | Hooker calm issue? |
| James: | Hooker calm issue? |
| John: | Or working on hooker issue. |
| James: | Is that my text here? |
| John: | This is yours. |
| James: | Oh, that's mine. |
| John: | That you said that Allen [crosstalk 01:24:14] hooker. He says ... |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:    Oh, so I was probably trying to get him to respond because the only way Glover would respond by text is if I mentioned a girl. So Glover would ignore ... If I said, Hey, do you have a screwdriver, he wouldn't. But if I said, Hey, I have a hooker for you, he would respond maybe. I don't know.

John:    So you sent pictures of hookers, too?

James:    Yeah, yeah, yeah, yeah.

John:    Were those real hookers?

James:    I got them offline.

John:    Really?

James:    I just got pictures offline, dating sites and stuff, and send them to him.

John:    I mean, is that appropriate?

James:    I don't think so. But I mean, I didn't know what else to do.

John:    But I mean, is that ...

James:    He was asking for pictures of them. I was like, I don't know. I don't think so.

John:    Did Brian know about all this? Obviously, if you're saying work on hooker communications ...

James:    I don't know any hookers. Well, I mean, I do. I'm not going to lie. I know a few, but I didn't send him their pictures. I'm from the strip bar industry, so I obviously know hookers.

John:    Right. Because I mean, I think you were trying to ... in the text messages between you and Glover, it's I'm going to get somebody up, but nobody wanted to go to Oklahoma.

James:    They were actually trying to find a girl to go introduce him to.

John:    Yeah.

James:    Yeah. Yep.

John:    I mean, [crosstalk] there's mention of Lortab and Percocet and ...

James:    Yeah.

John:    And you sent that text message to a federal agent where Allen is at, Percocet would be nice, Lortab will work. I've been eight, nine months without pain pills. And you sent it to

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

|  | a federal agent. So you're sending communications to a federal agent about hookers and drugs. And he's like, I know you're busy, but sends more texts. How is that not fucked up? |
|---|---|
| James: | It is. I'm with you, man. But I'm a small guy, man. I can't. Oh, hang on. Hello? Hey. Sure he can. Just let him wear his life jacket if you can. Yeah, for cash. Yeah. All right, bye. They're going to the swimming pool. There's a restaurant called the Sunset Grill. It has a pool, pretty nice. |
| Rebecca: | It's a great [inaudible]. |
| James: | He likes it. Yesterday, he spent the day at the aquarium, the other day at the Dolphin Research Center, so he enjoys it. |
| Rebecca: | Is there a place to see the manatees down here? |
| James: | They're usually all in our marina. We usually have four or five in there that we feed all the time. Yeah. |
| John: | I just ... |
| James: | Yeah, I see you. I'm fully with you on it, but it's just ... |
| John: | It was by any means necessary. |
| James: | I would love to go on the damn national news and say, yeah, I think it's all bullshit, but then what's going to happen? |
| John: | Well, you know there's a camera here, don't you? |
| James: | I know. I know and it's probably going to cause a problem. |
| Rebecca: | James, the truth should never cause a problem. |
| James: | Yeah, but tell that to my kid when I'm in jail for something stupid or a trumped up charge, because if you can do this stuff, then I see how the court system works. I have a new perspective to how the court system works. |
| John: | Well, enough. I've tried to explain to you in a nice way. And again, I'm on your side on some of this. They have you vulnerable too, because they're interpreting laws just to get leverage. |
| James: | Yeah. And then, who knows if they can't come back and say, you were trying to sell a prostitute or give people Percocets, and know that I've never done drugs. |
| John: | The fact that the word prostitute or hooker never came up in your trial testimony was stunning. |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          Yeah.

John:           How did that not come up?

James:          I mean, from what I've seen in trial ... I don't know what day I was. Do you remember what day I was in trial?

Rebecca:        You were pretty early on.

John:           Two?

Rebecca:        I think you were like ...

James:          Three or four days?

Rebecca:        I think you were ...

John:           Two or three.

James:          So when I looked over at the jurors, he was cooked. I was three feet away from him. He was cooked. They were sitting there digging their nose. They already had their mind made up, just by looking at him.

John:           Yeah.

Rebecca:        They were calling him sweet.

James:          Yeah. I mean, it was bad. And once they start showing the animal stuff, then he's already cooked. He's cooked.

John:           So, the next part ...

Rebecca:        Their opening defense was that Joe wanted to send Allen on a vacation.

John:           Because he references vacation. Allen just wanted to get the fuck out of that bar.

James:          Okay. So every time I seen Joe there, well, the two times I've seen Joe there and Allen, he always had a weed-eater in his hand. All right? One day, they were just cussing each other out. You piece of shit, you blah, blah, blah, blah, blah. So they had a hatred for each other. And Glover, I know hated Joe with a passion. Hated, hated him.

John:           Hated him.

James:          Because I was there ...

John:           He told us if he had killed anybody, he'd have killed Joe.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Yeah, because when I was there, Joe belittled everybody.

John:       Right.

James:      Eric Cowie, he would call him a homeless piece of shit, a drunk. He would beat everybody down mentally. That's how Joe had his hands on everybody so tight, because he would beat them down to the point ... they were just like an empty soul. And I always thought, Man, Joe, you better hope you never talk to me like that.

John:       Right.

James:      Because you're going to get fucking pounded. And he would talk to people bad, and Glover fucking hated him. You could tell because I was there when Joe cussed him out, called him everything but a white man. And so that's why the whole Glover thing surprised me. You hate Joe this bad, but you are going to go kill a lady and jeopardize your own freedom to kill a lady for $3,000. I couldn't wrap my head around it. I don't know why a man would want to take three grand. I don't know.

Rebecca:    He had no intention of going to kill her. He wanted to get back to South Carolina to deal with [crosstalk]

James:      Well, he told me he was going to go get his driver's license.

John:       He had to get his driver's license and his social security fixed.

James:      Yeah.

Rebecca:    Exactly.

John:       Joe hated him because he was [crosstalk] snitching to Jeff.

James:      Yeah. Why didn't his lawyer bring up the fact that, well, Mr. Garretson called me the day before and he wants to recant. I didn't want to recant my story, because I don't want to get fucking [inaudible].

John:       Yeah. Right.

James:      I called Matt and I told Matt. I said, I don't want to be part of this fucking Jeff Lowe bullshit. And that's why I told him that. I had a call with him. He was like, oh, calm down, man. You're doing the right thing. You're doing the right thing, just calm down. You go to court, you don't want to be on the other end of this.

John:       All right. So these are questions ...

Rebecca:    Did you ever ask them, what do you mean the other end of this? What are you threatening to ...

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          No, I didn't really ask the details. I didn't really push the issue.

Rebecca:        Because you told me that they said they would charge you. With what?

James:          With the lemur stuff. I wasn't really worried. Okay. So the lemur was a misdemeanor. And then after thinking about it, at that time and under my circumstances, I couldn't afford nothing. I think I had to borrow a hundred bucks or whatever to get to the fucking courthouse. That's how bad it was. So I couldn't do anything. If I got arrested or anything, I'd be screwed because I wouldn't be able to get out. So, that was my whole play along with the program.

John:           Why were you the one that scratched off the ID? For entertainment purposes only?

James:          Because I said it. Well, in the strip bars, they used to do that.

John:           Yeah.

James:          So I mean, I'm from an unethical industry anyway.

John:           Right.

James:          So that's what they used to do.

John:           Fake IDs were common.

James:          Fake IDs are in every strip bar [crosstalk] because the girls come here, they can't get their ID, they have warrants. So that was just common, that I knew. But it was ...

John:           It's just weird they had you do it, or you did it ...

James:          Well, they want to meet to talk to Glover and have Glover show his ID or whatever.

John:           So then, yeah.

James:          And I couldn't figure out any other way to do it.

John:           But I mean like the prostitutes and drugs.

James:          Just like they freaked out when John Finley was holding the gun. It was a toy gun that had an orange tip on it. And in the photo, it doesn't have the orange tip.

John:           Like the drugs and guns, it's just the fact that they have you fraudulently creating an ID [crosstalk] from a confidential phone. Literally, you were the one that turned a novelty item into a felonious [inaudible] or whatever.

James:          Yeah, yeah. Yeah, yeah, yeah. And I got to think, I never had any immunity agreement or nothing. I have no immunity. Everybody kept saying, oh, Jame doesn't really know,

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

|  |  |
|---|---|
|  | James doesn't. I didn't ask for shit. I didn't want shit. I thought about it many times, but then I didn't want to be ... then I always thought, well, I could be brought up on this murder for hire shit. |
| John: | Right. |
| James: | Because I played a part in it. I played a big part in it. |
| John: | You did. All right, so these are ... |
| James: | Not intentionally, not because I was playing a part in it. It's just, they could have put me somewhere. |
| John: | These are questions from Joe. All right? |
| James: | All right. |
| John: | I want to know more about the meeting they had, where Jeff offered 100K to James to get me out of the way. |
| James: | That wasn't true. That was all in my testimony. Jeff wanted to be away from the park because he knew that Carol was going to include them in the lawsuit. So Joe didn't own the park. Jeff already owned the park when I came in the picture. When I started going back to the park to visit Joe, Jeff already owned the park. He had already signed it over, so that was Mike. That's a dumb question, really. |
| John: | But the 500K, you get 100K thing, I think is ... |
| James: | Yeah, commission. Yeah, because Jeff legally owned the park, and Jeff met me at Applebee's. That's where we met. |
| John: | Right. |
| James: | And Jeff claims that he was just meeting with me to call Carol and Warner. Okay? That wasn't the case. Oh, I was going to broker the park for a hundred grand, so I did it. But I never heard back from him. I just left a voicemail. |
| John: | You left a voicemail? |
| James: | I don't even know if it was ... |
| John: | I think it was a missed call, according to the report. |
| James: | I think it was a missed call, yeah. I don't even know if I left a voicemail. Yeah. |
| John: | Because they say they were monitoring certain area codes, which I don't even know. |

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      Yeah.

John:       It doesn't sound [crosstalk] plausible, but it was after Ashley Webster.

James:      Yeah. See, I don't even know when Ashley Webster called him. I don't even really know. Nobody ever mentioned Ashley Webster's name to me. I didn't know till after all this was over with, about Ashley Webster. With all due respect, John, I'd rather just answer your question, [crosstalk] not play with the Joe game.

John:       No, I get it.

James:      Because I know what he does with stuff. He'll go to social media and rant and rave.

John:       No, no, no. I get it. Tell me more about ... I'll say it that way. Do you know anything about the phone sent to Vegas?

James:      No.

John:       Okay.

James:      No, I didn't know. Actually, to this day, I don't even know what transpired with this phone. I don't even really know. You got to think, I didn't go through the whole trial. So I only knew what part I played in it.

John:       Have you read it?

James:      I looked through it, but I didn't really divulge. I never even seen Tiger King.

John:       Really?

James:      I've never watched it. I never sit down and watch all that, no. No. The only thing I've seen of the Tiger King was my jet-ski page. Honestly, I don't want to watch it because I'll get pissed, and I;m just trying to keep a cool head. Everybody assumes I watched it, but no, I don't.

John:       Who was ...

James:      And the rankings got me so fired up now, I'm just to the point where ...

John:       Why?

James:      Because he's out here playing a miss innocent man and he played a bigger part in all this fraud and shit.

John:       Right, right. I mean, he was the paperwork guy.

James:      He was the guy ...

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       He admitted a lot of that to me.

James:      Yeah. But why are they coming there, if he admitted it?

John:       Well, because they wanted Joe.

James:      Yeah.

John:       And he wouldn't talk. He accidentally, or the vet assistant, accidentally checked sell on some of these forms that were donation, which is part of the violation. But either way, whether they were check donation and three grand, four grand was paid, either way, they were coming.

James:      You know how I was told it was all going to end, this whole thing? Ryan told me this. They're going to get everybody, pick everybody up at the same time, Don Green, Rinky, Finley, Cowie, Joe, Woody, Doc. They're going to pick them all up at the same time. They're going to put them all on rooms and get them to start flipping on each other. And all of them are going. This was a sting. This wasn't about Joe. That's how I was told it was all going to end.

John:       Yeah.

James:      So Joe was just a little part of this whole thing is what I was told. And then every time it was like, Joe, Joe, Joe, Joe.

John:       They certainly leveraged everybody for information, but I don't think they leveraged … I mean, nobody else got even a slap on the wrists.

James:      Yeah, so I don't know. And then, I don't know. It was real squirrely how it was worked. And I always thought that, but whenever it ended, then I was like, yeah, this thing is really screwed up.

John:       So there were people that popped in and out of the park. There was an Asian woman, Maymay or Mimi.

James:      May-may, Mimi, that lady's name, the hooker the madam.

Rebecca:    May-may?

John:       May-may.

James:      It's like May-may.

Rebecca:    Have you found her?

James:      She has a house, and she owns a house in Las Vegas and in Tokyo.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       Tell me about her.

Rebecca:    So, in Hong Kong?

James:      Huh? Hong Kong, yeah. Okay, so Jeff would always say he wants to run girls and stuff.

John:       Right.

James:      Well, I'm from then the titty bar industry, so whatever. I'm definitely not the most ethical person either. I'm not going to sit here and lie and paint myself like a preacher. So Jeff just assumed that I knowed everything. And I had to play a part in this too. I had to play a part. So we had lunch with this lady. He's like, Hey, I got this Asian lady from whatever. And she has a $3 million house overseas, a million dollar home in Vegas. We need to partner up with her and find some girls and copy her deal. I was like, okay, Jeff, whatever.

PART 3 OF 4 ENDS [01:39:04]

James:      And find some girls and copy her [inaudible]. Okay. Yeah, whatever. So, I actually had lunch with Lauren that old aged woman. She was old and myself, and she told me in a meeting, she was like, "Yeah, I have lot of girl. A lot of girl." Her English was real broke and Jeff thought this could be his new victim and his new way out, because he was out in Vegas. All he wanted to do was sex, drugs and whatever else he does. So, he was going to latch onto this lady. I think it was MeiMei.

John:       But there wasn't some care credit tie?

James:      That care credit was a one-time deal. It Was one of my customers. The feds know that, that was all bullshit.

John:       How did the feds know?

James:      I told them. Yeah, it was all bullshit. There was somebody selling their credit. They can do that. And they played this thing out and it was for Joe. Joe's the one that actually did it and that's why they kept saying, "Well, James is this..." No, James never did any funky shit around them, other than loan money and got burned.

John:       Right.

James:      And Joe would always just find different things and try to get ways to get money out of you. That's when the pizza joint came out and that's when he wanted me... Jeff wanted me to partner up with him and buy the real estate.

John:       So, Jeff had a lease in the name of Justin Chow. Who is Justin Chow?

James:      He is one of my customers. Yeah.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

| | |
|---|---|
| John: | Justin Chow exists? |
| James: | Yeah. |
| John: | Okay. |
| James: | Yeah. Probably not a legal citizen, but yeah. That's irrelevant, because... Jeff made a big deal out of it, but it's not. I've already confessed all of my shit, but it was two instances and that's it. |
| John: | Okay. |
| James: | So, yeah. Jeff Lowe was thinking, "Oh, I can give James up and get myself up." Whatever. I'm worried about a couple little misdemeanors. |
| John: | Right? |
| James: | So, everybody turned on everybody. |
| John: | Right. No hard. |
| James: | Yeah. |
| John: | And what's crazy- |
| James: | And what did I do when all this thing came up? I distanced myself from everybody and then, went up in life. |
| John: | I've sat down with Anto, Allan, Jeff, Joe, Lauren, Rinky. I think that's it and I've talked to Josh Dial and some of those other [crosstalk], but everybody looks at the worst in everybody else, rather than the worst in the Federal Government and how they were all played. |
| James: | I said this a hundred times. Everybody in the animal industry is dysfunctional and you can't bring me one person that has exotic animals that is normal. It doesn't exist. We're all dysfunctional, okay? There's a reason we got into tigers or elephants or whatever. All right, so they're all... I said this years ago, when the USDA was attacking me. I said, everybody put their differences aside. We can all hate each other, but this fucking government is getting out of control. |
| John: | Right. |
| James: | Okay? And when you stand up fight, nobody will stick behind each other. It just won't happen. Nobody will stick behind each other. |
| John: | No it's and they've thrown knives in backs before. |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      As soon as you turn around or you can't provide... Because Jeff was always trying to get me to buy that horse farm. I claimed credit for years. I've been a credit [inaudible] guy, as long as I can even remember and he was always trying to get me to buy a horse farm. I didn't want any association with him, because the first time I met Jeff, I saw right through him, because he was like, "Do you want to stay at my house in the Dominican? Oh, I drive a Ferrari." That stuff doesn't interest me. That lifestyle doesn't interest me. So yeah, it's crazy.

John:       You told Brian about care credit?

James:      Yeah, I told Amanda Green. It's nothing illegal. I did nothing illegal. She asked me to try. I told her, "I don't really [inaudible]. I'm not the one on trial here."

John:       Right, for sure.

James:      So, they can sling around whatever they want, but until-

John:       Just looking over other [inaudible].

James:      And even if I stood up and said, "Yeah, dude," something like that, it's not going to change a thing.

John:       It doesn't change anything, but from the standpoint of... I know you guys. Everybody here seems to have read about Brady and Brady and Brady and Brady.

James:      I didn't read. I do a lot of sunset tours and I do a lot of prominent people and I've had some pretty prominent lawyers on my boat. I had Kim Kardashians lawyer on my boat last week and-

John:       He should help her pass the Bar.

James:      And we were talking and he's like, "Is that show real?" I said, "Yeah, it's pretty truthful." He said, "We can get that guy out easily." And then he started talking about the Compassionate Care Act and this and that. He's like, "If anybody needs any help, here's my card."

John:       Give it to me. I'll call [crosstalk]. We've got a prominent criminal defense person out of Atlanta.

James:      This guy's a bad-ass.

John:       Yeah, no. Look, Bob Shapiro-

James:      You think Mike Shoal is out of Tennessee?

John:       Give me his cell phone.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:      I will.

John:       Shapiro's a good friend of mine and he's potentially going to get involved. I don't think they can retry him.

James:      I behind the scenes, try to help, but then I've got to be careful, because-

John:       I get it.

James:      I don't want to fucking have him tagging on me all fucking week for it.

John:       Well, at this point, it is what it is, James. I'm just a-

James:      I just need to wrap me up an attorney, in case they try to fuck with me about-

John:       I'm just an ambulance chasing. No talent.

James:      No, you got your shit together more than I thought. I'm just told about... it was one person that has a hate deep hatred.

John:       I get it.

James:      I don't know. I don't know what everybody's faking. Everybody wants to be on that show and trust me, if I ever had to do it again-

John:       Rebecca will tell you, after Don Lewis, I quit. I was like, "Fuck you all. I don't want any part of it."

James:      Everybody scrutinizes.

John:       [Inaudible].

James:      Oh, I got [inaudible].

John:       But that is what it is.

James:      Yeah.

John:       But of course, if I get Joe out, things look good. But on the same token-

James:      But how long do you think it'll take you to get them out?

John:       We'll have something filed by July or August.

James:      This is a years, years, years?

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

| | |
|---|---|
| John: | No, I don't think so at all. We need a new judge, for the reasons you've said. But compassionate release, ineffective assistance of counsel and, and rule 33 new trial, all are going to be filed at one. |
| James: | Yeah. I would really respect... You can go and do it is, if you can keep our meeting quiet until you need to use what I said. |
| John: | What I tend to do- |
| James: | In that order, because if you get me in court, I'm going to tell the fucking truth. |
| John: | Right. |
| James: | So, I just don't want that whole Joe [inaudible], he'll go post them, "James came clean." |
| John: | No, no, no, no. And Joe, you see that he's shut up about Jeff? |
| James: | But I don't know why he shut up about Jeff, because Jeff is not only going to get himself in hot water. |
| John: | Because Jeff's turned over evidence. And so, he's realizing- |
| James: | Has Jeff really turned over anything on Matt Bryant? |
| John: | Yes. |
| James: | That's good. |
| John: | Yes. |
| James: | Really? Okay. |
| John: | Very... |
| James: | Like way unethical? |
| John: | Yeah. |
| James: | Okay. |
| John: | It all corroborates the things you're saying, except it was his version of it. I've got recorded meetings, where- |
| James: | MeiMei was the name. |
| John: | Yeah. |

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        M-A-I-M-A-I?

James:          M-E-I-M-E-I.

Rebecca:        Okay.

John:           But there's recordings-

James:          I'll call the hooker network and see if I can find out.

John:           See if you find her?

James:          Yeah, because I figured Matt, since he didn't call me back last week.

Rebecca:        Do you know what the name of her service was?

James:          Oh, shit.

John:           I can probably get it. I can get it from Jeff too. So, I think Lauren's the one that found-

James:          And please don't tell Jeff that I'm talking to you-

John:           No, no, no.

James:          Because I don't want... I have too much to lose. Those guys have nothing to lose. I have a lot to lose.

John:           You do, you do.

James:          I don't-

John:           The pictures-

James:          But if I need to go in front of a judge and say, "Hey, this is what happened." I will do it.

John:           That's what I was saying. So, generally what I'll do is take my notes from today or the transcript or whatever and come up with the points that I need to make. And then, I'm going to run it by you and see if you want to do an affidavit.

James:          I'll do an affidavit. I don't care. Like I said, I don't think he should die in there, okay? I don't think he should die in there.

John:           He will.

James:          Yeah.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       Soon.

James:      So, whatever I can do... I don't want to go on [inaudible] TMZ and starting that bullshit.

John:       No. And despite what you were led to say about me, I did the Carol Baskin video, which was fucking amazing and I stand by it. The commercial, I fucking love that thing.

James:      I want to go to [inaudible] so bad myself and approach him and say, "Hey man. The government dude, they're about to turn on you." And I think I could get more out of him than anybody else can. I know I can. I know I can get that guy to talk. I know I can, because I'll go to him, we'll go have a drink at a pub and I will get him to spill it. And I know I can and just to put that bitch in jail or whatever. So, she's so squirmy though, man. I think you could put a murder weapon in her hand and she'll get out of it.

John:       When you get away with as much as she's gotten away with, it goes to your head, right?

James:      Oh, she's cocky. She's at an all time high. I did text Howard in the middle of the night. I don't know, about a week or two ago and asked him if he slept with one eye open.

John:       Did he respond?

James:      Yeah. He's such a tool bag.

John:       They both attended my... I have the defamation case for Anne McQueen and they both sat there and listened and made frowny faces as they lost.

James:      They did?

John:       Yeah. I pinned my zoom to their faces, just so I could watch them while I was arguing. They was just frowny faces.

James:      Do you think [inaudible] somewhere on it?

John:       Yeah. I just want a deposition.

James:      Yeah.

John:       Because the thing is-

James:      Can you bring the Dawn stuff up though?

John:       Yeah, [crosstalk] because here's the thing, because they're accusing Anne of being involved with his debt. So, the fact that Anne didn't do it, is one part of that. The fact that somebody else might have, is the other part of that. So, it's all fair game. She wants that transcripts so bad. I want that deposition.

Rebecca:    I know. I want the deposition. I want our [inaudible] to be the-

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          You're going to get sued, when it comes out.

Rebecca:        Oh, I know.

James:          I know.

John:           I recorded that zoom and I won't do anything with it.

James:          No, Howard did send me this text and he said, "James, you got to quit those cameos, because we could sue you for defamation." He's threatened to see me, because I said, "I know all those videos, because they pay me for it." They said, "I think that bitch [inaudible] and killed her husband." And I told Sandy and she was like, "If it's your opinion, go ahead. Go with it."

John:           If it's your opinion... And the thing is, you've got a good faith basis just on the power of attorney alone. That's just all fucked up.

James:          Yeah. I just hate the lady. I'd love to go against... Try to do some of the USDA, but man, how do you infiltrate that corrupt organization?

John:           After, the civil suit... After the criminal suit-

James:          Why didn't anybody help Joe save his zoo from Carol?

John:           Pin them money.

James:          Is it just...

John:           She's been taking things like mineral rights. Just random things.

James:          DO you know I tried to buy that property?

John:           Did you?

James:          Yeah, all for cash and they wouldn't take it.

John:           How much did you offer?

James:          I had a friend of mine offer them what they were asking.

John:           There was a guy that supposedly offered a million bucks and if that's the case, then it's worth a million bucks.

James:          They were only asking 200 hundred and some odd grand, for all the parcels.

John:           Now, they've apparently gotten a deed restriction on it.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          Yeah. I wanted it with the deed restrictions. You can't enforce that. Not in Oklahoma. Not going to happen, that's why I was going to buy it. I would have bought it and-

Rebecca:        You just said an hour ago, you never wanted to step foot in Oklahoma.

James:          I wanted to do it at the time, because I was so pissed off. I was pissed. Just Carol, I want to get over on her. Nothing wrong with that. Even if you put one tiger out there in a cage, he's going to freak the out.

Rebecca:        Do you know anyone who has all her original diaries, in that world?

James:          I told you all the link on the whole Carole Baskin people that have more information than anybody. So, Ramos.

Rebecca:        I know, you keep saying that. I talked to him several times.

James:          Yeah, Ramos knows more than anybody.

Rebecca:        I don't believe that actually.

James:          I know that. You got to remember, when I started out, Carol was letting people sleep with cougars and stuff. So, she was only picking on a few of us, because there was only a few [crosstalk] at the time. There was only a few of us. There's probably a handful of us and then, everybody else started getting in the industry. And I think Ramos knows about Don. I think he knows the whole thing. I do. Even my friends in the circus industry, they even say, "Yeah, he does." Why wouldn't she fucking harass him?

Rebecca:        She did.

James:          Very little.

Rebecca:        No, she had his USDA license taken away, because he would post a child on 911 animal [crosstalk].

James:          Yeah, but she was still buying all the meat.

Rebecca:        I think you guys all have this conspiracy-

James:          No, no, no, no. She was buying all the meat for the cats, from a circus guy. Now there was a lot-

                But she was still going after him for [crosstalk]-

                She gave Lance all her... Donated chain link fence. And Lance gave it to Felicia Frisco. Why are they still doing business together, if she had the USDA team? The USDA, once you're in their site, you're done. The only person that's ever beat the USDA, is John Cuneo, because Cuneo is a billionaire.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        Lance is done. He has a zebra left. That's it.

James:          No, no. Yeah, his wife still has the USDA license. Lance still trains stuff for everybody. He is the same [inaudible]. He's a revoke. He can't do it, but he can be on the sideline or when the place is close. Lance still does a lot. Lance leased all the tigers, to the Ringling brothers, up until they closed.

Rebecca:        He did?

James:          Yeah. That was his [inaudible]. Johnny Walker worked him. Yeah, so there's a lot that goes on. Lance knows a lot, because he told me one time, "James, I don't want to be..." He told me one time, I asked him, "James, I don't want to go there." And that just tells me... and Lance hasn't had any financial problems. Lance always comes up bigger and better. He broke one day-

Rebecca:        He is hardly bigger and better. It's a pretty run down situation he's looking at.

John:           So, these were just screen grabs off the internet?

James:          Yeah.

John:           Everything duplicated, when I pulled it down. That's where he's sending her [inaudible] from. It's just-

James:          Is it a crime to send pictures of hookers?

Rebecca:        No.

John:           No, but is it not ideal to have two [inaudible]; a murder for hire plot wrapped up with hookers and drugs and lies.

Rebecca:        It was fate.

John:           It was.

James:          Why was it my job? [Crosstalk]-

John:           It wasn't your job.

James:          Can you turn that off for a minute? So yeah, it wasn't my job to track Glover every 24/7 either, I wouldn't think. I think that would be [inaudible], because what happens if Glover was really going to go kill Carol?

John:           Right.

James:          I was the one that was calling the shots. Should we do it Friday or should we do it... because they were all about to raid Joe several times. We all met at the casino.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:      I was there.

James:        No you weren't.

Rebecca:      [Inaudible], when I had no idea. That was the weird thing too, I have to say, going back and looking at that footage.

James:        They were just waiting for some money to change hands and they were going to move in.

Rebecca:      Joe was so casual. He wasn't like he was nervous, like something big was [inaudible]. He was like Joe. Giddy in front of the camera.

John:         I didn't even think about all the old footage you all have, to rewrap around... [Inaudible] water.

James:        You just better be glad Rick Kirkman didn't actually have that footage. Joe would have been crucified.

John:         Really? There's a lot of fires. [Crosstalk] Johnson fire-

James:        Rinky would have been crucified.

Rebecca:      [Inaudible] fire, do you know about that?

John:         I've heard.

James:        [Inaudible], has a house down there.

Rebecca:      Yeah, but his house in South Carolina.

James:        Oh, the burning? Yeah.

Rebecca:      It burned down the day that-

James:        That was Jeff's M.O.

Rebecca:      Jeff?

James:        Yeah.

Rebecca:      He filed [inaudible] against Jeff. His house burned [crosstalk]-

James:        Yeah, yeah.

John:         I just don't see Jeff as an arsonist.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

James:        No, yeah.

John:         He is an extreme confidence man.

James:        Jeff is a weasel. He's a weasel.

John:         He's smooth with the words.

James:        Yeah. The first word I ever heard, when Joe introduced me to Jeff, "I'm Joe Blow, I have a Ferrari."

John:         Yeah.

James:        Who the fuck cares. It's an old one worth about 40 grand, 50 grand. "Oh, you can stay at my house in the Dominican anytime you want." You It was always the show out. I just don't see how people can be like that.

Rebecca:      Well, he has operated for a long time.

James:        Yeah, it makes sense.

John:         Did Matt Bryant pretend to be the hooker?

James:        No. Did Matt Bryant pretend to be a hooker?

John:         Yeah, because there was one point that one of your hookers texted him back and was that somebody pretending to be a hooker? Let's see. Hold on. Hold on. Hold on.

James:        No, no, no, no, no. That was a federal agent.

John:         That was pretending to be a hooker?

James:        Yeah, that was a federal agent.

Rebecca:      Hold on.

James:        Yeah.

John:         Let's get that-

James:        No, no, no. No, no, no. I'm going to leave that out of there.

Rebecca:      Who was the hooker who responded to Allen?

James:        I don't know.

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Rebecca:        So, there's messages?

James:          So, you got to recap my brain, because I don't-

John:           Yeah, yeah, yeah. There's messages, "I texted her back and she said, 'I thought I was going to see a very beautiful girl today. Shane $200.'" So, apparently took hookers that he thought were coming from you, were texting him. So, who was texting him back?

James:          Somebody at the government.

John:           You know that for a fact, from your phone calls?

James:          I'm 99.99% sure.

John:           Did you ever contact a hooker for Allen?

James:          No, not at all.

John:           You swear?

James:          Yeah, on my mom. Yeah.

John:           So it had to be somebody else?

James:          Yeah, it wasn't me.

John:           And he says, "I'm working on the communication issue, in text to you."

James:          I don't know.

John:           All right, I get it. And I appreciate it.

James:          Yeah, yeah, yeah. I have no reason to [crosstalk].

John:           But James, that's so fucked up.

James:          It is. I agree with you. The whole deal is up.

John:           You got a federal agent potentially pretending to be a prostitute, to keep the alleged hitman on the line. There's also talk about bus plans, like a specific... Hey.

Rebecca:        Who is that?.

James:          That's one of my jet skis. I got to run right out.

John:           Yeah, go for it...

This transcript was exported on Jun 21, 2021 - view latest version here.

They got seaweed on the machine probably. They're probably going in to get somebody for them.

Rebecca:    [Inaudible].

John:    Yeah.

James:    Well, I got to jump in the water real quick.

Rebecca:    Okay.

James:    Hopefully not. Hey...

Maybe you can get a picture of them rolling off. They'll probably roll off here in a minute... Watch it roll off. You ready? Hey. Hey, is your machine running slow? Come here.

John:    Maybe I do want to go [inaudible]. You [crosstalk]-

James:    It's got a...

Speaker 5:    Yeah, I know. We're going in.

James:    No, no, no. Come here, I'll show you how to get it out. Just get right over here. You got seaweed in the machine. So, one of you have got to get in the water.

Speaker 5:    Okay.

James:    You have to, or you'll burn it up. You can't. You have got to turn it off. You're going to burn it up. Listen to me. Come over here. Y'all come here, but I'm going to get [inaudible] come here. Well, I know, but... They know who I am.

John:    You going in?

James:    Yeah, I'll go in. Yeah, to take it off. I'm going to jump in and get it out, but you got to go straight in. They should have told you that before you left.

John:    James Garretson saving the day...

It's the eye of the tiger. It's the thrill of the fight. [Inaudible]...

Why do they have to go in real quick?

James:    [Inaudible] kid on there.

Rebecca:    Here, let us help you James.

This transcript was exported on Jun 21, 2021 - view latest version here.

James:          What?

Rebecca:        You got it?

James:          We're good. The water feels good. [Inaudible]...

John:           So what, they soaked up some seaweed?

James:          Yeah, it's some seaweed. And my guy was just supposed to tell them, when you get sea [inaudible], you got to get it out, or it burns it up.

Rebecca:        It burns out the motor?

James:          Yeah.

                My whole thing is trying to keep Joe for making it a daily circus, because that's been his life [crosstalk] to be here.

John:           [Inaudible] man and social media harms him where it hurts.

James:          It does.

John:           And it is like, you can't just keep throwing shit out there and [inaudible], because if there is somebody up there then the government takes his license [inaudible]... I think [inaudible] used to be his boss. Matt's boss, boss.

James:          That's pretty much my life. Going out, chasing jet skis, get sea grass out, saving people from the big sharks at the bridge.

John:           Oh, really?

James:          People falling all time when the current's real bad and they roll over. So, the other day I had a girl that was about 360 pounds. She's huge. I told her before she got on the jet ski, "You have got to be able to pull your own weight up to get back on." She falls in the bridge on a tour. I shove her, tried to get her on the jet ski. I can't get her on, because there was just so much fat. My hands were just [inaudible]. So I whispered in her ears. I said, " Do you know how big these fucking bull sharks are?" She climbed the big ass [inaudible]. One hand is pushing her fat ass right on there. I weigh 280 and it's hard for me sometimes. I do it every day. The jet ski's all about 450 pounds max and we get one person who is 400. And then, they try to put their kids on there too. You have got to tell them, "No, you're too fat."

John:           After sitting through seven hours of Tiger King, I tweeted every one of you, "These fools needed to lawyer up, before ever getting involved with [inaudible] these problems."

James:          Yeah, I agree.

This transcript was exported on Jun 21, 2021 - view latest version here.

John:       Then half of them called me, but that's another story.

James:      It's just, you just don't who to call, because [inaudible] the government, how ferocious they can be. That Amanda Green, she's pretty scary.

John:       Yeah.

James:      That other judge, [inaudible].

John:       Who was the guy from Vegas? He was a fish and wildlife guy from Vegas, with a beard. Did you deal with him?

Rebecca:    James [inaudible].

James:      Yeah, yeah, yeah. He met on two or three occasions. He lives in Texas.

John:       Is it Texas?

James:      He is a Texas guy, yeah.

John:       Is that the guy that-

James:      Yeah, the big guy. A bit bulky. He kind of looks like Matt, but a big bulky version.

John:       No, the guy-

James:      It is James.

John:       You knew who I'm talking about.

James:      His name is James.

Rebecca:    And then, the other guy [inaudible].

James:      That guy's an FBI agent out of Washington DC.

Rebecca:    I don't think that was James Hardley.

James:      James Hardley is a [inaudible]-

John:       She wouldn't tell me.

James:      You sure it's off? All right, so they were trying to [inaudible], so they made me sign an SCI agreement.

PART 4 OF 4 ENDS [02:09:29]

Exhibit 8

This transcript was exported on Jun 21, 2021 - view latest version here.

Exhibit 8