This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Right.

Amy Hanna:

He just snakes his way in there and does it.

John M. Phillips:

The conversations related to Bryant, so obviously we have the text messages. The text messages from your phone to his phone, the one phone, are all we have. Where there text messages he said, he references a cell phone at another point. Did you text another phone or call a different phone?

James Garretson:

For Bryant?

John M. Phillips:

Yeah.

James Garretson:

No, he gave me his personal number, but I never called it.

John M. Phillips:

Okay. So, you were saying the I, we, me stuff.

James Garretson:

Okay. So, basically when we were going through this whole thing I was told, "Don't make yourself a part of it". Don't say "we" or don't insinuate that I'm a part of the conspiracy or a part of the murder for hire. And I was always told, "It's got to be Joe's idea." So, that's basically what I was told.

John M. Phillips:

But even during cross examination they effectively point out that in most of the conversations you're the one bringing it back up.

James Garretson:

Correct.

John M. Phillips:

And you're doing that because Bryant is telling you to in text messages. "Go to the park. Go do this." That's the core of what I need to know about.

James Garretson:

They're telling me every day of my life several times a day that I need to get back into conversations with Joe, and I need to ask him, we need to make this happen. So I was told pretty much to send him a

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

message, call him. I was just basically taking orders to call this guy. And mid part of this I felt like I was forcing Joe to participate in a murder for hire, in all honesty.

John M. Phillips:

Why'd you keep doing it?

James Garretson:

I don't know.

John M. Phillips:

It obviously -

James Garretson:

That's a good question.

John M. Phillips:

Yeah.

John M. Phillips:

You want one?

James Garretson:

Maybe when I look at the resources they were spending, the time they were spending they were like, and I knew all along I didn't have an immunity agreement. And whenever they started basically telling me, "Don't say 'we' because that makes you a part of," are these guys going to arrest me for it? And I thought about that up until, a lot, that they were going to just, because you always see these stories about the Feds doing different things and backing out on their word. And I thought I might be indicted too.

John M. Phillips:

Yeah.

James Garretson:

I never had immunity. And why didn't they ever offer me any immunity?

John M. Phillips:

How much did they know about all the other shit?

James Garretson:

They didn't know anything really. The only thing I was told about is the lemur. They'd bring up the lemur all the time, "Well, we can still charge you for the lemur, we can charge you." And then up until the Saturday before trial when we were at the trial prep I was told I could still be charged.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

For the lemur?

James Garretson:

For the lemur.

Amy Hanna:

Why'd they tell you at trial prep? Did you tell them you were having second thoughts about testifying?

James Garretson:

Oh yeah. Yeah, I told them, I told Matt Bryant many times. I was like, "I don't want to do this, I don't want to follow through. This is not right." I even called Joe's attorney thinking how can I get out of this? And then I even looked up on my, what can they do if I don't show up to court for a subpoena? And then I was trying to figure out is this subpoena legal? It was sent to me by an email.

Amy Hanna:

What about the first conversation with Bryant? I think you said there was a phone call or did he meet you?

James Garretson:

Yeah, we met.

Amy Hanna:

How did it, tell me more about how he -

James Garretson:

Oh, how it all started, pretty much how it all started?

Amy Hanna:

Yeah.

James Garretson:

Well, I called, Jeff wanted to get rid of the property. I called Carole Baskin. Jeff offered me $100,000 if I could sell the park, which I knew Jeff owned it anyway, so Joe didn't own it, Jeff owned it. So, it's his legal right to sell it if he wants to sell it because I didn't know their back door dealings or whatever.

John M. Phillips:

It's messy, but yeah.

James Garretson:

Okay. So I called Harold, I mean Carole, I got a voicemail.

John M. Phillips:

I've never heard that.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Carole, Howard, Harold.

John M. Phillips:

Yeah.

James Garretson:

So I called and went to voicemail, and then a day or two later Matt Bryant calls me. I guess he's intercepting all our phone calls. And then he basically just said, "Can we meet?" And we met at Two Frogs, I don't know, a week or two after.

Amy Hanna:

And tell me about that.

James Garretson:

He asked me, how did it start out? Well he asked me pretty much point blank have I ever heard Joe -

Amy Hanna:

Was it, like he called, what, was he like, "I'm with the Fish and Wildlife and she's getting death threats." And you were like, "Who are you?" You can't take a guy saying, "Hey, I'm with the Fish and Wildlife".

James Garretson:

No, no, no, no, I made him send me an email from his work in government, and that's in my email too. I have that right now, I'll send it to him. But I asked Matt Bryant, I said, "I don't know who you are," because he called from a 580 or 405 number or whatever. And I said, "I don't know that, how can you prove to me that you're a special agent or you're with the Fish and Wildlife?"

Amy Hanna:

Right. That would be my question.

James Garretson:

He says, "Well, I'll send you an email from my work email address. And then you can call my office." So, he sent me that email and it just basically, whatever the day before or right before we met, he sent me the email because I didn't believe he was an agent because he talked kind of like a redneck and stuff. I didn't know if it was Joe or Mark. You know that Mark guy that hung around Joe that was a cop. He'd do all of Joe's dirty work.

John M. Phillips:

Tom Thompson?

James Garretson:

Yeah, Mark Thompson. So Matt Bryant sent me an email. And then I called him back, and I figured out he was who he said he was. And then we agreed to met at -

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Amy Hanna:

So there were two calls before you met at Two Frogs?

James Garretson:

Correct. Yeah because I didn't believe he was a cop. And then he sent me the email. He was like, "I'm going to send it from my government email," and he sent me an email with just Matt Bryant, Special Agent, blah, blah, blah. And that's time dated and stuff, that's in my email. And that's when it all started and then we met. I was doing something, so I don't know if it was a week or two after that we actually met after the phone calls. I don't recall the date. And then we met at Two Frogs. It was me, James Hartley I think, the other Fish and Wildlife guy, he's in the Texas area. His name is James, he was there on several occasions.

John M. Phillips:

Fairbow wasn't at that first meeting?

James Garretson:

No.

Amy Hanna:

James Hartley?

James Garretson:

Hart, Harkley?

John M. Phillips:

I think, I've seen his name.

James Garretson:

Yeah, he's a special agent.

Amy Hanna:

Markley.

James Garretson:

Markley, James Markley.

John M. Phillips:

And he testified?

James Garretson:

Yeah. So James Markley was there at the first meeting. It was me, James Markley, Matt Bryant, and Brittney.

This transcript was exported on Aug 03, 2021 - view latest version here.

Amy Hanna:

Brittney was at the first meeting?

James Garretson:

Correct.

John M. Phillips:

And that gets into that Brady violation stuff, he wants us to talk to Brittney and he wants us to do it quick.

James Garretson:

Brittney, even when I was talking to this attorney that represents me, he told me, I went over to kind of deal with him and he's like, "That's a clear Brady violation. Has anybody ever talked to her"? "No." I said, "Nobody's approached, no." And then everybody just blew it off because I was trying to do something like that so I could just be behind the scenes and let her, because she has nothing, they're not going to come after her. I even tried to tip it off to Joe's, Fran. He ignored it too.

John M. Phillips:

He didn't understand.

James Garretson:

But I know a lot of history on him because he doesn't, he's not the great of a lawyer. I'm from Fort Worth.

John M. Phillips:

You said the same about me though too.

James Garretson:

No, I didn't call you an ambulance chaser.

John M. Phillips:

I was reading -

James Garretson:

They were souring me on you pretty bad.

John M. Phillips:

They were. No, he was leading you.

James Garretson:

Eric Goode and -

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Ripper.

James Garretson:

Yeah, Ripper, they were pretty much souring me. I should've just made my own evaluation.

John M. Phillips:

Eric is king of leading questions. He'll tell you what to say and then he'll ask you and make you say it.

James Garretson:

You got to think, everybody in this whole saga is a snake, okay? I'm not saying I'm a poster child or anything like that because I'm not. But everybody in this whole thing is a snake, everybody turns on everybody. So, you don't know who to believe, and Eric is like the ringleader of the snakes. I've caught that guy in so many lies, so many lies. And, yeah, I should've took them all to court when I could've.

John M. Phillips:

Was what I've heard true that Eric Goode was giving updates to people day-to-day on what happened at trial?

James Garretson:

Yes, everybody was.

John M. Phillips:

Who else?

James Garretson:

I had reporters in court giving updates.

John M. Phillips:

Okay.

James Garretson:

Yeah, Eric Goode was texting me from the courthouse. And then Sylvia Corkill updated me I think.

John M. Phillips:

I've seen her name. She's pretty, she's a pretty one.

James Garretson:

Yeah. But everybody was leaking, there was people in those Facebook groups and stuff that were sitting in court. Everybody, I didn't know who a lot of people were. I was surprised that Carole, when I was there, Carole and Howard were there. I'm like, "What are they doing here?"

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I think the whole time, until she testified, they were hanging on every word. So there was a conversation, your trial prep, did Eric's name come up? Eric Goode.

James Garretson:

No, I don't think, no.

John M. Phillips:

Was Green aware of Goode, I guess is my question?

James Garretson:

I don't think so, no.

John M. Phillips:

Okay. She didn't have a list or something with his name on it and said, "Have you talked to these people?"

James Garretson:

No. She asked me if I talked to anybody and I said no because at that point I didn't. I had people chasing me down for stories and stuff and I tried to stay out of all that stuff as much as I could. I even had people at court when I was in the witness room handing me cards. The guy from, the guy that's making the Peacock series, that guy, the podcast guy.

John M. Phillips:

Oh, Robert Moor.

James Garretson:

Robert Moor, yeah, he was chasing me around every day.

John M. Phillips:

But Bryant knew him very good.

James Garretson:

Yeah, Bryant knew him very good. Bryant even asked me a couple times, "Do you think he's going to make me look bad in this? Do you think he's going to make me look bad in this?" I was like, "I don't know. Call him and ask him."

Amy Hanna:

Did he film Bryant?

James Garretson:

I don't think so. I know he's had meetings with him, Eric Goode. I don't know if he's filmed him, but I know they met several times.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Now I didn't put a time limit to this thing. And I know things, obviously, that I'm not going to spell completely out.

James Garretson:

No, I hear you.

John M. Phillips:

But is it true that Matt Bryant was aware of Eric Goode before trial?

James Garretson:

Yeah, I'm sure. I mean everybody knows Eric Goode.

John M. Phillips:

Yeah.

James Garretson:

He was hounding everybody. And he was recording right before Joe got arrested and stuff. So, I mean, everybody knew he was around.

John M. Phillips:

Which is a whole different thing because they have first hand evidence of some of the shit that went down. Even if it was day to day conversations of not mentioning Carole, it shows, or day to day conversations between Allen and Joe talking about work, it shows this wasn't as much as an infatuation as -

James Garretson:

Yeah, yesterday, when Goode called me and asked me about the Glover deal about the hookers.

John M. Phillips:

Yeah.

James Garretson:

He's like, "Well, I'll just call Matt real quick". So, it -

Amy Hanna:

Why would Matt know about that? "Oh, the hookers and Glover".

James Garretson:

Yeah, so, I think they have open lines of communication and, obviously, Eric is the one that called and said that I met with you.

John M. Phillips:

So fucked up.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Which is totally stupid. And Rebecca told me, I said -

Amy Hanna:

Did he try and stay when he knew that?

James Garretson:

He was real cold to me because I called him.

John M. Phillips:

Oh, you've talked to him since then?

James Garretson:

Yeah, I called him just to check in because I was trying to feel him out.

John M. Phillips:

Yeah.

Amy Hanna:

Yeah.

James Garretson:

Yeah, he was real cold. He was like, "I got to call you back later." So, I guess he's nervous.

John M. Phillips:

He should be.

James Garretson:

Yeah. So -

John M. Phillips:

And he was always nervous, and I think it, a large part of it stems from the fact that he was spending so much time chatting it up with Chealsi and Jeff Johnson. Like why would he be talking to Chealsi?

James Garretson:

He used to always say Chealsi's name. And I didn't even know who Chealsi was, I never even met Chealsi.

John M. Phillips:

Yeah.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

And then they had to tell me about the Joe's niece deal. So, they were, I mean, probably I would say on different, five or six different occasions, "I got to call you back, Chealsi's calling".

Amy Hanna:

What?

John M. Phillips:

Get you off the phone for Chealsi.

Amy Hanna:

Yeah, why would, you don't know anything about her or her involvement?

James Garretson:

No, I don't, never met her.

John M. Phillips:

Did I send you that Yuri call where he accuses Bryant and Chealsi of fucking?

James Garretson:

The what?

John M. Phillips:

The Yuri call, the phone recording. Any speculation or truth to that?

James Garretson:

I don't know, I don't know Chealsi, I mean, I don't know. I met one of Joe's, Chealsi's sister one time at a party in Oklahoma City. And I'm surprised nobody went to her because she knew a whole lot.

John M. Phillips:

Chealsi's sister? So, Pam had, another daughter of Pam I guess?

James Garretson:

I can't think of her name. God, I can't think of her name.

John M. Phillips:

Or even if she existed.

James Garretson:

It might be another niece of hers but -

John M. Phillips:

I'll ask Pam.

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Yeah. But I met her at a party in Oklahoma City and she was there with her husband, I can't think of her name. But, yeah, Chealsi, I've never met Chealsi, I wouldn't even know what she looked like or anything.

John M. Phillips:

So, and I'm happy to turn off the recording at any point, just say it. There were a couple of points on the boat that you just were like, "Let's not go there on this TV show." One of which we were talking about the text about the hooker com issue. And I was just like, "Do you mean to tell me that agents were pretending to be hookers and texting Allen?" And you just kind of changed the subject.

James Garretson:

Yeah.

John M. Phillips:

What do you know about that?

James Garretson:

Well, some of those texts that I left they weren't my texts. I mean I know how I write and stuff. And that number, I don't know if you showed me a text or whatever, but it was a different phone number than mine, it was coming from a different number.

John M. Phillips:

Did I do that?

James Garretson:

Yeah.

John M. Phillips:

Let me see if Kit still has that binder that I had with me.

Amy Hanna:

So, you're saying you weren't sending the texts even though they were coming from your -

James Garretson:

I think he showed me a text that had a different number from it but it wasn't in my grammar because I know how I write. And he asked me if I thought an agent was doing it and I was like, "It's damn sure not my phone number, wasn't my writing." So, I didn't know if somebody else was texting him as a hooker or whatever, I don't know.

Amy Hanna:

Right.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

The whole thing's a train wreck. I mean it's just, it's a train wreck. You know what got me? Is the judge, the same judge was the one that sit over the Carole Baskin civil stuff. I still couldn't figure that out til today. Because Joe does so much shenanigans that that Judge was already, already had his mind made up when he saw Joe.

Amy Hanna:

And if, it's the same issues. Like it's not that the civil case has nothing to do with the zoo or the finances of the zoo or anything. That was the whole motive in the murder for hire. So, you're ruling on the same issues in the civil case before the criminal trial even starts. Like his mind's already made up.

James Garretson:

Mm-hmm (affirmative). Did anybody ever ask for a new judge? Or like a change of venue or anything?

Amy Hanna:

No, not yet. Not yet. I want to know more about Two Frogs. I want to know more about the initial meeting and what happened when Glover fell apart with the informant.

James Garretson:

Fell apart, what do you mean?

Amy Hanna:

Like when Glover, when they realized Glover wasn't happening, in introducing the undercover.

James Garretson:

No, the undercover was before Glover.

Amy Hanna:

Undercover was first?

James Garretson:

Yeah. Because, remember, the undercover was first because the Feds, Glover then popped in one time when I went out to Joe's place, he had this whole thing figured out and Joe was like, "Well, we're going to use this guy, this guy's going to do it." And then they quit talking about the Fed. So, the Fed was first and then Glover, I guess, I don't know if it's, Jeff was out in Vegas so I don't know if Jeff was saying, "Hey, there's a guy at the park that'll do it", I don't know how that transpired. But Joe just shifted to Glover. He quit talking about the informant, the Fed, and he just shifted to Glover. And then we had to play along with the whole thing again.

Amy Hanna:

But they had never introduced the Fed, initially, they had just talked about it.

John M. Phillips:

No he had introduced the concept of his friends because that was an ongoing conversation of, "Do you know somebody that could kill -

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Yeah, yeah, yeah. But the Fed was first before Glover because that's when they kind of got, kind of bent out of shape because they wanted to use, they wanted Joe just to give the FBI guy money because the FBI guy was going to be down here. And here's another thing, so the FBI guy was going to be down here because I guess he's from Washington.

Amy Hanna:

Mark.

James Garretson:

Mark or whatever his name is. And they wanted me to basically just get Joe to come up with the money to hand to that guy so they could just seal the deal. And then that's when Glover came into effect, where Joe was set on using Glover. And then we just had to basically play along with the whole Glover deal. And pretty much the times that I seen Glover he was wasted drunk, like wasted.

Amy Hanna:

Or high or something.

James Garretson:

Yeah, like no, he was just done. Hardcore, vodka, whatever, he was just done. He wasn't even coherent when I talk to Glover at the party.

John M. Phillips:

I mean there's text messages that were never brought up, where they were literally fighting and Jane, and Allen would text Joe, text Jeff saying, "He's about to kick me off the park. Can you stop him?" Like, "He's -

James Garretson:

Okay. So, Joe -

John M. Phillips:

"He's done with my shit".

James Garretson:

Okay, so, I was there on a couple occasions and this never brought, they never brought this up at court. Okay? Allen and Joe hated each other.

Amy Hanna:

Right.

James Garretson:

Okay? I didn't know that Allen was a longtime employee of Jeff, but I was out there one time and Allen was sitting down on the steps, taking a break. And Joe comes out of his office and he's screaming, "You sorry motherfucker blah, blah, blah, blah". So, whenever I was told that Allen was going to be the hit

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

man, I'm like, "Something ain't right because these two hate each other", because I was there in a bunch of screaming matches. So, I don't know, that's why I was like, "Hmm, this is strange" because the last time they were going to kill each other. And nobody ever brought that up, because I know Joe hated Glover with a passion. And Glover hated him the same.

Amy Hanna:

But you weren't there when, were you there when Joe and Allen discussed it?

James Garretson:

Mm-mm (negative). No but I would pop in -

Amy Hanna:

So who told you that?

James Garretson:

Well, I popped in and saw them fight. They were fighting, on both occasions I was there, they were fighting. And Glover was running the weed eater both times.

John M. Phillips:

Jeff told him in one -

James Garretson:

Yeah, I was never in the room with Glover and Jeff, I mean Glover and Joe. No. I was never in the room with those two.

John M. Phillips:

Do you have these text messages?

James Garretson:

Which ones?

John M. Phillips:

Any of them from back then. Like I showed you some of these that they're missing.

James Garretson:

Yeah, that's, unless they're on the app or that other phone that I have.

John M. Phillips:

Okay.

James Garretson:

So, here's my deal with phones, since I do water sports, every month, and this sounds kind of shady, but every month I drop a phone in the water. And I was, I kept switching phones, switching phones. Or I'd

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

take my sim card out of my phone and put it in another phone. So, I was having a hell of a time with phones during the whole thing. So, I switched phones probably four or five times. So, that's been my whole problem. And I was between Oklahoma and Florida so I'm always on the go. But I couldn't figure out why Joe would hire Allen or how Allen, how that even come to play because they hated each other.

John M. Phillips:

Jeff.

James Garretson:

Yeah.

John M. Phillips:

Jeff was making it easy because Jeff was equally motivated.

James Garretson:

Yeah, and then Jeff's got himself out of the picture so it was just me and Allen and Joe there.

John M. Phillips:

'Cause Bryant didn't want Jeff, Carole didn't want Jeff. They wanted Joe. Joe getting out, the way somebody put it is Joe kind of made the animal industry into Walmart. Where people weren't profiting, he was controlling the animal trade to some extent and nobody was, everybody would've benefited if Joe was gone. And so Joe had friends, but friends that were like, "Fuck, I'd wish he'd get out." No? You would've benefited by Joe being out had the whole industry not collapsed with it.

James Garretson:

Yeah, yeah, yeah, yeah. I didn't have a problem with Joe, I mean I really didn't have a problem with Joe other than he was doing a lot more back door stuff than all this stuff. I mean they were slaughtering a lot of animals, him and Gregg Woody. And that's kind of what got me into it is Gregg Woody because I hauled bears for Joe years ago and I met Gregg Woody on the side of the road, I picked up some bears in Alabama for Joe one time, and met at a carwash in Missouri or whatever, and I was going to give these bears a drink and then Gregg Woody, which I don't know him personally, would say, "Well, you don't need to give them water, they don't need water where they're going." So, they were doing a lot of that hunting ranch stuff.

John M. Phillips:

Oh yeah.

James Garretson:

And it soured me. And that's the only beef I had with Joe because they were, him and Woody, were killing a lot of tigers and bears and whatever. But the thing is, is Matt Bryant, when he sold me this whole thing, there was no talk about murder for hire, this was just about animal killing, this was about wildlife trafficking. And he told me that he's going to arrest everybody at one time, like 12-15 people. And then, when I got a month or two into it, it was all about murder for hire.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

But murder for hire was mentioned the first time because the Ashley Webster stuff.

James Garretson:

Yeah but they were pretty much trying to get me to -

John M. Phillips:

Focus on animals first.

James Garretson:

Yeah, focus on animal stuff. And then it all just shifted to just Joe, nobody else. He couldn't care less what everyone else was doing. And there's worse people out there than Joe, Doc Antle's a lot worse than Joe. But he has money to get himself out of stuff.

John M. Phillips:

Right.

James Garretson:

So yeah, and it all just focused on the murder for hire, murder for hire and the agent. So, it just, I don't know, it wasn't what I was told.

John M. Phillips:

"Working on hooker com issue."

James Garretson:

Hook, working on what?

John M. Phillips:

Hooker com issue.

John M. Phillips:

What do you know about -

James Garretson:

Is this to Matt?

John M. Phillips:

Yeah, it's between you and Matt. And Matt says, because you're like, "Allen keeps asking for a hooker, Allen keeps asking for a hooker."

James Garretson:

Oh, yeah, yeah because he kept sending me question marks.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah.

James Garretson:

And then I think I called Matt too, but I said, "You know, what do I do with this guy?" And he's just like, "Well, we just need to track his whereabouts."

John M. Phillips:

Do you know whether a federal agent was texting Allen pretending to be a hooker?

James Garretson:

I don't.

John M. Phillips:

You don't know, okay.

James Garretson:

But you showed me something the other day that kind of triggered that.

John M. Phillips:

Yeah because, I mean, it was ...

James Garretson:

From a different phone number.

John M. Phillips:

"No word, working on hooker com issue" and then the other thing is they said they took a break when Travis died but they didn't. The text to you continued.

James Garretson:

It was about two weeks. Yeah, they were still bothering me every day but they said that they wanted to give him a couple weeks to mourn.

John M. Phillips:

They're bothering you though.

James Garretson:

But they were, yeah, they were getting me every day, I couldn't even work because, and Matt would always say, "My boss, my boss, my boss". And he had a beef with his boss too. I met his boss one time at the casino, because they were going to raid Joe on a Friday and they had a bunch of trucks there. And his boss is some like little fat Mexican guy. But I know Matt hated his boss. But I don't know if that's who was pushing the strings or what.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Well, sometimes he preferred to his boss as Amanda Green and sometimes it was somebody that, unfortunately, that's not here.

James Garretson:

Yeah. Yeah, I couldn't figure out who it was, if it was Amanda. And then I heard, I was in there one time and, I don't know if it's the time the FBI was in, one time, I don't know what time it was but he asked for a souvenir. I think I brought a Joe Exotic water bottle back out with me.

John M. Phillips:

When? Before trial?

James Garretson:

Yeah, before trial, yeah.

John M. Phillips:

Okay, that's odd. Jeff said there's been a lot of that, that they wanted trinkets and stuff.

James Garretson:

Posters and stuff, yeah. Yeah, trinkets, yeah.

John M. Phillips:

From Jeff. I mean he says that -

James Garretson:

And somebody told me something about Amanda Green with a -

John M. Phillips:

Dart board.

James Garretson:

Dart board. But I don't know. I just, I don't know. I've never seen it. But I've never been in her office either.

John M. Phillips:

I'm curious if she's sitting there as a federal judge with Joe Exotic trinkets in her office.

James Garretson:

She's a scary lady.

Amy Hanna:

Why, why do you say that?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I don't know. She's just kind of brutal. I don't know, maybe because it scares me, I don't know. I mean it felt like I was on, like when we were doing the trial prep, I never, I thought you just tell the truth the best you can, I didn't think they prepped you. All the times I've been to court, I've never had somebody kind of -

Amy Hanna:

Coach?

James Garretson:

Ask me these things and tell me these things that I've said that many times. So, I thought that was kind of odd. And it was on a Saturday, and they were real adamant that I be prepped. And I was there for a while.

John M. Phillips:

You said something at trial that nobody followed up on about you see empty animal cages and everything changed all the time.

James Garretson:

Yeah.

John M. Phillips:

What do you mean?

James Garretson:

Well, Joe was shipping out animals to all these different places and they'd just disappear. Because he was doing some bad shit to animals.

John M. Phillips:

Yeah.

James Garretson:

I mean like really bad shit. But yeah, I mean that was true.

John M. Phillips:

Yeah. The way they built their case on the euthanization of the five tigers was that every single cage was full all the time. And so Joe had to kill these five tigers to free up three cages to be able to put in the circus cats.

James Garretson:

The circus cats, yeah. Well, that's kind of true. But, you got to think, Joe was always buying and selling.

John M. Phillips:

Right.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

And rescuing. So, if he, if there was something in the news where somebody needed to go place 12 tigers or 50 wolves or whatever, Joe would just go get them to get his name in the paper.

John M. Phillips:

Right.

James Garretson:

So, he didn't care if he had room or didn't have room. So, at the time, he would just go out there and just knock a bunch of them down that didn't breed.

John M. Phillips:

Yeah.

James Garretson:

Because Joe would always tell me, "Well, if they're not breeding, I'm getting rid of them motherfuckers." That's just how he was.

John M. Phillips:

What gets me about this is they only pulled the skeletons and not the bodies.

James Garretson:

And there were so many more.

John M. Phillips:

Yeah.

James Garretson:

That was just, it was like somebody led them to just those five, when there was probably 150 there.

John M. Phillips:

Yeah.

James Garretson:

Yeah. But that didn't make any sense either. And, in all honesty, Joe shouldn't have been charged with any of that trafficking stuff. You know who should've been charged?

John M. Phillips:

Yeah?

James Garretson:

John Reinke.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Yeah.

James Garretson:

John Reinke did it all.

John M. Phillips:

Yeah.

James Garretson:

And even the Feds told me, "Yeah Reinke did, Reinke controlled the cub book, Reinke controlled all the changing the dates and the forms", Reinke did it all that, Joe didn't. Because Joe couldn't keep track of the days and the lies, Reinke did it all.

John M. Phillips:

And Reinke's admitted that to me.

James Garretson:

Yeah.

John M. Phillips:

And during trial, which was the most unusual criminal trial, constantly it was either Reinke or Jeff, I mean Reinke or Joe, or Jeff or Joe. Like Jeff or Joe did this, or Reinke and Joe. But Reinke and Jeff weren't on trial. And so it had to be only Joe to convict only Joe. And they never objected and said, "Judge", or pointed it out, "Look, you don't know which ones which."

James Garretson:

So, Joe shouldn't be on there on any of the wildlife stuff, Reinke should be in there. And I don't even, did they even talk to Reinke?

John M. Phillips:

No, he refused. He's the only one that refused and they didn't persuade him.

James Garretson:

And then they told me they were going to get Doc Green, that they were going to get Doc Green too because Doc Green did more fraud than Reinke and Joe because she signed off on all these corpses and she gave them all these drugs. And she was worse than those two. And they told me that they were going to indict her and they never did.

John M. Phillips:

Jeff Johnson says he's got some stuff on Doc Green.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Well, Doc Green's all over the place. Matt Bryant knows everything about Doc Green.

John M. Phillips:

Did you record people before you were given recording devices?

James Garretson:

No.

John M. Phillips:

Okay.

James Garretson:

No.

John M. Phillips:

Like Jeff and Lauren recordings, I guess -

James Garretson:

No.

John M. Phillips:

Okay. God, I need those recordings, James.

James Garretson:

I'll get on it, man. I just, my deal's time but I'll get on it.

John M. Phillips:

I know. I'll pay for your time. I mean I don't [crosstalk 00:33:43]

James Garretson:

Well, I don't want you to, I'll get on it when I get back.

John M. Phillips:

But I need, that's it.

James Garretson:

Okay.

John M. Phillips:

Because -

James Garretson:

But you know I only have the devices that I used on my phone, I don't have the Feds part of it.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Right. No, no.

James Garretson:

Okay, yeah.

John M. Phillips:

No. But what your phones would've recorded that you didn't turn over, so they say you say in here you've turned over everything, Farabow says you've turned over everything. But you didn't turn over everything.

James Garretson:

No, I didn't.

John M. Phillips:

There's no way you turned over everything because you turned over seven things or whatever it was.

James Garretson:

Yeah. And a lot of times when I turned them over I screen shotted them.

John M. Phillips:

Yeah.

James Garretson:

So, more than likely I could've been talking about my own murder for hire and turning them over.

John M. Phillips:

If this case would've been tried after Tiger King it would've had a completely different result. But nobody, except for regionally, nobody knew or cared about Joe. And everybody seemed to be either cool with him going down or the Feds, like John Finlay, they brought up all this bestiality stuff to get John Finlay compliant to some extent.

James Garretson:

And a lot of that stuff was made up by Jeff Lowe. You got to think, Jeff Lowe can't tell the truth about anything.

John M. Phillips:

Right.

James Garretson:

So, he said he had this, had that. Yeah, I mean a lot of that stuff was made up.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Did you have conversations with Jeff about that sort of thing, that he's making stuff up or are you just saying that?

James Garretson:

No. I don't have conversations of that because I really was never told to record Jeff.

John M. Phillips:

Yeah.

James Garretson:

I was told to call Jeff on a couple occasions, by the Feds, to record him and I did. But it was probably a handful of calls.

John M. Phillips:

The way the testimony was was that the recorder didn't work on other Jeff calls.

James Garretson:

Well yeah, and I left some of them out, I'm not going to sit here and tell you I did everything, because when I saw where the government was going I was giving them less and less.

John M. Phillips:

For sure.

James Garretson:

And that was, that's a fact. Because they wouldn't tell me, "Hey, give me everything you got." They just wanted particular little things.

John M. Phillips:

And that's it.

James Garretson:

To make the case. So, there was stuff I didn't turn over.

John M. Phillips:

No matter how it came.

James Garretson:

Exactly.

John M. Phillips:

That's fucked up.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

It is. I mean that's why I'm here, it's kind of, how they built it is, and then I was told that Joe was going to get charged with arson for hire because, and that was Joe being Joe there because he didn't want Jeff to come back from Vegas, because Joe hated Lauren. Like I don't think I've ever seen Joe hate somebody that much. But he hated Lauren worse than anything. He'd always call her the redheaded cunt.

John M. Phillips:

Yeah.

James Garretson:

And it was, that's all he referred to her by. But Joe doesn't like really any women, but he hated Lauren.

James Garretson:

And why didn't they take my phones and do all the FBI stuff? Not one time did they ask me for my phones.

John M. Phillips:

Never makes sense. Because they'd get what they needed from you and Jeff. And the question was, my question was how much did they have a gun against your heads? Jeff says in private meetings, and to some extent in his public meetings, recorded meetings, that he confessed to everything. Who knows if that's true or not? But that he thought he would get immunity for it if he confessed it. So, he talked about every tiger sale and everything he did. But it sounds like you didn't. Like did they know about, and I know it's -

James Garretson:

They never asked me about anything.

John M. Phillips:

That USDA stuff in your past.

James Garretson:

Yeah.

John M. Phillips:

Did that ever come up?

James Garretson:

No, not at all.

Amy Hanna:

So how did the first conversation go then? Because the phone call couldn't have been much if he's just, he's probably asking, "Who are you and why are you calling this number?", if he's returning a call from Carole's voicemail, right?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Mm-hmm (affirmative).

Amy Hanna:

So then how did it come to -

James Garretson:

He just basically called me and asked me what I needed Carole for.

Amy Hanna:

And then how did it come to Joe and investigating Joe?

James Garretson:

That came after when we had the first meeting. He asked me, "Well, we have reports that Joe's, we have report that Carole's life's in danger" or something to that effect.

John M. Phillips:

It was the voicemail, I mean we have it recorded, it was Ashley Webster, which turned out to be this big cup of shit.

James Garretson:

And now they're talking, and now I saw a YouTube video yesterday with a guy named David something do a podcast, he's saying he took credit for all this and he went to Carole when Joe got rid of him, that he's responsible for all Joe's problems. I actually screen shotted it.

John M. Phillips:

A lot of employees were kind of running -

James Garretson:

Well, this guy was talking and this guy knew -

John M. Phillips:

Is it on YouTube?

James Garretson:

Yeah.

John M. Phillips:

Send me that.

James Garretson:

This guy knew a lot of stuff because I knew a lot of stuff that went on there. Yeah, it's this video right here, I just took a picture of it, because I was listening to it and he was like, "Well - Carole was going to

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

pay him or something rather that he was reporting right to Carole. This is one of Joe's podcast producers or whatever.

John M. Phillips:

Oh, yeah, yeah, yeah. He left Joe and he was, I did see that, some of that. He was Carole's executive producer, she hired him out from under him. I did see something.

James Garretson:

But he was turning stuff over to Carole too. So, and Ashley Webster, everything she's told me, because I didn't even know who Ashley Webster was, she called me one time out of the blue, asked me if I ever seen a naked picture of her. I was like, "No." Because Jeff would show me pictures on his phone like, "Well, look at this hot chick me and Lauren got last night. And look at this." I knew what Jeff Lowe was doing, they were date raping girls, I knew that point blank because they would always talk about substance and they would always talk about ecstasy and all that stuff.

James Garretson:

So, that's their MO, they would bring these girls home and date rape them and stuff because there was one girl, I'm surprised she didn't come forward, but there was one girl Jeff kicked out of his house one time because she wouldn't, they couldn't get her under the influence of whatever, and she left with hardly any clothes on her back. So, I mean they're sick, twisted people. But yeah, I knew about all that stuff. And -

Amy Hanna:

Do you think Bryant slept with them? Or any of them?

James Garretson:

I don't know. I mean I can't sit here and dog Bryant because, to me, he sounded like a decent guy that was under a lot of pressure, that's how he came to me.

John M. Phillips:

Yeah.

Amy Hanna:

Mm-hmm (affirmative).

John M. Phillips:

The using you for excuses though bugs me a little bit.

James Garretson:

Yeah.

John M. Phillips:

I don't think that makes him a sexual deviant by any stretch of the imagination. [crosstalk 00:41:15]

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Yeah, yeah, I think a lot of that stuff was made up by Joe and Jeff, about the underage people in the police car and stuff, because Joe will say anything.

John M. Phillips:

Well, that goes back to a guy, that goes back to a, there was this guy who -

Amy Hanna:

Hoade is his name.

John M. Phillips:

Yeah, I have his book. There's a guy who, might be at home, who literally bought, ta da! Nope, it's [inaudible 00:41:42]. There was a guy who literally bought Indian land in fucking Montana or somewhere that had artifacts, historical artifacts on it. And he wound up buying the whole fucking town. It was this town, he bought the town, he created a museum and then the Feds raided him and said, "You can't sell artifacts." And he said, "Only if it's in a public park, but this was bought from sovereign land." And so he went ape shit, James, on HSUS and everybody.

James Garretson:

Mm-hmm (affirmative).

John M. Phillips:

And he was showing the Department of Interior and its agents and Fish and Wildlife, because Fish and Wildlife were leading the investigation for some fucking reason, and he went ape shit on them and wound up getting his cased dismissed. But the Bryant accusations, I've spoken to him, comes from him. [crosstalk 00:42:50]

James Garretson:

Oh! Oh, okay.

John M. Phillips:

And they put it into federal motion because he was doing a whistleblower, like federal [inaudible 00:42:56] motion about all the misconduct going on in Fish and Wildlife. So, Joe and them found that.

James Garretson:

Oh, okay. Yeah, I didn't -

John M. Phillips:

There's some level of, from what I'm hearing, Rebecca says, "He didn't deny it and he got nervous about it." But, again, I don't know that it really fucking matters.

James Garretson:

But we're fucking men.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Exactly! And so I don't know that it really fucking matters [crosstalk 00:43:23]

James Garretson:

I'm not going to call the an [inaudible 00:43:24].

John M. Phillips:

Unless he's fucking a witness in this case. Then it matters. If he's fucking Chealsi -

James Garretson:

The USDA, when they were after me, we had court here in Jacksonville, I finally said, "Fuck it, I'm not showing back up." The head investigator was banging the head witness in my case. I got the hotel receipts and everything, and pictures of the lobby where they're hanging out, sucking face. The judge didn't even care! So, our whole system's just fucked up.

John M. Phillips:

It is fucked up.

James Garretson:

But I didn't think Matt was a bad guy, like he was just singled out for Joe because he never said, "I want this guy" or "I want this guy", he was just like, "They're putting a lot of pressure on me."

John M. Phillips:

Yeah. Well, but he was -

James Garretson:

And I don't know who "they" are.

John M. Phillips:

You want to be likable to exchange information too. And you want to be, as an agent, particularly a Fish and Wildlife -

James Garretson:

They've got to get friendly with us, yeah.

John M. Phillips:

They absolutely have to be friendly. And so, but I have other communications with him where he was, and just hearing, as an attorney, hearing that conversation with you in the room, but really with Jeff and Lauren, and him telling you what the elements of murder for hire are and what we need Joe to say is fucked up. And there's text messages between Jeff and Bryant where Jeff's saying, "Look, I'm going to fake like this message came from Allen and send it to Joe" and Bryant's like, "Well, read it to him first."

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Oh, yeah, yeah.

John M. Phillips:

No! You don't fake and fraud your way through a murder for hire.

James Garretson:

Yeah, no.

John M. Phillips:

But that was, that's Jeff lifestyle, whether Prince or Evel Knievel or whatever, he's always faking it to make it.

James Garretson:

Yeah, well that's what they do, they're the two biggest cons ever. And Lauren's worse than Jeff.

John M. Phillips:

I believe that.

James Garretson:

Because, yeah, I mean they've took advantage of a lot of people and robbed a lot of people. But, yeah, Matt Bryant never really asked anything inappropriate other than just putting a lot of fucking pressure on me like, "Man, we got to get this guy. Can you find out if he sold the cubs?" Oh, here we go. Then I'm trying to figure out what do I text him to ask him if he sold his cubs to get the money for the hit man?

John M. Phillips:

I think I asked you this on the boat, but Jeff says that Bryant was trying to get him to sell you cubs. Do you remember anything about that or no?

James Garretson:

That who was?

John M. Phillips:

Bryant was trying to get Jeff to give you cubs or sell you cubs.

James Garretson:

I didn't want any cubs.

John M. Phillips:

You at by that time, you had six?

James Garretson:

Yeah, I didn't want any. I didn't want any of the ones I got.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Yeah.

James Garretson:

They were just like, I went out there and Joe had one with a bad leg, I felt bad for that one and brought that one home, yeah. I didn't want any of that.

John M. Phillips:

The Forrest Gump. I snickered at the trial because you changed it from Forrest to, what'd you change that cub's name to?

James Garretson:

Floyd, yeah.

John M. Phillips:

Floyd. And you were like, "I thought it was derogatory." And I was like, "Oh, good for you, James."

James Garretson:

Yeah. No, no, I didn't like what they were doing out there. And then Joe would just, like right when they had the babies, snatch them. And Joe wasn't always that dude. But, I mean I blame a lot of, even though Joe's a dickhead and piece of shit, but I blame Carole because Carole was putting a lot of pressure too.

John M. Phillips:

Yeah.

James Garretson:

And it's the same thing as the agent putting pressure on me. Well, Carol was putting all this pressure on him where he's got to steal everything he can to get some money to keep his place.

John M. Phillips:

Right.

James Garretson:

So, yeah, I mean that was all -

John M. Phillips:

When they would go, so not only would she owe him the $1,000,000 or whatever, but then they'd go try to seize like a $5,000 truck. So [crosstalk 00:47:18]

James Garretson:

Yeah, from my friend Terranova.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Terranova, yeah.

James Garretson:

Killed his camel too.

John M. Phillips:

Yeah. Fucking Terranova had -

James Garretson:

Did you hear about that?

John M. Phillips:

No.

James Garretson:

Well, they hooked it up, something happened with the radiator, dumped the radiator out, killed Terranova's camel.

John M. Phillips:

Who killed -

James Garretson:

The repo men.

John M. Phillips:

Oh, when they got the truck? [crosstalk 00:47:36]

James Garretson:

They went to grab the truck from Carole, from Terranova's. And yeah, the big picture is those people don't care about animals. None of the, this is nothing about animals. It's just about power and money.

John M. Phillips:

So, they go to seize, they go to legally seize the, in front of Palk, fucking Palk, they go to seize this $5,000 truck, I think [inaudible 00:47:58] that was Palk, it might've been -

James Garretson:

It was a semi tractor, yeah.

John M. Phillips:

Yeah. And so -

James Garretson:

I know Terranova well, I started out in the business with him.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Joe's kind of indifferent about it, "Go get it, I can't go get it, it's not on my property".

James Garretson:

Yeah.

John M. Phillips:

And so then Heather Hintz cross examines Joe about his money and all that. And the court enters, she wants a separate $9,000 attorney fee award outside of the million because she had to go seize this $5,000 truck. So, she's getting $9,000 in attorney's fees for collection of this $5,000 truck and wants it separately collectible. Makes sense. But then the judge says, "Okay, I'm going to award the $9,000. Joe, you got to pay this at $250 a month." Or whatever, they did some calculations. "And, by the way, if you don't pay this, this isn't like a collection, this is violation of a court order. And so we'll throw you in prison if you violate a court order."

James Garretson:

Civil.

John M. Phillips:

For civil. And so it's kind of what they're doing to Jeff, he just doesn't listen and realize and he's got this ignorant attorney running around. But they can throw you in jail for civil if they get enough contempt court orders. There's seven contempt orders in the collection case against everybody.

James Garretson:

Yeah.

John M. Phillips:

And that's, PETA's figured that out, that they can go, I mean poor Tim Stark, make you auction off all your shit and you can never have an animal in Indiana again.

James Garretson:

He can never have, they're keeping all his money, every bit of it. But, the thing is, with animal people, I mean we'd be stronger all in numbers if everybody stood up like with this whole thing.

John M. Phillips:

Yeah.

James Garretson:

But you can't get everybody in the same room. Even though there's a common goal here, like we could've already Joe out. I've talked to some people that could've probably got him, not the lawyer way but through a pardon or whatever and just, yeah, I mean everybody's just so, all in the fighting.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

You reference on the boat, it was Kim Kardashian's lawyer that said that she'd held him, or there was somebody, did you ever figure out that name?

James Garretson:

Yeah, yeah, yeah. No, here, I can call my guy right now and get it.

John M. Phillips:

Yeah. 'Cause I might reach out to them.

James Garretson:

We talked about it on a, my guy, he talked to the attorney and I talked to him on the dock for awhile, he's like, "Yeah, I get people out of federal prison all the time."

James Garretson:

Hey, that federal attorney that we took on the sunset tour, that we talked about Joe's case at the dock, what's his name?

Speaker 4:

Mike Stoltz or something like that?

James Garretson:

Do you have his card?

Speaker 4:

No, I never got his card.

John M. Phillips:

I can look it up, Mike -

James Garretson:

Scholl, Scholl. Mike Scholl. And he's in Nashville, right?

Speaker 4:

Yeah, he's in Nashville, yeah.

James Garretson:

Okay, all right, bye.

Speaker 4:

Bye.

James Garretson:

Mike Scholl.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

S-C-H-0-L-L, there you go.

James Garretson:

You see him? But he was telling me at the dock, he was telling me how really corrupt our system is. And he's like, "Why's this guy in jail?" Because he watched the Tiger King and he's like, "Really?" He asked me if it was true and I was like, "Yeah, the documentary, well, I didn't watch all of it, I just watched pieces of it. But yeah, as far as I know, it was true." He's like, "Why's this guy in jail?"

John M. Phillips:

We've got a kick ass federal criminal litigator on our team, out of Georgia, and those are that are, that only do this just, it's all they can talk about is how corrupt the system is because they see it every day.

James Garretson:

Yeah. But that's scary, man. I mean nobody wants to get in that federal system because it costs so much to fight a case.

John M. Phillips:

Right.

James Garretson:

I could only imagine. And Joe didn't have any position to fight, he had to go the public -

John M. Phillips:

Were you there, would you recognize, is that him?

James Garretson:

That's him.

John M. Phillips:

Okay. That's all I need to know.

James Garretson:

But he said he gets people out of federal prison all the time. But doesn't it take a long time though because every time you got to have this -

John M. Phillips:

It does, habeas corpus motions, appeals, all that, I mean shit, he's three years in as it is now.

James Garretson:

Damn.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

But this one's a little bit unusual from the standpoint of the level of government scripting. Again, it's one thing if, look, you and I plot Carole Baskin's murder, right? And whether the hit man gets caught or not, it is what it is. And then the Feds come in and they start interrogating Amy, like, "You were there, tell us what happened." Like, "Okay." And then Amy gets both of us fucking convicted, as well as the person we sent.

James Garretson:

Yeah.

John M. Phillips:

That's a completely different situation than the Feds coming in and telling you what to tell me and then recording me. [crosstalk 00:53:24]

James Garretson:

Yeah, they were getting on me about, "quit using 'us' and 'we'". That's what they were scolding me about. "Quit using 'us' and 'we'. It can't be your idea." Well, they're telling me this over and over again. I don't know, I've never done this shit before.

Amy Hanna:

Right.

James Garretson:

And they're like, "Well, don't say 'us' or 'we', make it his idea." So, you're basically just trying to con my way to get it out of him.

John M. Phillips:

Right.

James Garretson:

But it's okay if I lie, as long as he says those words.

John M. Phillips:

And that's the really important part. I told my paralegal, I was like, "Do you like ice cream?" She's like, "I love ice cream." And I may have said this to you the other day, and I said, "I bet you, see if you'll take me up on this bet, I bet I can get you to say 'I hate ice cream' by the end of the week." And she's like, "Of course you can, it doesn't mean I meant it." But if I lay $500 on the table and say, "Say 'I hate ice cream'." She's going to say, "I hate ice cream." Or if I say, "You'll lose your job if you don't say I hate ice cream." Like there's a million different ways and, here, Joe really did fucking hate ice cream.

James Garretson:

Mm-hmm (affirmative).

John M. Phillips:

This transcript was exported on Aug 03, 2021 - view latest version here.

And Joe had this persona and swagger of killing Carole Baskin that got him lots of viral attention, probably some in a bad way, and probably really wanted her dead. But none of this makes sense if he was really trying to get Carole killed. And Joe had Shirley to go to for money. It was always about money but Joe could've gotten money from Shirley at any point. So -

James Garretson:

But do you know how much money he got from Shirley over the years?

John M. Phillips:

Yeah, yeah. But if Shirley would've given him $10,000, he had these rents, she had different rents coming in, they had money.

James Garretson:

Yeah, yeah, yeah. And he would always go to his mom on the park bench, "Mom, I need another check for $10,000." And I've weighed this out a couple times.

John M. Phillips:

Yeah.

James Garretson:

Yeah, so she would, it was always $10,000 increments.

John M. Phillips:

It's not such a big deal, they kept making it like he was desperate and the only thing that stopped him from killing Carol was one particular cub sale, like he needed that one thing.

James Garretson:

And you know he sold about 10 cubs while that was going on, and he said he didn't.

John M. Phillips:

Right.

James Garretson:

Did you know that?

John M. Phillips:

Right, I believe that.

James Garretson:

Yeah. And they were trying to pin up Robbie Ensinger.

John M. Phillips:

Right.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

And he wasn't even there.

John M. Phillips:

Tell me about, Bryant admits at a point, as does Farabow, that they didn't believe it was Engesser. But yet Jeff, at that recorded conversation we all were all at, brought up Engesser and said, "I think it was Engesser because Varga, Brenda Varga?

James Garretson:

I don't know who that is.

John M. Phillips:

Is that the name, right?

Amy Hanna:

Mm-hmm (affirmative).

John M. Phillips:

She and Allen said it was Engesser. And so they had this nugget from Jeff and it was their tip, they had to stick with the facts that Jeff was giving them, even though they didn't believe them. So, that's why Engesser kept coming up was because Jeff says it at that meeting -

James Garretson:

Jeff must've got it off a cub sale because Jeff didn't even know who Engesser was.

John M. Phillips:

Right.

Amy Hanna:

Neither did Allen.

John M. Phillips:

He didn't, he identified, Jeff showed a picture and says, "Is this the guy?" And he's like, "Yeah, that's the guy." And then they asked -

James Garretson:

No, they asked me for a picture of Engesser, Matt did.

John M. Phillips:

He did?

James Garretson:

Yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Wonder if that's where the picture came from?

James Garretson:

Probably. Because I pulled it off a petting zoo, like when he was doing the mobile petting zoo, offline.

John M. Phillips:

Yeah, but they, and then they had pictures of Engesser with a cub, that Allen swears that Engesser gave him the money, but Engesser didn't go there. And there's so many gaps where Jeff and Allen communicate off the record and then you'll see Allen's text messages change wildly.

James Garretson:

Because Engesser, when this was going on, he got rid of everything and just. So, I don't know if somebody -

John M. Phillips:

When the Feds come sit down with you that tends to happen.

James Garretson:

I don't know if Matt threatened him or what because their family has been in business for 50 years.

John M. Phillips:

Really?

James Garretson:

I mean they were circus before, I didn't see Engesser just getting rid of everything and just disappearing.

John M. Phillips:

Did Matt bring up the concept of Engesser being innocent to you?

James Garretson:

He did.

John M. Phillips:

Yeah. Tell me about that.

James Garretson:

Well, he said that he met with Engesser and, he denies it, but whoever on Joe's side ID'd him.

John M. Phillips:

On Allen's side?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

In front of the zoo or something. Yeah, Allen, he never said Allen or he didn't say, but yeah.

John M. Phillips:

Yeah. Brenda did an, I think she's dead. She was like a front office worker. But, get this shit, Brenda -

James Garretson:

Oh, I know who you're talking about now.

John M. Phillips:

Do you?

James Garretson:

Yeah, that worked for Joe.

John M. Phillips:

Yeah.

James Garretson:

Yeah.

John M. Phillips:

She not only did the affidavit, swearing it was Engesser -

James Garretson:

She's dead?

John M. Phillips:

I think so.

James Garretson:

Really.

John M. Phillips:

But she also is the one that mailed the box with the cellphone in it.

James Garretson:

Really?

John M. Phillips:

Huh, funny thing about that.

James Garretson:

Hmm.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Amy Hanna:

If there was even a cellphone in the box.

John M. Phillips:

Yeah because we have a text message that says they were sending court records -

James Garretson:

Now was this the phone, that was shipped off, the phone that I was texting Glover on?

John M. Phillips:

Yeah.

James Garretson:

Oh, okay.

John M. Phillips:

It was shipped to Vegas, I mean we assume it was shipped to Vegas -

James Garretson:

Because that's when the Feds went shit, whenever I quit responding they're like, "What do we do, what do we do? James, you need to text him, see where Glover, see if Glover's there or go to the park, or you need to go the park to see if you see him." It was like it was my job to keep Carole safe.

Amy Hanna:

Hmm.

James Garretson:

So, it was pretty crazy.

John M. Phillips:

How did, are you still doing the other CI?

James Garretson:

No, I sent out a letter canceling that agreement.

John M. Phillips:

Did you?

James Garretson:

Yeah. I haven't heard anything back. But -

John M. Phillips:

How, that's a lot on your life.

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Oh, man. They ruined my life.

John M. Phillips:

I mean look at the, just the text messages, bro, like look at this shit.

James Garretson:

That ruined my life, honestly.

John M. Phillips:

How do you sign up for this and keep this going? Like why do this? What's the incentive?

James Garretson:

Well, here's the deal, and yeah, I was told I could be protected.

John M. Phillips:

Yeah. That's what I want to know about.

James Garretson:

Yeah.

John M. Phillips:

Protected from what?

James Garretson:

I don't know, from whatever. I mean I'm not really worried about anything I've done.

John M. Phillips:

Are you being protected?

James Garretson:

Well, I don't, I've never been around animals so I don't know. If I showed up here with a tiger cub, we'll see.

John M. Phillips:

Well, but you testified at a federal trial -

James Garretson:

I mean I was nervous at the fact that I don't have immunity.

John M. Phillips:

Right.

This transcript was exported on Aug 03, 2021 - view latest version here.

Amy Hanna:

Right.

James Garretson:

Like what if he gets pissed off, what if he comes back and tries to charge me for the murder for hire?

Amy Hanna:

Right.

John M. Phillips:

Right.

James Garretson:

Since I was a part of it, since I said 'we' or 'I'.

John M. Phillips:

Well, you say, in these, in the trial transcript, you admit that you purchased, not Brittney, but that you purchased and had, "I", up to six cubs, which could be a problem under the USDA order.

James Garretson:

No, because I was in state. I had no violations.

John M. Phillips:

Well, it's not the acquisition of the USDA violation, it's that court order that says you're not supposed to -

James Garretson:

Oh, yeah, yeah! No, no, no, the USDA was, basically just left me alone because I was -

John M. Phillips:

But they don't have to.

James Garretson:

Well, yeah, yeah. But I don't really care if the USDA fines me $10,000,000 tomorrow, civilly.

John M. Phillips:

Yeah, okay.

James Garretson:

I don't really give a shit, I hate them worse than anything.

John M. Phillips:

Yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Because those people make your life hell and they are just scum bags.

John M. Phillips:

Yeah. But that stuff, the old order never came up?

James Garretson:

Yes, one time it did. [crosstalk 01:01:48]

John M. Phillips:

It did come up? Okay.

James Garretson:

One time it did. So, when the inspector was out doing an inspection, because Brittney's licensed, okay? Which is legal. I was told, the USDA showed up, they were like, "You need to stay in the background, you got people making complaints, you need to stay in the background, don't put any pictures on social media." And so they warned me.

John M. Phillips:

While this was going on?

James Garretson:

Yeah. And then I called Matt and he's like, "Well, let me call Debra", or whoever the inspector was, because since I was helping them -

Amy Hanna:

Do you remember, what was her last name?

James Garretson:

Cunningham.

John M. Phillips:

Yeah.

James Garretson:

Debbie Cunningham. And since you're helping us, so, it was, I thought, decided being part of team USA, they're not going to fuck with Brittney or whatever. So, that's kind of my thinking.

John M. Phillips:

And incentive.

James Garretson:

And it is, I mean -

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

And I get it.

James Garretson:

Look at all the murderers walking around that the government just gave passes to.

John M. Phillips:

Right.

James Garretson:

There's people out on the streets that killed 20 people.

John M. Phillips:

But that's what I want, that's kind of what I wanted you to admit to on the boat, that you were being protected, or at least promised protection. And that gave, that's reason why you did this -

Amy Hanna:

That's why -

James Garretson:

I was never told that "Nobody's going to bother you, James."

Amy Hanna:

But if they did you would be okay.

James Garretson:

But team USA, they would always refer to it as team USA.

John M. Phillips:

Did they use the word protect?

James Garretson:

No.

John M. Phillips:

Oh, come on.

James Garretson:

No, actually no.

Amy Hanna:

What word did they use?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

"I'll make a call".

John M. Phillips:

Okay.

James Garretson:

To this day, I can't really say Matt Bryant ever told me anything like -

John M. Phillips:

Your life was easier despite it being a complex life though.

James Garretson:

Yes. Why are all the inspections clean and I've done everything the same way for years? Why five years and not even a write up?

John M. Phillips:

Right, right.

James Garretson:

When the USDA, when you're on their radar, they can write you up for anything, okay?

John M. Phillips:

Right.

James Garretson:

I had the same size panels that I was, that I lost my license over for and now it's not a problem.

John M. Phillips:

Right. You know what? None of that fucking came up in your trial. They referenced care credit once and they shut them down. And then they reference, there's one more dig that they took at you. Or was it, was that it? The one care credit reference.

James Garretson:

Yeah, the care credit reference, that you can, anybody can buy it online and Joe didn't want to say that because Joe fixed his husband's teeth with it.

John M. Phillips:

Right.

James Garretson:

So, if anybody was to have made a, it would've been Joe but -

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Did they know -

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

They didn't have a case until I pushed Joe. "Hey Joe, will you make this agreement out of this transfer form?" It was their idea to make the transfer form on camera, or on video.

John M. Phillips:

Right.

James Garretson:

That was their idea.

Amy Hanna:

Whose?

John M. Phillips:

No shit?

James Garretson:

Not mine.

John M. Phillips:

It makes sense because it was on video.

James Garretson:

Yeah.

John M. Phillips:

That's the one I was asking about yesterday, because the lemur transaction...

James Garretson:

The government said, "Well, he never gave me the form on the lemur, so can we go get one?" I didn't want to do it. I kept like trying to forget about it, this and that. And then they were like, "Well, hey, give me the other lemur I bought." And the lemur was actually for Brittany. It wasn't even for me. Right. And the deal was between Brittany and Joe-

John M. Phillips:

Through Omar?

James Garretson:

Yeah. Well Omar, but Joe... Brittany and them worked it all out. And so the feds had me do that production so they can have that clear cut case of fraudulent paperwork.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

That's a good one. That's a good one. Because I didn't think about it. Because as I was writing his transcript notes yesterday-

James Garretson:

And they bugged me over that. They fucking irritated me over that.

John M. Phillips:

How? It's not in the texts.

James Garretson:

They were like, well, most of the stuff with Brian was on the phone. Okay. He didn't text very much.

Amy Hanna:

Not recorded.

James Garretson:

Yeah, not recorded. So, because you got to think, [crosstalk 00:01:28] a lot of this stuff wasn't recorded because when they first... No, my app was just towards the end. But when they first started this stuff, and they were really putting pressure on me, he called more than he texted. So I would get all these calls, calls, and I had their little shitty tape recorder that I couldn't just start it. I'd have to go get it out of my truck. I'd have to... The call would have to be set up for me to use their recording. Like I would have to sit down and "Well, let's call Joe. And let's ask Joe about if he sold a tiger." Was going to take me 10 minutes to get the recorder working right.

James Garretson:

Means that I'd have to go buy my own batteries because they didn't give me batteries. So I'd have to go to Walgreens. Drive 30 miles to go to Walgreen's out in the middle of nowhere to get their recording up working, so I could call Joe and see if he got the money for the hitman yet. It was a shitshow. Even Brittany, I tell her so many times... I tell her, I said, man, I want... I can't believe I even got myself into this shit. What was I thinking? Well, I was going through a hard time financially, didn't have any damn money. I was broke. I was getting kicked out of my place, had a USDA license. And if I would've surfaced or whatever, they would've started attacking me again. And yeah. So, they got me in a vulnerable time of my life. Now it's a different story because now my business does a million dollars a year. I've got things to look forward to, but yeah, at the time they hit me at a weak spot, too.

Amy Hanna:

Are you saying them as in Netflix or-

James Garretson:

No, I didn't take the feds. Yeah.

John M. Phillips:

Cherinbo, is that the app?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

I think so.

John M. Phillips:

Okay. When did you switch to it?

James Garretson:

To be honest with you, I can't tell you [inaudible 00:03:26]. I had to come up with an easier way because they were getting onto me, like Matt, Ryan would call, "Well, did you record it?" "No, I couldn't because I didn't have the damn recorder with me." Jeff might've been calling while I was out mowing my grass or Joe might have been calling why, whatever. I couldn't get to their app. So it was my idea to put an app on my phone where I could just, everything's recorded. I could just go through and delete. And yes, I went through and deleted a lot of stuff.

John M. Phillips:

I believe that.

James Garretson:

I deleted a lot of Jeff's calls and stuff where we're talking about liquidation loads.

John M. Phillips:

Did it default call or did it default to record when you called? No, does it record every call?

James Garretson:

Yeah. But, it'll record or it'll pop up say, "Do you want to record this or not?" And, no, yeah. So I pick and chose, yeah, what I recorded, which is kind of crappy, but...

John M. Phillips:

And then you deleted what you wanted to, what was not -

James Garretson:

Not, not with malice or anything.

John M. Phillips:

Well -

James Garretson:

If I didn't think it was relevant, I deleted it.

John M. Phillips:

Right.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah.

John M. Phillips:

So, relevant to the mission -

James Garretson:

And then it was kind of weird when Matt gave me this look, "Well if you need to call me, call me on my personal cell." I never called him on his personal cell, but he gave me his number. I thought that was kind of odd.

John M. Phillips:

Did Cherinbo back up to cloud or your phone?

James Garretson:

The phone.

John M. Phillips:

It did. [inaudible 00:04:58]

James Garretson:

I'll work on it. I'll work on it. I'll get it back tomorrow. I'll focus [inaudible 00:05:02] time.

John M. Phillips:

You told me that last time.

James Garretson:

No, I will. I've been busy. I'm busy.

John M. Phillips:

I know, I know.

James Garretson:

I'm really busy. I'm building a club here, water sports center. I mean, just, I actually, just, non-stop work. We'll figure it out.

John M. Phillips:

Because that's, those recordings, if there's just a hint of recordings from then of Matt saying, "Listen, I need [inaudible 00:05:28]". That is, stuff like that -

James Garretson:

Well no, I'm not going to have any of that stuff because, that stuff, he called me on the phone, and if it was Matt, I deleted it.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Okay.

James Garretson:

So I'm not going to have that. I mean, I'll happy to sign a statement or whatever and say, because that's true. They were coaching me the whole time.

John M. Phillips:

I mean, Amy's typing up a statement.

James Garretson:

Yeah.

John M. Phillips:

We're going to run it through. I can order some lunch in if you guys are hungry.

James Garretson:

Yeah. So they were, I mean, they were just like, well, don't say this. And don't make it about, y'all, like you're a part of it. You know what [inaudible 00:06:04]. I've never done this shit before.

John M. Phillips:

Right.

James Garretson:

Well, looking back, it is all pretty screwed up. Now me looking back. But I didn't know about the Glover and the Jeff relationship. So when all this was over -

Amy Hanna:

When did Jeff know that you were working for Brian?

James Garretson:

Okay, so Bryant had this thing, they get Jeff to flip. He's like, "Will he flip?". I said, "Probably, the guy will do anything." Whatever. And I heard Jeff was coming back from Vegas. He's there having problems out there. That's why Joe said, "Hey, can you burn Suzano Coco's house down" because he didn't want Jeff Lowe and Lauren to come back to the park. Because the whole thing is Joe, on the park... Jeff was a, I call him the permit monkey. So Jeff knew in his mind that he didn't really own the park, but he owned it. But what they did is they probably made some kind of agreement, Joe and Jeff, because Joe controlled all the money. And when it went South is when Joe couldn't send Jeff anymore money because Joe was supporting Jeff and Lauren out in Vegas. So that's when it went south, whenever Joe couldn't produce any more money or the cubs weren't breeding or whatever the case may be.

Amy Hanna:

And then when did he, but how does that tie into when Jeff found out about you working with Brian?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

So when Jeff was coming back from Vegas, and I knew probably weeks or a week or whatever that Jeff was coming back -

Amy Hanna:

He came back in November, right? Around November?

James Garretson:

Yeah. It was cold. So Matt asked me, "Do you think Jeff will flip?" And I said, "Well, yeah, he talked to him, I'll talk to him." And he just wanted Joe gone, so Jeff would have said anything because he wanted... And all the misconception is Joe was never thrown out of the park. Joe left willingly.

John M. Phillips:

Right.

James Garretson:

But Joe got freaked out when Jeff and Dylan were fighting on the ground because Joe's not violent at all, but they were fighting. And he was like, "Well, I need to get away from, save my husbands."

John M. Phillips:

Well, in all of that, too, Jeff and them were acting like and calling around, and that even comes up in that big -

James Garretson:

That he was embezzling -

John M. Phillips:

About the embezzling and all that. Jeff was desperate to get Joe arrested.

James Garretson:

He wanted to get them on the bank stuff.

John M. Phillips:

Correct.

James Garretson:

Because Jeff, when he got back, he went to the bank. I mean -

Amy Hanna:

And that's what that [crosstalk 00:08:58].

James Garretson:

Jeff knew that Joe was signing his name because he had a stamp.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Right.

James Garretson:

And Joe had carte blanche of the checking account and everything. As long as he sent Jeff some money out in Vegas, it was fine. That was the agreement. And everybody's under this conception that, you know, Joe was embezzling. No, Joe wasn't. That was your arrangement.

John M. Phillips:

Joe was, yeah. And I mean, it was on, yeah. The signs were for the campaign, not for the park, but don't think for a second, I'm admitting to it. I own this firm. Don't think for a second that this firm doesn't pay for my suits. I need suits for this fucking court. But the firm pays for my suits. The firm pays for my guests. The firm pays for... And at some point, look, if I'm running for office, I probably shouldn't do that.

James Garretson:

What it all comes down is what happened with this whole thing is Joe got out-conned by a better con.

John M. Phillips:

I believe that.

James Garretson:

That's what happened -

John M. Phillips:

I believe that.

James Garretson:

Because Joe's a good conman. Joe can talk. Anybody that can give him the money. Joe is probably, Joe is good. I mean, Joe is a marketer, and Joe knows how to get money. And prior to the Carole Baskin lawsuits and stuff, Joe was a decent guy. He actually probably his heart and stuff was in the wrong place. But that Carrole shit. And I'll tell you, Netflix asked me this, and I told them. What fucked Joe up is when he got introduced to Doc Antle. Because Doc Antle will teach you the real business. Well, kill it. If it's not making money, kill it. You know? And then Carole hit him. So if he would have been away from Doc and Carole, he would probably still be normal. Well, not normal. He's never been fucking normal.

John M. Phillips:

Right, no, he's -

James Garretson:

I mean, he's a wacko -

John M. Phillips:

Superbly abnormal. I've never met anybody like him. I'd say that about all y'all though.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Oh, we're all screwed up.

John M. Phillips:

It's an interesting cast.

James Garretson:

I mean we're all screwed up.

John M. Phillips:

I yelled at Joe -

James Garretson:

I consider myself a little bit more normal because I'll get out there and work for a living.

John M. Phillips:

Right.

James Garretson:

I don't go just prey on people. I go out and just do my thing, whatever I got to do. But they -

Amy Hanna:

You have a life outside of all this.

James Garretson:

Yeah, they prey on people. They prey on people, and they look at everybody as a victim. I mean, everybody as their new victim. And just like Jeff Lowe. I mean, he sold me a $24,000 load of fucking toasters. I want to fucking strangle the guy. And if I got in a public spot with him, I would strangle him. I mean, I would, because I know how I get. I hate the fucking guy. Like I want to just beat the shit out of him. That's all I want to do and send him on his way.

John M. Phillips:

So I don't have to worry about you leaving here and calling Jeff, and saying, "Oops, I fucking hate you".

James Garretson:

I want to literally beat the guy. But because he got over on me, put me through all this shit under this made-up murder for hire crap. I mean, it's a life changing shit that he did to me. But you notice Jeff's not calling anybody else out. He's calling Howard Baskin out into a fight. I'm a whole different animal.

John M. Phillips:

Fucking idiot.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah. And Howard Baskin can't even walk.

John M. Phillips:

Yeah. He thinks Lauren's going to get in the ring with Carole. Are you fucking stupid?

James Garretson:

He's an idiot.

John M. Phillips:

But it's the hype. But I, two weeks ago, Joe's like, "Are you going to have a press conference? You going to file motions?" I was like, "Joe, let me explain something. I need a weekend off. Do you realize my tech circle? If I pull up my phone right now, is Jeff and James and you, and communications through fucking prison, and tiger king. I was like, I'd like to return to actually my friends and my family, but I'm constantly waiting... I'm glad you're here. But I was constantly waiting on you and then constantly dealing with Jeff's bullshit and is he in jail.

James Garretson:

And Joe's got to realize that this stuff's not going to help our cause.

John M. Phillips:

No -

Amy Hanna:

[inaudible 00:12:55]

James Garretson:

We're risking our lives and our fucking businesses. And I already have the Fish and Game. When I requested the Carrole documents, because I wanted to show that she was harassing me '06. I had 50 Fish and Game agents going through my shit.

John M. Phillips:

Did you get that stuff?

James Garretson:

Yeah.

John M. Phillips:

For most things?

James Garretson:

Yeah. Yeah. Because I get what I want when it comes to the state. Because I know a couple people in the state that I can make some things happen. But yeah. So because I know Kara Hooker and her husband, Kara Hooker's husband, is the public information officer. And then the Fish and Game says something to

This transcript was exported on Aug 03, 2021 - view latest version here.

one of my, made an insinuation about Tiger King on camera, on his body camera. And I have that footage. They through, I had some tickets, a whistle ticket, whatever.

John M. Phillips:

Wait, say that again.

James Garretson:

He made some Tiger King remark to one of my employees that I hammered his with it and the tickets disappeared. But yeah, I wanted to get all that stuff to show the Carrole's. I was Carols's first victim -

John M. Phillips:

For the book and -

James Garretson:

I was one of her first. She hit me first. Before all these guys, and it was all bullshit. I had clean inspections. I had no problem until Carole started it all. I had clean inspections every time.

John M. Phillips:

But yet because you're on team government, when they start off on you, it's kind of like when they start off on Kara. It's like all the Don Lewis Wildlife on Easy Street never existed. They jumped right to Big Cat Rescue and saving the Bobcat's. Like, no, you had a bed and breakfast.

James Garretson:

She had more... Carole leads the state in maulings still to this day. She leads the state. She had so many cougars. She used to lock people in those rooms with full grown cougars and let them sleep with them. She had a leopard attack. She leads the state, but Dayla Cure, her inspector, he would write her up pages of stuff and Kara Hooker would change it.

John M. Phillips:

But they... The narrative in the beginning of her testimony wrong book and the narrative in the beginning of yours -

James Garretson:

Trust me, I thought they were going to tear me apart. About these USDA laws

John M. Phillips:

It was just this beautiful. You've done this for 25 years. No problems, blah, blah, blah. And I was like, wait, like I flipped, like waiting for the public defender. And I was like, oh, they didn't even, they didn't even know.

James Garretson:

Oh, I knew they were going to tear me apart. I mean, I don't care because most of it's bullshit, but, the tiger attack, this and that. And it was really like, I could look down at Amanda and she was already on him before that he didn't even get a word out of their mouth.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

She, I mean, I'd love to know what her and that judge, what they were -

James Garretson:

Somebody asked me if Amanda was gay. And I was like, "Well, she's married to a guy," but I don't know something about the LGBT, because Joe ruffled feathers. I don't know her history or whatever, but yeah, Joe would ruffle feathers with those videos and stuff he did. He pissed off a lot of people.

John M. Phillips:

Did Jeff say to you at any point that he had influence in that courthouse?

James Garretson:

No. I wouldn't have believe it.

John M. Phillips:

Yeah, no, I mean, but just... So there's some of that.

James Garretson:

I have heard that, but not about Jeff. But Jeff has no contacts, nothing. Jeff's own family hates him. And I mean, Jeff's just, he's hated by everybody. But Matt Bryant, I think he's running scared because you got to think they had enough cub sales to put Joe, I mean put Jeff in jail.

John M. Phillips:

They could have done this legitimately and strapped so much.

James Garretson:

They could have cleaned up the industry, that what Matt was saying, he's going to clean up all the cub stuff. They could have cleaned it up.

John M. Phillips:

It was all about [inaudible 00:16:45].

James Garretson:

But it was all about, it was all about Joe. And Joe, all the Feds had to do was go to him one time and say, "Hey, clean your shit up, or," and Joe would've got scared and he would've walked a straight line,

John M. Phillips:

The murder for hire was easy to some extent because they had all these threat videos. They built it off of that. And know they could show the jury that and -

James Garretson:

So if money has to change hands, then how do they have the FBI murder for hire?

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Because it should have been a motion to dismiss. This should have been fought before it ever reached court. That's one of the things we're changing. I mean, we're challenging her on that because money never changed hands. Like with the federal agent, let me think. What are they called, mark, with the federal agent? It was Joe needed to buy a gun. Joe needed to buy two cell phones. Joe needed to give him money. And like how he was convicted on that one, I have no idea. Except the jury just said, let's just check all these boxes.

James Garretson:

Well, the jury once they didn't sever the wildlife trafficking, I mean, people are more sympathetic to animals and then they are to people, right? So once you show a dead tiger on the wall, he's done. And that's how the U.S. - so Joe was already cooked.

John M. Phillips:

That's something.

James Garretson:

And I saw the jury's faces. I was on deck. I don't know what day it was, but they were just like, they were falling asleep and stuff. They've already heard enough. They were done.

John M. Phillips:

Did Bryant, and I know he did to some people, did Brian talk about the severing or the fact that they were going to emphasize the animal stuff? Any of it?

James Garretson:

No, they didn't tell me the order and all that stuff. All they did is told me I got to be there one day or whatever. I told you about all the money I was paid right, by the government? [inaudible 00:18:28]. That it went right to the USDA?

John M. Phillips:

Oh, yeah. Yeah. Did it go to the USDA fine.?

James Garretson:

Yeah.

John M. Phillips:

Oh, no shit.

James Garretson:

Yeah, yeah. All $481 went right to the USDA fine.

John M. Phillips:

That's so fucked up.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

It is.

John M. Phillips:

It's like one hand washing the other so fucking bad. It's ridiculous.

James Garretson:

And at the time I had to borrow gas money to get here, to get there, and I was struggling and yeah. You know, it was always team USA team USA and -

John M. Phillips:

That's in the fucking Olympics. It's justice.

James Garretson:

And everybody got promotions. Because Matt was already supposed to retire. He said, "Once Joe was in jail, he's retired." Yeah. And then I guess he gets a better offer. And then Amanda's a judge, so, [inaudible 00:19:23]

John M. Phillips:

You want me to order in some food? You want to go get some food? You're hungry? And then Amy, you basically, I think we're going to need, we might need to supplement this affidavit, but before you leave, if you're willing, I'd like him to sign something. And so -

James Garretson:

Well with me, you're going to, I mean, if I tell you I'm going to do it, I'm going to do it.

Amy Hanna:

I have vague facts.

James Garretson:

I know.

Amy Hanna:

Everything that I have in here is from the boat. And then what you've said today, but it's all... It's there, but it's vague.

John M. Phillips:

So then go through it and strengthen it up with it or pitch something stronger. Because I think that's the next thing... If we get something accomplished today, it's that we have some level of affidavit. If he gets kidnapped on the way back to the keys,

James Garretson:

Probably assassinated by a federal agent.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

I was going to say that, but I wanted to just not go there.

James Garretson:

You do hear about the CIA and all those people disappearing and stuff.

John M. Phillips:

Yeah. But the good news is, and I tell people this all the time because I get death threats.

James Garretson:

Do you think Matt, I mean, he's got to know there's probably some issues, and there's lawyers that still work on Joe's thing. Do you think he would come after any of us?

John M. Phillips:

No, I don't at all. I think there's cover in, how -

James Garretson:

Why do you think he came after Jeff? Because he's leading all that.

John M. Phillips:

He wanted Jeff the whole time. His fingerprints are all over the Las Vegas stuff.

James Garretson:

Oh, okay.

John M. Phillips:

Yeah, funny about that. Jeff thought the whole time, but yeah, Matt Bryant was like [inaudible 00:21:14], and so they've played the long game with Jeff. Now can Matt Bryant protect him from being indicted? That's the question. And I don't know the answer. Jeff doesn't know the answer.

James Garretson:

I heard there's already indictments that were just sealed up or whatever.

John M. Phillips:

There's something sealed because that's what they did the seizure. They didn't do the seizure in the civil forfeiture., In the civil case. So there's something going on, but I don't know, are they really going to indict Jeff and Lauren and leave poor Sarah homeless or with his son and girlfriend? That's a tragedy too, but -

James Garretson:

Yeah, but they don't, that kid will be better off in normal surroundings. But yeah, I don't know, because I was, I don't know. I was even told that I might be indicted for the murder-for-hire.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

By who?

James Garretson:

I don't know. [inaudible 00:22:19] trying to think. Well, Sandra even told me that agreement. You read the CI agreement. It's kind of -

John M. Phillips:

Nothing illegal can be done. Like, I mean, it's bullshit.

James Garretson:

Nothing illegal can be done unless they tell me I can.

John M. Phillips:

Well, can they, I mean... It's all fucked up.

James Garretson:

I guess they can tell me to do it, it be legal and I can do it.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Here's a series of questions. James Johnson calls you and says he's going to kill Jeff Lowe. You're like, "Don't do that." You call Bryant, what is Bryant do?

James Garretson:

Tells me to call the sheriff.

John M. Phillips:

Okay.

James Garretson:

Make a report Because like... Then I was walking on pins and needles because I didn't want them to have that recording or whatever and say, "What if he would've killed Jeff?"

John M. Phillips:

Right.

James Garretson:

I called and asked, "What do I do?" He's like, "Call the sheriff." The sheriff, I call the sheriff the next day, the next morning, and the sheriff was like, "We don't have any 911 calls from you." I said, "Yeah you do. I said on the recording of the 911 call." He's like, "Their phones weren't recording," whatever, so I sent them the tape. I actually wanted that idiot picked up because that idiot just came out of a mental ward for three days, so the guy was freaking kooky.

John M. Phillips:

Jeff Johnson before he made that threat?

James Garretson:

Yeah. he was in a three-day lockdown or whatever. These guy's are just clearly crazy. He doesn't know anything about anything. He actually made a pass at Joe, Joe turned him down. That really did happen. But he knows nothing. He says he recorded calls too, but he doesn't have them anymore. Yeah whatever.

John M. Phillips:

That's why I never [crosstalk 00:01:29].

James Garretson:

I just called to see what is it he wanted me to do with this guy, and he's like, "We'll, call." The Sheriff's department didn't do anything with it, so I just sent him, I emailed him the tapes.

John M. Phillips:

What gets interesting on that, and I don't know if it's something yet or not, but then Jeff Johnson flips for some reason. He goes from anti Joe to pro Joe.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Oh yeah. He did. He flipped about five times.

John M. Phillips:

Did he?

James Garretson:

Yeah. He was Joe's fan, then he was trying to get Joe out, then he was his fan, then he was trying to get Joe out. Then he hates Jeff, he wanted to go all after Jeff, then him and Jeff are talking everyday. Yeah, that guy's just-

John M. Phillips:

Whoever gave him attention?

James Garretson:

Whoever gave him attention. He was attention starved. He even called me, threatened me. "Well, I'm going to expose you because you know more than I know. You need to tell me what what's going on." He would try to force me to give him information. I would pick up the phone call every now and then and pacify the guy like I cared about him, whatever, because all they do is go to social media and I have family and stuff. These people go after everybody. If you don't pay them attention, you're their target and they're going to start calling family members, your wife. They're a group of psychotic people. All these people online are just psychotic, in this Joe situation. I just turned the tape over to the sheriff.

John M. Phillips:

Meanwhile, Bryant and James Johnson are chatting like little girls?

James Garretson:

Yeah. But I guess somewhere when they were chitchatting every day, Jeff Johnson turned on Matt.

John M. Phillips:

Right.

James Garretson:

Then Matt would take in his call.

John M. Phillips:

Matt got afraid?

James Garretson:

Then Jeff Johnson was calling Matt's boss is what I understand.

John M. Phillips:

Oh yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Making all kinds of insinuations. Then Matt just stopped all communication with him.

John M. Phillips:

That might be [inaudible 00:03:30]

James Garretson:

Yeah.

John M. Phillips:

In communication with Jeff Johnson.

James Garretson:

Jeff Johnson was talking to Matt's boss, And he's like, "I'm going to get answers from your boss," or whatever.

John M. Phillips:

Then Matt somehow involves the marshals or some shit, to keep Jeff out of trial? They flip on Jeff hard, and all of a sudden the death threat is used. The death threat goes nowhere until trial when Jeff-

James Garretson:

It was clear cut, you guys are going kill him.

John M. Phillips:

Yeah. As Jeff Johnson flips and trial is coming, then Matt, on record, becomes concerned about Jeff Johnson because of this death threat that he never even relayed Jeff Lowe. I think Matt Bryant was afraid of some stuff that he had told Jeff Johnson, and then wanted to keep Jeff Johnson far away from that courthouse and told the federal marshals, "This guy made a death threat."

James Garretson:

During all this stuff, Matt was telling us a lot of things that I don't think are appropriate, like talking about other people or his problems. I don't know really what he insisted to say, but other than he was loose lipped because I don't think he should be telling people about other people's legal problems.

John M. Phillips:

What do you mean?

James Garretson:

Matt Bryant would tell me stuff about Jeff's case, that he's sending an agent to talk to somebody that Jeff sold a cat to, I'm like, "Why are you telling me this stuff?" He just kind of loose lipped, I guess. But everybody knew that Jeff Johnson, he'll flip on everybody. He flips. Today, he's probably in bed with Jeff Lowe today, and then tomorrow he'd be in bed with Joe. I think he's having trouble coming out of the closet. I met the guy. The guy's a fucking nut job.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

**James Garretson:**

Yeah, I just turned it over, and then that's the last I heard about it. Then somebody told Jeff Johnson that I recorded that call, and then Jeff Johnson started targeting me. "You recorded our conversation?" I had to record all conversations. Somebody told him that I had a tape of him threatening to kill Jeff Lowe.

**John M. Phillips:**

When?

**James Garretson:**

I don't know.

**John M. Phillips:**

When it was going on?

**James Garretson:**

Yeah, when this was going on. Because he called me, he was like, "I can't believe you recorded that"

**John M. Phillips:**

Right. I'd asked him about it. Bryant was working on [inaudible 00:05:57] too.

**James Garretson:**

Yeah.

**John M. Phillips:**

I'll never understand, and it maybe just because he's a little gossip monkey, but why he's having so many conversations with Chealsi and Jeff Johnson.

**James Garretson:**

Chealsi, she was never a part of it other than, I guess, she was taking the mother's house or whatever. I just heard bits and pieces of it. But Chealsis name never came up here in the investigation part of it, really, other than Chealsi's called him.

**John M. Phillips:**

There's a text message from Chealsi to Lauren Lowe. I may have mentioned this on the boat where Chealsi, after he's convicted, Chealsi says to Lauren Lowe, "Finally," exclamation point, "I've been trying for years and years to get him put away." It's like, man, this is so fucked up. It was so manipulated. Then you got Carole's communications or Howard's communications with Matt Bryant from years before this.

**James Garretson:**

Was that totally inappropriate, Wasn't it? talking about infiltrating him. [inaudible 00:06:58]. Why would a government agency talk about infiltrating somebody? It wasn't an agent or anything.

**John M. Phillips:**

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

To Matt's credit, he didn't really respond back in the email. But again, as you seem to know, most of Matt's dirty deeds were done, it sounds like, [inaudible 00:07:19].

James Garretson:
Why was Ashley Webster talking to Howard on a weekly basis?

John M. Phillips:
That's the question

James Garretson:
Because I was told that she was on speed dial with Howard.

John M. Phillips:
After this?

James Garretson:
During the whole thing.

John M. Phillips:
But after she recorded? They didn't know each other before that voicemail I'd assume.

James Garretson:
Well, I don't know. How that sounded to me, like she was a plant.

John M. Phillips:
That's what I'm wondering.

James Garretson:
Yeah.

John M. Phillips:
The fact that she didn't testify, are you fucking kidding me? She's attributed to starting all of this.

James Garretson:
She started at all. She's a reason Joe's in jail

John M. Phillips:
Now Rippers her agent. It's just all so stupid.

James Garretson:
Yeah, I know.

John M. Phillips:

This transcript was exported on Aug 03, 2021 - view latest version here.

If you go to her Instagram it says, "For media contact, contact Ripper."

James Garretson:

She's a nobody. I was there through this thing the whole time and I never even heard her name mentioned. I didn't know that she was the one that actually called Carole until after this was all over and Joe was in jail. Nobody ever even mentioned the name Ashley Webster. I never seen her out there.

John M. Phillips:

Well, there's undisclosed text messages between Jeff and Bryant, or Lauren and Bryant, I think it's Jeff, where Jeff goes, "Oh my God, did you know Allen and Ashley Webster were fucking?" Matt Bryant says, "Don't text this, don't text this. Call me."

James Garretson:

Really?

John M. Phillips:

Yeah. Apparently Webster and Alan were, and I asked Alan about it he admitted that he fucked her several times. They'd share Ashley Webster's meds. She had some anti-psychotic or depressant or some, shit, and they'd share her pills and fuck. With all this date rape stuff, I'm like when did she have time? Because she was only there a week.

James Garretson:

Well, you know why she filed a rape charges, right? Because Tim Stark told her that he saw a picture of her naked on Jeff's bed. But Tim Stark will say anything to get Jeff because he hates Jeff. That's what started all this. Then she made, well ripper made her go file a police report.

John M. Phillips:

Really?

Amy Hanna:

Interesting.

James Garretson:

Because Ripper, you didn't hear this from me because I know... I don't talk to him anymore more really. I talked to him one time.

John M. Phillips:

Really? Any time you say really, you [crosstalk 00:09:37].

James Garretson:

No, I really don't talk to him anymore. [inaudible 00:09:38]. I'm off of the social media stuff. Unless it's some fun stuff, I don't want to post it. He put her up to calling Garvin County to file the police report, and he was trying to leak it to TMZ.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

What a shit [crosstalk 00:09:57].

James Garretson:

He was sending the police report number, or, you know when they give you the [inaudible 00:10:02] saying you've taken a police report?

John M. Phillips:

Yeah, yeah, yeah.

James Garretson:

They were waiting for the actual real report to be filed, but he was trying to get it on TMZ.

John M. Phillips:

That guy craves...

James Garretson:

That was his start. His stardom is Ashley Webster.

John M. Phillips:

But that guy that called me thirsty, man.

James Garretson:

No, he's super thirsty. But yeah, so he put Ashley Webster up to calling and filing the police report.

John M. Phillips:

Huh. [crosstalk 00:10:25] time after this.

James Garretson:

But she doesn't remember being raped, okay? She doesn't remember nothing.

John M. Phillips:

She's going off Tim Stark saying [crosstalk 00:10:35].

James Garretson:

She's going off Tim Stark saying he saw a picture of her naked on Jeff's bed.

John M. Phillips:

Did he show her the picture?

James Garretson:

No. Because I asked Tim Stark, I said, "Do you still have that picture?" "Well no. It was made up."

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

That's serious.

James Garretson:

Jeff's a scumbag.

John M. Phillips:

Yeah.

James Garretson:

But that's not something to you play with here.

John M. Phillips:

No, it's not.

James Garretson:

Because you could ruin people's lives.

John M. Phillips:

Fuck yeah you could.

James Garretson:

They did that to another guy named Joe, Safari Joe. His ex wife put his kids up to saying that he molested them.

Amy Hanna:

Oh my God.

James Garretson:

I've known Joe for 25 years. Safari Joe. He's in Oklahoma. He hates that Joe. He has to go through the whole court hearing.

John M. Phillips:

Was it Safari Joe that owned the park where the attack happened?

James Garretson:

Yeah.

John M. Phillips:

Yeah.

James Garretson:

He still does.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

I knew I'd seen his name.

James Garretson:

Joe Estes is his name.

John M. Phillips:

Yeah.

James Garretson:

I was like, "I know Joe's not like that." He's a family man and he's a decent guy. Then the kid comes clean, well he's already been through the trial, so people already look at you as a pedophile.

John M. Phillips:

Yeah. That's fucked up.

James Garretson:

They were going to do that thing to Joe, and then Ripper was going to be the agent. I'm like I don't know.

John M. Phillips:

The family should have shut that down [inaudible 00:11:52]. So much drama.

James Garretson:

But he thinks he's going to take Carole down this year or whatever, so I guess the family just thinks hey.

John M. Phillips:

They were there and they were thirsty for justice, and so here Ripper comes from out of nowhere, and they trusted him and Rebecca too much.

James Garretson:

Yeah.

John M. Phillips:

You can't convince them otherwise that... You can. There's one daughter that you can never, ever, ever, ever, and you know who I'm talking about, convince her otherwise. There's one daughter that's just indifferent, and then there's one daughter that's reasonable, but she ain't going to convince Donna of nothing.

James Garretson:

Yeah.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Oops. Donna's just, she's hook, line and sinker for Rebecca and Ripper,

James Garretson:

Netflix has an obligation to turn over evidence if they have evidence.

Amy Hanna:

Yeah.

John M. Phillips:

No.

Amy Hanna:

Netflix?

John M. Phillips:

What obligation are they under? They have evidence on Joe, they're not turning it over.

James Garretson:

Yeah, but don't they have an obligation, if it's part of a crime, to turn it over?

John M. Phillips:

If they witness a crime, not this crew wouldn't do anything. This crew was filmed at a murder for hire plot.

James Garretson:

Yeah.

John M. Phillips:

There's a scene in, I think it's episode four, five. Every once in a while you hear Rebecca's voice in an interview. Very rarely. Goode loves seeing himself on camera, but there's an episode that ends, and it's the only time that Rebecca's clearly in on the show, and they're filming with Jeff and Jeff keeps getting phone calls. Was it Jeff? Yeah, it was Jeff. He's talking to Bryant, and so he's like, "oh, I've got to take this, I've got to take this." Eric Goode says something to the effect of, "I think Jeff's communicating with the feds, there's some stuff going on." Rebecca says, and this is the last line in the episode, "This used to be kinda quirky and fun and now it's gotten really dark." That's how they end it with suspense, and I'm like but it's not suspense, it's real lives. The darkness, you know about, you recognize you knew about it, and you played it up because it was better for TV.

James Garretson:

Yeah. That's Eric Goode. That's what he's trying to do. He's trying to just change the whole narrative. Because you've got to think Rebecca likes Joe, fucking Eric hates Joe. Eric told me a couple times, "Don't help get Joe out," because he hates Joe with a passion. I think Eric is a little angel from PETA.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I believe that.

Amy Hanna:

Yeah.

John M. Phillips:

I've heard that.

James Garretson:

Yeah. I can almost guarantee it. Because animal rights, they don't bother turtle places.

John M. Phillips:

Right. But he did have the USDA knock on his door at a point, But I think he [crosstalk 00:15:05] his way out of it.

James Garretson:

Yeah, but he could have switched, but he's one of the new Yorker, he's a hardcore liberal Democrat.

John M. Phillips:

[inaudible 00:15:12].

James Garretson:

Yeah. Hopefully you're not Democrats, but...

John M. Phillips:

[inaudible 00:15:16]. I'm not Republican, I'm not Democrat, [inaudible 00:15:19].

James Garretson:

But Eric is, he's got that PETA motive behind him.

John M. Phillips:

Yeah.

James Garretson:

What they're about to do to Doc man, he's going to have to leave the country.

John M. Phillips:

Yeah. I believe that. They said that's-

James Garretson:

Poor Don.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I know. They're releasing five episodes and then three episodes, and I was like, "Why the gap?" She's like, "shit's going down with doc and we just need more time."

James Garretson:

Yeah, poor Doc. If I was still on talking terms with Doc, I tell him, "Man, you just need to sell out the hell out of here because they're not going to stop on you."

John M. Phillips:

He thinks he can beat them.

James Garretson:

No, he can't beat them. Not going to happen. Doc has way to be skeletons. A lot.

John M. Phillips:

Just about euthanization of cubs or [crosstalk 00:16:08]?

James Garretson:

No. He's got a lot of them.

John M. Phillips:

Does he?

James Garretson:

Yeah. But he knows how to keep his circle.

John M. Phillips:

Right.

James Garretson:

That's the way he Doc's done so good. He brainwashes them.

John M. Phillips:

There's a conversation at the very end of this stuff between Jeff, and it was right after the fight, Jeff and Joe, and Jeff is trying to bait Joe in the saying stuff.

James Garretson:

He'd bait him the whole time, yeah.

John M. Phillips:

But at the same time, there's this real conversation about why Wynnewood, Oklahoma is the worst place to have one of these zoos, because you can't draw on anything. You've got this poor native American population, and he's bringing in meth heads and criminals that are untrustworthy and paying

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

them nothing, and they compare that to Antle's situation, which is at Myrtle beach, easy to get to, and he has this family protecting him. They're like, "If we do ever do this again, we've got to do a different."

James Garretson:

Not Thackerville either, but whatever.

John M. Phillips:

Yeah. Vacaville's even worse. But Joe went through a shit load of money. I'm telling you, Joe made money.

James Garretson:

Yeah.

John M. Phillips:

He just didn't know how to manage it. He made millions of dollars a year.

James Garretson:

Yeah.

John M. Phillips:

He just didn't have no clue to manage it. Renting the husbands and stuff, like with Joe, those aren't husbands, he's never been a bit in love with them. They're rental husbands. Joe gives them some money, pays their car payment, gives them drugs, they're rentals. That's what people don't really understand. When you got Joe, Joe made money there when he went [inaudible 00:17:51].

James Garretson:

Yeah. I believe that.

John M. Phillips:

Yeah. He just surrounded himself, and he still does. Look at Fran. The people he surrounds himself with, and I've tried to have that talk like, "Look, if we get you out, you have got to fucking change. We've got to bring you to Jacksonville and you have got to change this lifestyle."

James Garretson:

Why do you got to bring him to Florida?

John M. Phillips:

What's that?

James Garretson:

Why do you got to bring him to Florida?

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah, well. I need to reprogram him to some extent.

James Garretson:

You can't reprogram him.

John M. Phillips:

At least surround him with decent human beings.

James Garretson:

Joe's still [inaudible 00:18:26]. If Joe gets out, Joe's going to be really wealthy.

John M. Phillips:

Yeah. He should be.

James Garretson:

Yeah. He's going to be really wealthy.

John M. Phillips:

[inaudible 00:18:30].

James Garretson:

But whoever controls the social media is a fool.

John M. Phillips:

Yeah.

James Garretson:

Whoever that is, and then that private investigator, that guy is a dumb ass and he's done more damage to Joe that...

John M. Phillips:

That whole pardon thing, like we had-

James Garretson:

The limo at the prison man. You put words in Trump's mouth, he's not going to like that.

John M. Phillips:

The limo in the prison, the fucking McRib, Amy and I, I commented to Oklahoma News because I didn't represent him, and I commented Oklahoma News about how foolish and stupid it was, which got back to Joe, and that's one of the reasons he called me. He's like, "What would you have done differently?" I'm like, "Every fucking thing." I represent Omarosa versus the DOJ, I know that's not how you fucking play up to the DOJ. They might've had a friend of a friend of Roger Stone or who the fuck their

This transcript was exported on Aug 03, 2021 - view latest version here.

connection was, I was like, but that was never real. That person was never going to actually get something to Trump to sign.

James Garretson:

Well, I went to Washington, the whole shit show. I was there.

John M. Phillips:

Were you?

James Garretson:

Yeah, yeah, yeah. I was there when they delivered the pardon application.

John M. Phillips:

Were you?

James Garretson:

Yeah. I was there in a room with Fran and all of them.

John M. Phillips:

Was that the one where a Friend was drunk and running into walls.

James Garretson:

He wasn't drunk when I seen him, but I don't know. He probably seemed like he had a few [inaudible 00:19:50]. But yeah, it was Netflix was getting mad because he said that they had this meeting, and then Eric said that the private investigator or whoever,

John M. Phillips:

Yeah. Nick Love.

James Garretson:

Love said that, "Well, that person doesn't want to be on camera and he doesn't want to..." He would never mention a name. It was nobody. They were just there in Washington to walk around and look, yeah. Because I was told that you had this closed meeting and I was going to go sit, tell the...

John M. Phillips:

Fuck yeah.

James Garretson:

Whoever. I was going to just lay it all out, I was going to be like, "Hey, y'all got to get Joe Sanders like I got your back." I'm not charging legal fees, so if he get in trouble..."

John M. Phillips:

Yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

I was going to go get on the podium and say, "Yeah, yeah. All this shit's crap. It was all staged." I was going to go to Trump, if they had a meeting with Trump, I'd have sat right in the office and told him. I'm like, "Yeah. It was all a plot," this and that, and he never had a meeting.

Amy Hanna:

Tell me more about the coaching or them telling you what to do, or what they needed as far as securing the case.

James Garretson:

I was told that I couldn't use certain verbiage, as I was a part of the murder for hire, like we or us. I had to make it his idea and not sound like I'm a part of the whole conspiracy. Like when I was to introduce the FBI agent,

Amy Hanna:

Tell me about that. Whose idea was it to introduce the FBI agent?

James Garretson:

I think that's was Andy's idea.

Amy Hanna:

Who's Andy?

John M. Phillips:

Farabow.

Amy Hanna:

Oh, Farabow?

James Garretson:

I think it was a meeting between him and Matt, and they were going to introduce an agent.

Amy Hanna:

It was not your idea?

James Garretson:

No. They were going to just have me make the introduction, and I was to basically just go in there, introduce them and then step out. Not step out, but stay out of the conversations. They didn't want me to go in there and talk about, "Well, let's dismember Carole," I was supposed to just basically just make an introduction.

Amy Hanna:

Tell me more about trial prep.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Trial prep was on a Saturday. I've forgot what day it was, but I know it was urgent that they do the trial prep on me. I think there was a delay too.

John M. Phillips:

It moved. I think it moved.

James Garretson:

The trial moved?

John M. Phillips:

No, your trial prep moved at a point. They switched you.

James Garretson:

Yeah, they switched me, and then the only time they could fit me in is on a Saturday. But the court date moved or whatever, and then they switched the trial prep. so I basically went there on a Saturday. It was me, Matt Bryant, a court reporter, Charles.

Amy Hanna:

Was the court reporter present?

James Garretson:

Paralegal. It was the assistant to Amanda Green.

Amy Hanna:

Okay.

James Garretson:

Or Charles. One of those. It was their assistant. Because she'd run back and do this and that, but I think she was taking notes the whole time.

Amy Hanna:

You said Farabow was there and yeah.

James Garretson:

Yeah, Farabow was there. I don't remember all of the stuff that happened, so when they got to ask me questions, they had to remind me basically. Because I didn't remember every visit. I've made so many visits there, I couldn't tell you a specific date. They basically just went over the whole thing for hours, back and forth, back and forth, back and forth. I'd shoot questions, like I'd ask them question like "Why isn't Jeff Lowe testifying?" They were like, "Well, he's not credible. We don't want him on stand." They didn't really elaborate really, just said, "He's just not credible."

Amy Hanna:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Did they tell you what to say?

James Garretson:

Not really told me what to say, they basically just reiterated everything that I told them before. They didn't tell me a lie or anything like that. I guess Charles was his lawyer and they were playing roles. They'd take turns drilling me. I'd forget a date or something, and they would remind me.

Amy Hanna:

Okay.

James Garretson:

Then they'd ask me again. It was just like, I don't know. I don't really know what you call that. A lot of this stuff I forgot because this thing's all been dragged out for so long, and they would tell me, "Well, you said that." They would definitely correct me a lot.

Amy Hanna:

But they would correct you based on what you said...

James Garretson:

In the past.

Amy Hanna:

In the past. What about conversations with anybody when you got to the point where you didn't want to testify?

James Garretson:

Let's see. I called Matt days before, I said, "I don't even want to testify. Do I have to go?" He was like, "Well, you're under subpoena. They're going to arrest you if you don't." I actually call around some lawyers, but I couldn't find any federal lawyers because I was in the sticks in Oklahoma. Ardmore, Oklahoma. They basically told me I had no choice, and then I called Joe's lawyers, I think Bill Early, I think he just basically blew him off. He said, "It's a little late now."

Amy Hanna:

There was no threatening or if you don't testify, he may come after you for the lemur or something?

James Garretson:

They didn't really bring up the lemur, but Matt told me it wasn't a good idea and that they would charge me if I didn't. There'd be a subpoena.

John M. Phillips:

That was emailed to you.

James Garretson:

Yeah, that was email. Can you legally even email a subpoena?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

I don't think that's service, but I'd have to look at it. I sure as shit wouldn't. It's not valid. Because you don't even know if it was received or who received it.

James Garretson:

Yeah,

John M. Phillips:

I didn't get it. Oh, it went to spam. Oh, okay.

James Garretson:

Then, so yeah, so when we're at trial prep, Amanda Green tells me, "I'm not going to charge you for the lemur." She did tell me that in trial prep.

John M. Phillips:

I mean, how they helped set that up too. Not the lemur transaction, but the paperwork for it.

James Garretson:

Yeah. Want me to send you the subpoena?

John M. Phillips:

Please.

James Garretson:

It's Florida Justice, right?.

John M. Phillips:

Yeah. Jmp@floridajustice.com.

James Garretson:

J, uh?

John M. Phillips:

J-M-P. Yeah.

James Garretson:

Oh, there it is. Yeah, February 25th of '19. Yeah, this shows the email.

John M. Phillips:

Do you know whether or not Eric Cowie was drunk when he testified?

James Garretson:

Eric Cowie's always drunk.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

You went around him there then. You went there then.

Amy Hanna:

What conversations did you have with Jeff regarding coaching Allen or helping Allen what to say, or anything with Jeff setting Joe up?

James Garretson:

I didn't. I didn't. At the time, I didn't even know Jeff was a part of it. Jeff would tell me things like, "Well Matt needs him to say this and that." I heard that on a couple of occasions, but I only made the introduction to Jeff.

Amy Hanna:

Then you just disappeared.

James Garretson:

Then I disappeared.

Amy Hanna:

Why?

James Garretson:

Because Jeff was handling it from there on out I guess. They had the major guy, Jeff, and all I had to do is get him to flip or make the introduction, and then I was just out of it.

John M. Phillips:

At the last part, it seems like the only thing you really needed to do was to get Jeff and the FBI agent to connect, and by then, you [crosstalk 00:30:57].

James Garretson:

Yeah, I was out of it at that point.

John M. Phillips:

You were out of it, and Joe was off at you for some reason it sounds like.

James Garretson:

Well yeah, because what happened is Jeff and Joe were fighting real bad, and then...

Amy Hanna:

This was when Jeff was [crosstalk 00:31:12].

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

He would always bring my name up as somebody that well... Jeff would tell me things about what happened at the pizza restaurant, then I'd call him Joe out on it. Jeff was playing the trying to be my friend, but later on he told me I'm getting fucked. Then yeah, it was just the pizza restaurant, Joe's dealings.

John M. Phillips:

So much manipulation.

James Garretson:

Yeah. Joe would tell me, "Well, the pizza restaurant's not open," and then I called Jeff, and Jeff would take me a picture, take a picture of it with a line out the door. Everybody was playing everybody. But once I made the introduction, I was pretty much out of it.

Amy Hanna:

You were instructed to introduce Jeff to Bryant? To flip?

James Garretson:

I had to call Jeff and I said, "Hey, Joe's being investigated. Would you help defense?"

Amy Hanna:

Who told you to call?

James Garretson:

Matt.

Amy Hanna:

Okay.

James Garretson:

Matt told me to call Jeff. I said, "Hey I've been working with the feds and they want you to flip because they're coming after Joe." I set up the meeting and then I drove Matt at the casino, and then drove my truck to Jeff's house, and then made the introduction. They were, at one part, in his kitchen, and I was in his little living room area. Jeff started playing all these tapes that he had.

Amy Hanna:

Because he records everything.

James Garretson:

That's when I probably heard Matt say, "Well, he needs to say this and this."

Amy Hanna:

You heard it?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah. Well, I wasn't paying close attention, but Jeff was just playing tapes for Matt because I guess Jeff already had this thing figured out, because why would he be recording Joe the whole time?

Amy Hanna:

But that's why I'm asking what did Jeff know about you and working with Bryant?

James Garretson:

Just right when I called him to see if he'll flip. I basically called him and said, "Hey, the feds are here and they're investigating Joe," and then he agreed.

John M. Phillips:

How quick was that after that? That's the question, because that's not documented because there's all those calls that we don't have a record of.

James Garretson:

Yeah. Trying to think of that was. It was just right when Jeff just started falling... It was right before he had all got the Glover tapes and stuff. Because they were just talking directly. Once I made the introduction, I was just out of it, because he had everything he needed because Matt Bryant was, I guess, telling Jeff what we need Glover to say and to make the elements of the case.

John M. Phillips:

Nobody recorded that conversation where Jeff was showing the map, right?

James Garretson:

No. That was before the feds even got involved.

John M. Phillips:

Yeah.

James Garretson:

That was the first talks

John M. Phillips:

Right.

James Garretson:

Before all the feds were involved, and Jeff, basically, "Well here's her house and here's the bike trail, and here's this and that."

Amy Hanna:

Was Brittany there?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

What?

Amy Hanna:

Was Brittany there?

John M. Phillips:

Oh shit.

James Garretson:

Yeah. Yeah, Brittany was there.

John M. Phillips:

That's another one. Brittany was also there for that, you were here for that, for that two frogs meeting, and then she wasn't on a witness list.

James Garretson:

Yeah. Because Brittany was there during the initial meeting, because Brittany always said, "It's Jeff's idea." Jeff came up with it. Joe was in the back. He wasn't even talking to us, unless we hollered across the room and asked Joe a question.

John M. Phillips:

Wouldn't that have been a nice witness to have at trial, for the Joe to call?

James Garretson:

They didn't want her there because that's what she would have said.

Amy Hanna:

Besides that two frogs, I'm sorry.

John M. Phillips:

You're good, yeah.

Amy Hanna:

Besides that two frogs conversation, did she ever talk to Bryant at all, or anybody else? I always just reference Bryant because I don't have any indication that you really talked to Farabow about much, or anybody else.

James Garretson:

I didn't. I didn't talk to Farabow, unless he was there with Bryant.

Amy Hanna:

Always?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Always. I never talked to Farabow by himself.

Amy Hanna:

Did Brittany ever talk to them outside of that two frogs conversation?

James Garretson:

She might have talked to Matt on occasion because there's a couple of times he came to my house. But about the case in particular, just no. I kept Brittany out of it. pretty much. She didn't really know what all was going on. She basically called it, what we're doing now, Britney called it all. She knew Jeff and Lauren were problems, and then yeah, so she pretty much called it all. She kept telling me, "Don't get involved in that stuff," because she had bad feelings about Jeff the first time she met him. But yeah, Farabow, I had never seen Farabow unless he was with Matt.

Amy Hanna:

How many meetings did they have with you and other witnesses, aside from this official meeting?

James Garretson:

Meetings? What do you...

Amy Hanna:

Like discussing the case and who's testifying, and who's saying what.

James Garretson:

Well, they didn't tell me who was really testifying. I don't know. I caught wind that Jeff wasn't, that Lauren was testifying, and I'm like why wouldn't he testify? And I asked, I think I might have asked Charles, he's like, "Well, he can't tell the truth."

John M. Phillips:

How did you catch that wind?

James Garretson:

I think at the trial prep.

John M. Phillips:

What's that?

James Garretson:

Yeah.

John M. Phillips:

Least they weren't going to call him.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Yeah. Or I might ask around me and says, "Is Jeff testifying?" They were like, "No. No." Then somebody told me there was an argument to keep Jeff out of it, in trial or whatever.

John M. Phillips:

They're just not supposed to do that. In every trial there's an exclusionary rule, where you're supposed to stay in a box and they don't explain that, it's their obligation, but you're supposed to stay in a box and not listen to what other witnesses are saying, but in this case you've got Eric Goode calling, you've got reporters calling, you've got a Facebook page that's exchanging everything.

James Garretson:

They put me and Glover in the same room at trial. Don't know if that that matters or anything, but it's in the same waiting area.

Amy Hanna:

What did you just say? I'm sorry.

John M. Phillips:

They put him in Glover in the same room, waiting to testify, because I guess they were back to back.

James Garretson:

They were supposed to keep us apart, because I was told not to talk to anybody.

Amy Hanna:

Did you all talk about the case?

James Garretson:

No, we didn't really talk about it. We were just watching TV. We're just watching TV, and then he went out and then I went out

John M. Phillips:

You sure?

James Garretson:

Huh?

John M. Phillips:

Are you sure.

James Garretson:

Yeah, we didn't talk about the case.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

The elephant in the room.

James Garretson:

Because he didn't even know that I was an informant.

Amy Hanna:

Glover?

James Garretson:

Yeah.

Amy Hanna:

Yeah, [inaudible 00:38:40].

John M. Phillips:

A shit show.

Amy Hanna:

Oh, it was a shit show. Then that Robert Moor, he was just stalking me like crazy.

John M. Phillips:

Robert Moor. Here's crazy thing about Robert Moor. I've re-listened to it, and in one of the ends of one of the episodes, Jeff denies ever meeting Robert Moor, and I was like bro, you were there. There's an episode and it's just first time on the park, just visiting, and I think he's talking about buying a baby tiger, and Jeff and Joe go talk privately and then they come back out, and then Robert Moor asks Jeff about Carole Baskin. He basically says that Carole had fucked with him in South Carolina, and, "If that lady ever with me again, I'm going to make her disappear like her husband disappeared." It's recorded by Robert Moor and played from the first day Jeff's at the park.

Amy Hanna:

Really?

John M. Phillips:

I'm like guys, that's fucking evidence. Robert Moor won't give it to me, but I'm like, "It's in the podcast."

James Garretson:

He's friends with Rebecca.

John M. Phillips:

Rebecca swears by him.

James Garretson:

Yeah. He won't give it to?

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

No, because now they've sold it apparently.

James Garretson:

To peacock. Jeez.

John M. Phillips:

But I'm like, that's fucking evidence. You just wait till I get federal subpoena power. Either you cooperated or you fucking didn't, and if you didn't, Robert Moor, fucker.

James Garretson:

Yeah. I never talked to him, but man, he would blow me up 20 times a day. They're making this show about him and most of it's bullshit, Robert Moor stuff.

John M. Phillips:

They don't have the real story.

James Garretson:

They're making a movie over it, and that's going to affect other people, and you've got all the idiots going to watch this shit. That's what I asked that guy [inaudible 00:40:48], "Is there any way to stop that peacock deal?"

John M. Phillips:

It looks terrible.

James Garretson:

I would put that on hold.

John M. Phillips:

Well, I'm hoping once we get our... The problem is we're not going to get our stuff filed until August or September, which I imagine that's going to be a fall premiere, but our stuff will be, as you know, the most truthful stuff to ever hit the air because I don't care how the facts work out, they're the facts.

James Garretson:

Yeah, yeah, yeah. I know. Appreciate that.

John M. Phillips:

I'm going to gloss over some of the wrongdoings by Joe because they're irrelevant. Did he commit murder for hire?

James Garretson:

Why is Joe protecting Reinke right now when he's in there because of Reinke's shit. I don't get this, this [crosstalk 00:41:31].

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

He's nice to him, but Joe didn't have many fucking allies. At least Reinke stuck by him and didn't testify. Didn't talk to Bryant. Reinke's the only one that didn't talk to Bryant.

James Garretson:

Yeah, Reinke could have [inaudible 00:41:46] because Reinke knew all the stuff.

John M. Phillips:

What's Reinke going to do? Go to jail?

James Garretson:

Yeah. Yeah, I just don't understand. Reinke's one of the reasons he's in there.

John M. Phillips:

That's coming out.

James Garretson:

I literally want to take his leg off and beat him with it.

John M. Phillips:

Why do you not like Reinke?

James Garretson:

Because he's just a turd. He's just a turd and he hates animals. Yeah, he's just a super fake, just a super fake. But yeah, if you would've seen Joe at his height with all the people at his zoo, it was just like a misfit convention. It was [inaudible 00:42:27].

Amy Hanna:

How long have you been in the Keys? [crosstalk 00:42:43].

James Garretson:

Well now, two years, but I was there prior to Irma, so I've been there since basically 2012. But I take a hiatus. Sometimes I'll go to Texas for a while [inaudible 00:42:56]. Did you get that subpoena I sent you?

John M. Phillips:

That's a good question.

James Garretson:

Oh, that's why you're not getting the stuff because the damn email address I have for you.

John M. Phillips:

Florida's spell wrong. That'll do it.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Shit. [crosstalk 00:44:29]. Oh God. I was wondering.

John M. Phillips:

With you not showing up and me not getting the emails, [crosstalk 00:44:36].

James Garretson:

Jmp@floridajustice. Yeah, I got you as flrida. All right, so J-M-P, [inaudible 00:44:44]. Floridajusitce.com?

John M. Phillips:

Yeah.

Amy Hanna:

Does Garretson have two Rs or one?

John M. Phillips:

I've spelled it both ways. He's in that other binder. I've spelled it right in my summaries. Let's see. Hold on. I think two. It's two.

Amy Hanna:

Two?

James Garretson:

Did that come through now?

John M. Phillips:

F-A-R-A-B-O-W,[inaudible 00:45:41].

James Garretson:

F-A-R-A-B-O-W?

John M. Phillips:

Yeah. Andrew. Special agent with the Federal Bureau of Investigation. He did that. Eric Goode did that when we were scheduling a meeting between me and Allen, and Eric got Jeff on the phone and told him that I was meeting with Allen. Jeff's like, "Well, he represents Joe." Jeff sent me the phone call because Jeff records everything, and he was like, "Well, he's Joe's lawyer. He should be meeting with Allen." He goes, "Yeah, but aren't you worried about that?" Because Eric knows what really went down [crosstalk 00:46:46].

James Garretson:

Did Jeff freak out when he knew you were going to meet with Allen?

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Eric was trying to get him to freak out, but Jeff, I think, thought that I was close enough to him that I wouldn't throw him under the bus.

James Garretson:

Because I figured Jeff would freak if he knew it was all set up.

John M. Phillips:

Yeah. Allen, Allen flat says repeatedly he purgered himself, he purged himself. I just got the email.

James Garretson:

I don't know if you have this or not. You probably already have all that, right?

John M. Phillips:

It just went away.

James Garretson:

Oh shit. Trying to think what...

John M. Phillips:

If I [inaudible 00:47:25], but I don't have any emails, I don't think, between you and them.

James Garretson:

Just the whole thing about the selling the place and all that.

John M. Phillips:

why did he send this to you? It's a summary of his report about you I guess.

James Garretson:

Yeah.

John M. Phillips:

I do have the report, but I don't know if this is... Can you send that to me?

James Garretson:

Yeah. Did you get my last one?

John M. Phillips:

Yeah.

James Garretson:

All right. Yeah, I was sending all these things to a different email address.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

It's a PDF. The Texas subpoena. Yeah, I don't think that's valid.

James Garretson:

J-P-N.

John M. Phillips:

It doesn't matter. I'll get it either way.

James Garretson:

Hello.

Unidentified Female Caller:

Hello. What part of Florida are you in? [inaudible 00:49:24].

James Garretson:

Yeah. I'm in Jacksonville. I'm with the attorneys right now.

Unidentified Female Caller:

That's [inaudible 00:49:31]?

James Garretson:

The what?

Unidentified Female Caller:

[inaudible 00:49:36] give to you. [inaudible 00:49:40].

James Garretson:

Oh shit. It's a blood thinner.

Unidentified Female Caller:

[inaudible 00:49:47].

James Garretson:

Why are you yelling?

Unidentified Female Caller:

[inaudible 00:49:47]. You know what I mean? I don't know [inaudible 00:50:10] I don't know [inaudible 00:50:11] white pills.

James Garretson:

Yeah. Those things tastes nasty, I don't think he'll eat them. What's he doing now?

Unidentified Female Caller:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Nothing. [inaudible 00:50:31]

James Garretson:

I don't think he would eat them. Those things taste pretty nasty. I would just keep an eye on him and then just...

Unidentified Female Caller:

[inaudible 00:50:39].

James Garretson:

Have you been by the stand today?

Unidentified Female Caller:

Yeah. [inaudible 00:50:44].

James Garretson:

Yeah. Water blisters?

Unidentified Female Caller:

Yeah. [inaudible 00:51:02].

James Garretson:

Yeah, just keep an eye on him. If he starts puking or anything, just run him to the vet.

Unidentified Female Caller:

Yeah, yeah. I just didn't know what I [inaudible 00:51:15].

James Garretson:

Hang on. Hang on a second. Yeah, the dog, my dog ate my blood pressure medication.

John M. Phillips:

Oh, no shit.

James Garretson:

Yeah.

John M. Phillips:

That's not good.

James Garretson:

Yeah. There's a bunch of pills in there, like 50 of them.

Amy Hanna:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

The whole bottle?

Unidentified Female Caller:

Exactly, so I don't know. I looked at the bottle [inaudible 00:51:34]

James Garretson:

Yeah. I'd just keep an eye on him. He'll probably be all right. I don't think he'd eat them.

Unidentified Female Caller:

All right.

James Garretson:

All right. I'll let you know when we're done here. All right.

Unidentified Female Caller:

Bye.

James Garretson:

Well, he ain't going to have high blood pressure today, that's for sure.

John M. Phillips:

I think you said something on the boat about meeting with Howard. Did you ever meet with Howard after trial?

James Garretson:

Yeah.

John M. Phillips:

Tell me about that.

James Garretson:

Let's see. How'd that go down? Yeah, I think Howard called me, told me so I was after the animal stuff, seriously. Like people killing animals, I wasn't doing that. Then I was trying to get myself close to Carole and Howard because I hate them [inaudible 00:52:43]. I have a secret hate this real deep because I know what they did to me. I was trying to get close to them, so me and a guy who works for me was offered a tour at Big Cat Rescue, so I went and met him for lunch at that little Longhorn Steakhouse, right in front of the Big Cat Rescue.

John M. Phillips:

After trial?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah. After this was all over. He showed me around. Only took me to certain areas. I knew the layout of Big Cat Rescue. He only showed me what he wanted me to say. I knew that. Carole was there. Carole showed up afterwards. She just sat there, didn't say a word because she knows what she caused me. Then I quit talking to him because I was trying to get in there, to get the scoop because I wanted to get to Carole bad. I probably had worse hate for Carole than Joe did probably, but I handled mine a little differently.

John M. Phillips:

Right.

James Garretson:

Yeah, I went there and met him for lunch, toured the place and left, and then didn't talk to him since. Then that YouTuber, when Carole accidentally sent her personal stuff to him, the fucking letter of me. That little part of her diary where she says that James did this and that, was bullshit. It pissed me off.

John M. Phillips:

I never got that. Rebecca was supposed to send it to me.

James Garretson:

I'll send it to you now. She sent this thing, this paragraph about me, "I can't believe James would help me get Joe because he was one of our top people," whatever, "We want it done and we took credit for taking him out." She claims that her liary, or diary, that I was in it, in a big paragraph, and that just set me off.

John M. Phillips:

I bet.

James Garretson:

Then I started making Cameo videos of everyone I'd [inaudible 00:54:47], that bitch killed her fucking husband.

John M. Phillips:

Yeah.

James Garretson:

That set them off, and then Howard sent me this message that he was going to sue me. I said, "It's my personal opinion." Then I called Sandra, I said, "Yeah, can I say this?" She said that's, "That's your opinion, right?" "Yeah, it's my opinion." "Roll with it." In every video, I made 500 Cameo videos and in all 500 of them, I did one for one of the mayor's aid in New York City. I did some for some pretty high people. The only reason they were booking me is because I would do it on a jet ski, I'd be like, "And fuck that bitch Carole Baskin. She definitely killed her husband." She got mad over those Cameo videos, so Howard threatened to sue me. That's the last I heard from him.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Can you send me the emails from Howard?

James Garretson:

I don't have emails from him. I can probably get a text.

John M. Phillips:

How did he threaten to sue you?

James Garretson:

By text. Yeah. He said that I need to be careful on my Cameo videos was I think what he said. I need to be careful.

John M. Phillips:

Says the unlicensed lawyer.

James Garretson:

Yeah, yeah. But, I guess, he told me he was a lawyer.

John M. Phillips:

He is, but he's unlicensed, so technically he's not even supposed to say he's a lawyer.

James Garretson:

Okay, yeah. He told me he was a lawyer. But yeah, and then Carole, then when she made that million dollars on Cameos, I just lost it because why is this... I don't know why they're giving her so much money, but yeah. I just lost it.

John M. Phillips:

Here's the question. Before you testified, did you talk to Howard?

James Garretson:

Yeah.

John M. Phillips:

Tell me about that.

James Garretson:

Well, he wanted updates. You just triggered my damn memory.

John M. Phillips:

Yeah. It's typing Amy.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah. I did. Yes I did talk to Howard, by my text message, and he told me that he appreciated the fact that I was getting the cub beaters off the street. Because they told me everybody that killed tigers, Matt Bryant was going to get, and yeah, I did talk to Howard on several occasions.

John M. Phillips:
Do you have those texts?

James Garretson:
Possibly.

John M. Phillips:
Be on that phone?

Amy Hanna:
No. [inaudible 00:57:16].

James Garretson:
Possibly.

John M. Phillips:
During trial, he was texting you?

James Garretson:
During the actual trial?

John M. Phillips:
Yeah.

James Garretson:
No, not during the trial, no.

John M. Phillips:
Because he was there.

James Garretson:
Yeah. Not during the trial.

John M. Phillips:
Leading up to trial?

James Garretson:
Leading up to trial, yes.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

That's enormous.

Amy Hanna:

Just Howard? What else did you talk about?

James Garretson:

Just Howard. Just Howard.

Amy Hanna:

Besides him thanking you?

James Garretson:

That's it, and if I had anybody that worked at Mario Trabells. I'm like, I ain't fucking around with that.

John M. Phillips:

But, so Howard was saying-

James Garretson:

He basically lumped me in the same category as him. We're trying to get rid of Joe.

John M. Phillips:

Right.

James Garretson:

We're trying to do this.

John M. Phillips:

More you're going to be protected by us and everybody else because you're on our side.

Amy Hanna:

[crosstalk 00:58:05].

John M. Phillips:

You're not on the government's side.

James Garretson:

Yeah. You notice nobody's bothering the USDA license or nothing right now.

John M. Phillips:

Yeah. That's a big deal, and my heart just grew two sizes at you. I appreciate this.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

No, no. I'll tell you the truth.

John M. Phillips:

[crosstalk 00:58:23] the level of-

James Garretson:

It's just such a show throughout the end, but yeah, I met Howard after. It was like a celebration meal after Joe was convicted is when I met him at Big Cat Rescue. I was just driving through there and he's like, "Well, let's meet for lunch." Then Carole knows my hatred because Carole called security over before, because we used to go to these fish and game, you know the public meetings that the Fish and game would have? We had one in Gainsville at one time. I was a little unhinged back to the day, I'm not going to say, I was pretty violent back in the day. It was no problem for me to just freaking run up and hit on somebody or whatever. It was that was just how it was. I grew up in the project, a redheaded kid. I was the only white person in my school. I grew up in the ghetto, so I was just whatever, I had it in me. At a meeting, Carole found out that I was sitting in a row behind her and she called a bunch of Fish and Game to escort her out.

Amy Hanna:

Really.

James Garretson:

Because the week before that she started calling my neighbor, that I lived next to in Lake City, and I had a business that my neighbor was in it, and she was disgruntled. But you know, after business, people get disgruntled. She was calling my neighbor and then she was calling this guy named Roger Fig that I have living on my property. Didn't have anywhere to go with his cats, so I let him live in my house, well he was reporting back to Carole. His name was Roger Fig. This Roger Fig guy was just a total loser.

James Garretson:

Carole caused me a lot of problems. She caused me a breakup and all this stuff in 2006. Caused me to lose my place. She really went after me with her and Gregory guiding them. I got inspected every other day, and then when I got inspected, it wasn't just the one inspector, I got inspected with US marshals. It was a convoy of 12, 15 cars. Every time they'd go down to my street, I lived on a dead-end street, every time they'd go down my dead-end street, the news reporters would be there and stuff, just to do a random inspection. Because she's sucked Gregory Guy on me. Gregory Guy's the supervisor of the USDA and he's a real scumbag. Yeah.

James Garretson:

I didn't forget all that stuff that Carole did to me, but I was trying to infiltrate them. Just like when the guy offered to buy the footage of that, I said, "Yeah, I want it."

John M. Phillips:

I didn't get all that either. There's the one that was-

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I've sent it to the other email, but yeah, I'll send it to you. But, so yeah, there was a lot of problems. Howard probably didn't know all the stuff that Carole did to me.

John M. Phillips:

Right. Because it was way before.

James Garretson:

Then when I seen that YouTuber's letter about why I'm in her liary, and I can't believe James Garretson would help me, and just [inaudible 01:01:18].

John M. Phillips:

[inaudible 01:01:18]. Yeah. and used the shit out of you.

James Garretson:

They all did. Really, if you look at it that way, they all used me to further their goal.

John M. Phillips:

Right.

James Garretson:

Then Matt Bryant came up with this big elaborate story to play on my heartstrings, the whole animal stuff, so Matt Bryant played on me too because Matt Bryant knew where to get me. I hate Greg Woody because I know stuff he's killed.

John M. Phillips:

Greg Woody runs some of those canned animal hunt deals?

James Garretson:

Woody is the ringleader of that?

John M. Phillips:

Really? People don't even know those exist. They're so abysmal. So fucked up.

James Garretson:

Oh, they do.

John M. Phillips:

There's some in Florida isn't there?

James Garretson:

No, most of them are in Texas.

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Are they?

James Garretson:

Down below San Antonio.

John M. Phillips:

Have you heard about this shit? You can go shoot and kill whatever you want [inaudible 01:02:09].

James Garretson:

Yeah, everybody tells me that those don't exist. I've been to one, I know they exist.

John M. Phillips:

Yeah. White people with too much money, man.

James Garretson:

Here's one I'll do real quick. I'm going to do this.

Amy Hanna:

We don't have a notary. [inaudible 01:02:29].

John M. Phillips:

Oh yeah. I can get one. We need one. I'll get the lady that drives the truck.

James Garretson:

Too bad we can't go do a press conference and I just lay it all out.

John M. Phillips:

We will eventually. When I file these things, I'm doing one. I'd love for you to be.

James Garretson:

I'll do it.

John M. Phillips:

I'll fly you there.

James Garretson:

I'll do it. [inaudible 01:02:58].

John M. Phillips:

Can you imagine?

James Garretson:

I'm not going anywhere alone after that.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Me, you, Allen, Reinke. Get the whole gang together. Jeff if he'll fucking show up.

James Garretson:

It's going to be...

John M. Phillips:

I'll put you on opposite sides.

James Garretson:

I'll do it. I don't have a problem doing it, but I need to make sure Sandy's going to represent me.

John M. Phillips:

Yeah. We've got weeks to months before that happens. But Joe keeps wanting me to do press conferences and shit, I'm like, "Let me do one. A big one."

James Garretson:

[inaudible 01:03:30].

Amy Hanna:

What's your printer code?

John M. Phillips:

601. HP 604. But before you print it, I got a few more questions that will spawn more information.

Amy Hanna:

Well, I'm hoping when he reads it and triggers something.

John M. Phillips:

Yeah, that's true. But fucking talking to Howard leading up to trial and playing on the same team, it's messed up.

James Garretson:

Come to find out though, everybody was talking to Howard.

John M. Phillips:

Yeah, right.

James Garretson:

Really.

John M. Phillips:

Yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Chelsea, Yuri.

James Garretson:

I don't know if this is true though, but you might want to see if there's any Howard ever sent Ashley Webster any money.

John M. Phillips:

He might've after. How do you know this?

James Garretson:

Just ask. I mean, I can't...

John M. Phillips:

I don't know who I'd ask. Ashley ain't going to fucking talk and she ain't going to admit it, and Howard ain't going to fucking talk to me.

Amy Hanna:

No.

James Garretson:

Do you have her number?

John M. Phillips:

Ashley Webster?

James Garretson:

Yeah.

John M. Phillips:

No. You think she'd talk to me?

James Garretson:

Now what if I called her right here on speaker phone and asked her?

John M. Phillips:

Call her.

James Garretson:

I don't have her number though. I could get it.

John M. Phillips:

This transcript was exported on Aug 03, 2021 - view latest version here.

We have the last number. The one that she would have had... do we? Yeah, yeah. No. It would have been on some FBI report. Hold on. Let me just see what I got. Because I got the whole file on my computer.

James Garretson:

Do you know what her deal is on Instagram, what her name is?

Amy Hanna:

Yeah. It's _beast.master_.

John M. Phillips:

Yeah, beast. _beast.master_.

James Garretson:

Beast, beast. Hold on.

John M. Phillips:

[inaudible 01:05:51] _beast.master_.

James Garretson:

Beast. _beast.master_, Ashley Paige Webster.

John M. Phillips:

[inaudible 01:05:57].

James Garretson:

[inaudible 01:06:20] and see if she'll respond.

John M. Phillips:

I can get her number. I don't have it at the minute. That would be a fucking hoot.

James Garretson:

What else do you [inaudible 01:06:30] ask her?

John M. Phillips:

Just get her number. Let's call her.

James Garretson:

What I'll do is just ask her if Howard gave her the money.

John M. Phillips:

She may answer that.

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

Huh?

John M. Phillips:

She might not answer that.

James Garretson:

What if I said, "Hey, when I was helping Howard, did he give you any money like he gave me?"

John M. Phillips:

That's it. Let's see.

James Garretson:

That'd be hilarious.

John M. Phillips:

Here's Lauren's phone number. I've got to have one of these for Ashley somewhere or other. There it is. You ready?

James Garretson:

Yeah. Yeah.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

8 1 2.

James Garretson:

8 1 2.

John M. Phillips:

2 9 6.

James Garretson:

6.

John M. Phillips:

0 4 7 0.

James Garretson:

What am I doing? I just ask her about a rape shit first? Play sympathetic, then I'm going to ask her.

John M. Phillips:

Ask whatever you want. It went to voicemail first.

Recording:

Dialed is not a working number, please check the.

John M. Phillips:

8 1 2 2 9 6 0 4 7 0. Is that what you dialed?

James Garretson:

2 9 6 0 4 7 0.

John M. Phillips:

Yeah. That was the number she had at the time.

Amy Hanna:

You can Instagram message her.

James Garretson:

I just did.

Amy Hanna:

What makes you think that though? Did Howard pay you?

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

No. There's some weird shit with her though. No. I'm trying to think how Howard even had my number. Matt had to give it to him because.

John M. Phillips:

How did you have Carole's number?

James Garretson:

I didn't. I called the Big Cat Rescue number.

John M. Phillips:

And left a message?

James Garretson:

I didn't leave a message. I just got a voicemail and hung up. I did it right in front of Jeff. And you know, Jeff changed the whole story that I was calling the warn her. No, I was calling to sell the property. So he lied about that.

John M. Phillips:

Well, because he didn't want that financial motivation to be a part of the record.

James Garretson:

Here's a text message or Webster saying, the sheriff department won't call me back. They haven't arrested Jeff over my report, Captain White at the Wynnewood Sheriff's office is not taking me seriously. Can you send the report and give it to the feds? We had to do something he's not going to stop hurting women. She doesn't know if she was even raped.

John M. Phillips:

But she wants Jeff taken down.

John M. Phillips:

Did Ripper send you that.

James Garretson:

No, Ashley Webster.

John M. Phillips:

Really?

James Garretson:

But she called me out of the blue and [crosstalk 00:02:17]. I didn't know who Ashley Webster was. She's like, I'm the one that started all the Tiger King. And I'm like, what? I'm the one that called Carole. Okay. I didn't know none of that.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

Kind of crazy.

John M. Phillips:

It is. Is she in season two? She must be.

James Garretson:

Yeah, they wouldn't film it without her. And I asked the Eric good. I said, dude, why did you film her? None of this shit makes any sense. She told me stuff like Joe used to take her out to dinner every night. Joe hates women, Joe doesn't.

John M. Phillips:

She's there fucking, seven days.

James Garretson:

Yeah, but that's not how Joe works. Right. You know, she was trying to tell me the stuff that Joe was doing. And I'm like, no.

John M. Phillips:

Reality is Crystal Jarbo sent me an email, sent me an ad for the zoo and I applied that way. Then Jeff conned me into coming to that shit hole place in Oklahoma. How can we expose her? I think Tiger King needs to get these people talking like Ripper and Michelle and Hicks who have everything on her. Ripper got all this stuff from one of those fag hags that hang out with Joe and was trying to solve this. He got this stuff second hand.

James Garretson:

So he doesn't have anything nobody else has?

John M. Phillips:

Nobody had it publicly. They found some stuff I'm not going to discredit that.

James Garretson:

Yeah, but it's all like the financial crimes and stuff.

John M. Phillips:

Right. The will and all that was known, they just publicized it.

James Garretson:

Rebecca is onto something.

John M. Phillips:

She is.

James Garretson:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

I know what, because, but yeah, she's on to something. You can't say this though.

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

For the public and further his film career.

James Garretson:

Is she on Facebook as the Beast master?

John M. Phillips:

No, I doubt it. Because Facebook doesn't really operate like that. She has a Facebook though, I've seen it.

James Garretson:

Ashley ...

John M. Phillips:

Darleen Cervantes, what's the deal with that chick?

James Garretson:

Oh, she's a turd.

James Garretson:

Yeah. She doesn't know anything either. She doesn't know anything either.

John M. Phillips:

She's just trying to buy a cub that didn't even go through.

James Garretson:

Yeah, she doesn't know a thing.

John M. Phillips:

I kept reading the testimony thinking, "This is going to be good." And hers was that she was going to buy two cubs for a thousand bucks. They weren't cubs, they were older tigers for a thousand bucks and $500 a piece... that might be a delivery fee. I realize how they-

James Garretson:

No, they used to be 500 a piece.

John M. Phillips:

Was it?

Amy Hanna:

Because you do cheaper than everyone else. That's why...

James Garretson:

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah.

James Garretson:

You've got to think Joe, depending on how, if Joe had 40 cubs and nowhere to go? Yeah, it'd be selling them for whatever. $10, whatever. He's just supply and demand.

John M. Phillips:

If Darleen and Ashley Webster, you don't know. Did they ever talk?

James Garretson:

I don't know.

John M. Phillips:

I just wonder who... fucking Ashley Webster's just a fucking enigma.

James Garretson:

I think she's just... she was a plant.

John M. Phillips:

That's the question. We can't prove it yet, though.

Amy Hanna:

Why do you think she was a plant?

James Garretson:

She came out of nowhere. Just came out of nowhere and then I don't know. Seems like she was just trying to whack everybody. I mean, she called Carole. Why would you call Carole? Why wouldn't you call the cops?

Amy Hanna:

Right.

James Garretson:

That's another question because she was probably reporting back to Carole and Howard, because any other person would probably call the cops. Hey, somebody's trying to kill you.

Amy Hanna:

[crosstalk 00:02:10] But somebody like her ...

James Garretson:

Why did she go right back to Carole and say, hey Carole ...

John M. Phillips:

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

So not only did she call Carole and Howard [crosstalk 00:02:16].

James Garretson:

Carole already knew that Joe wanted to kill her. He made the YouTube videos. He put it out there.

John M. Phillips:

And Carole just forwarded it along to to Heather Hintz. Carole didn't call the cops either. She just forwarded it along to Heather.

James Garretson:

That's a scumbag attorney too.

James Garretson:

So that doesn't make any sense. So unless she was a Carole plant. Because Carole promises people immunity from the animal rights groups. If you're on her team, you're good. Just like that Christian Zane guy. Carole sitting there, "Oh, you know we don't do cub petting or "No, we're a legitimate sanctuary." Well, as long as you know Carole, you can go into the perimeter fence with a tiger. You can feed the tigers. You know it's all hypocrisy. But Ashley was probably a client.

Amy Hanna:

She had to have been. She was in Colorado. Jeff was in Colorado.

James Garretson:

Maybe I should have called her agent and asked.

John M. Phillips:

He would die. He would fucking die.

John M. Phillips:

He tried. After he found that I represented Joe, he tried to get back in my good graces and was like, "We need to work our stuff out." I'm like no. No, I didn't even respond. I'm like, no, no, no. I'm good. He was worse to his wives. Did you see his two arrest reports? Fuck, I'll send them to you.

James Garretson:

He's bad?

John M. Phillips:

He was bad. Put a gun to one of their heads. Like he's fucking sick.

James Garretson:

Oh really, psychotic?

John M. Phillips:

This transcript was exported on Aug 03, 2021 - view latest version here.

Yeah. I sent that stuff to Rebecca and then he got ... he was bye-bye, because you know how cancel culture works. Somebody finds out that they make ...

James Garretson:

[crosstalk 00:04:11] Are you recording?

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Sure. Because they were going to try to bring him in, and Bryant, at one point, says somewhere that they bailed off of him because he was a dirty cop. They didn't think he'd be credible because...

James Garretson:

Well, he was a dirty cop. He was running... Joe had him call the chief of police in my town and harass me.

John M. Phillips:

Really?

James Garretson:

Yeah, and they got back to me, and yeah, but Mark Thompson was a dirty cop.

John M. Phillips:

So they... That's why he wasn't part of the murder for hire set up.

James Garretson:

And then he got fired after the fact or something.

John M. Phillips:

Okay. But for Ashley Webster to be the start of all of this stuff and get out of testifying, it's just bananas. She claimed PTSD, so she didn't come to trial.

James Garretson:

Oh really? So that's what I could have done.

Amy Hanna:

No, it wasn't PTSD, it was because she couldn't travel because she was pregnant. But then they caught her traveling... Are we talking about Webster?

John M. Phillips:

Right, right.

Amy Hanna:

But then they caught her traveling just a week and a half or two weeks prior to when the trial was, and it was a farther distance than it was to travel to the trial.

John M. Phillips:

There was something PTSD early on too. Maybe that was the deposition. They postponed the deposition at one point.

James Garretson:

This transcript was exported on Aug 03, 2021 - view latest version here.

Let's see... She didn't respond back to that... Let's see the last time she was on Instagram.

James Garretson:

Yeah, last post she did is March 31st, on Instagram. All media contact Ripper Jack Media.

Amy Hanna:

That's crazy.

John M. Phillips:

I saw that and pissed my pants like damn.

James Garretson:

Hey, I'm going to call her up real quick, all right?

John M. Phillips:

I don't care. He's in Oklahoma? So it's two-party consent, or it's one-party consent.

James Garretson:

I don't know. I'm going to ask him if, he has Ashley Webster. Because I want to talk to him about Jen.

John M. Phillips:

Jen Garrett? Oh God. [crosstalk 00:02:38]

James Garretson:

She's a kook

James Garretson:

Here we go.

Voicemail Box:

Hey, it's Ripper here, sorry.

Amy Hanna:

Did it print to your printer?

James Garretson:

No.

John M. Phillips:

There's two of them, one of them doesn't work very well.

John M. Phillips:

All right, that's mainly what I have.

Exhibit 9

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

You know, why would Ashley call Carole and not call the cops?

Amy Hanna:

She said it was [inaudible 00:04:09].

John M. Phillips:

How they didn't ask you... How the PD didn't ask you, because you talked about this $10,000 number repeatedly and how you know Joe... You kind of oversold the Joe as a hit man thing, but it is what it is. But why didn't they ask you why you didn't call the cops, at any point, before the feds got involved? When it was that whole biker gang, or you know whatever.

James Garretson:

Oh yeah, no, I see what you're saying. Yeah, no, it's...

John M. Phillips:

You ask the question.

James Garretson:

Yeah. It's a...

John M. Phillips:

They did nothing. That PD was fucking terrible.

James Garretson:

I mean, I could tell towards the middle of it Joe was serious because I guess Carole was causing the problems, but...

John M. Phillips:

For sure.

James Garretson:

Yeah.

John M. Phillips:

But at some point...

James Garretson:

But Joe already had somebody there that could wack Carole and he just didn't use them. Travis.

John M. Phillips:

Yeah.

This transcript was exported on Aug 03, 2021 - view latest version here.

James Garretson:

He would've been the one to do it.

Amy Hanna:

Travis?

John M. Phillips:

Travis volunteered to do it. Jeff said, "No, don't do it because...

James Garretson:

That boy could shoot a rifle, like no other.

John M. Phillips:

Really?

James Garretson:

Yeah.

John M. Phillips:

I tweaked my back some how.

Amy Hanna:

Is that it? Did it print?

John M. Phillips:

Yeah. Oh, look at this monster.

James Garretson:

How you typed all that?

John M. Phillips:

Some of this was done before you got here. Friend, we've been waiting you a couple of weeks. So every day we wait, we write seven more things for you to sign off on.

Amy Hanna:

Just read it, and if it's...

John M. Phillips:

Just read it to him and say "True or false?"

John M. Phillips:

True or false, or too far. I don't want to say that.

This transcript was exported on Aug 03, 2021 - view latest version here.

John M. Phillips:

Okay. I'm going to turn the recorder off.

Exhibit 9