| File | Date | Size | Type |
|---|---|---|---|
| 2018_11_30_10_24_31_637 | Nov 30, 2018 at 11:24 AM | Zero bytes | Unix Ex...able File |
| 2018_11_30_11_35_40_965 | Nov 30, 2018 at 12:35 PM | Zero bytes | Unix Ex...able File |
| 2018_11_30_13_36_58_731 | Nov 30, 2018 at 2:36 PM | Zero bytes | Unix Ex...able File |
| 2018_12_01_10_00_17_199 | Dec 1, 2018 at 11:00 AM | Zero bytes | Unix Ex...able File |
| 2018_12_01_10_34_07_146 | Dec 1, 2018 at 11:34 AM | Zero bytes | Unix Ex...able File |
| 2018_12_01_10_53_30_578 | Dec 1, 2018 at 11:53 AM | Zero bytes | Unix Ex...able File |
| 2018_12_01_12_01_51_677 | Dec 1, 2018 at 1:01 PM | Zero bytes | Unix Ex...able File |
| 2018_12_01_13_25_38_336 | Dec 1, 2018 at 2:25 PM | Zero bytes | Unix Ex...able File |
| 2018_12_01_16_02_06_612 | Dec 1, 2018 at 5:02 PM | Zero bytes | Unix Ex...able File |
| 2018_12_01_21_24_08_569 | Dec 1, 2018 at 10:24 PM | Zero bytes | Unix Ex...able File |
| 2018_12_02_13_54_16_022 | Dec 2, 2018 at 2:54 PM | Zero bytes | Unix Ex...able File |
| 2018_12_02_13_54_18_257 | Dec 2, 2018 at 2:54 PM | Zero bytes | Unix Ex...able File |
| 2018_12_02_14_36_00_221 | Dec 2, 2018 at 3:36 PM | Zero bytes | Unix Ex...able File |
| 2018_12_04_10_27_07_431 | Dec 4, 2018 at 11:27 AM | Zero bytes | Unix Ex...able File |
| 2018_12_06_16_37_14_971 | Dec 6, 2018 at 5:37 PM | Zero bytes | Unix Ex...able File |
| 2018_12_10_17_29_03_098 | Dec 10, 2018 at 6:29 PM | Zero bytes | Unix Ex...able File |
| 2018_12_11_18_56_02_312 | Dec 11, 2018 at 7:56 PM | Zero bytes | Unix Ex...able File |
| 2018_12_12_15_40_53_016 | Dec 12, 2018 at 4:40 PM | Zero bytes | Unix Ex...able File |
| 2018_12_13_13_46_32_921 | Dec 13, 2018 at 2:46 PM | Zero bytes | Unix Ex...able File |
| 2018_12_27_15_30_45_581 | Dec 27, 2018 at 4:30 PM | Zero bytes | Unix Ex...able File |
| 2019_01_01_16_09_29_608 | Jan 1, 2019 at 5:09 PM | Zero bytes | Unix Ex...able File |
| 2019_01_02_20_36_59_939 | Jan 2, 2019 at 9:37 PM | Zero bytes | Unix Ex...able File |
| 2019_01_11_11_31_56_734 | Jan 11, 2019 at 12:31 PM | Zero bytes | Unix Ex...able File |
| 2019_01_15_19_31_34_492 | Jan 15, 2019 at 8:31 PM | Zero bytes | Unix Ex...able File |
| 2019_01_15_19_50_56_069 | Jan 15, 2019 at 8:50 PM | Zero bytes | Unix Ex...able File |
| 2019_01_15_19_51_46_596 | Jan 15, 2019 at 8:51 PM | Zero bytes | Unix Ex...able File |
| 2019_01_15_19_52_58_512 | Jan 15, 2019 at 8:52 PM | Zero bytes | Unix Ex...able File |
| 2019_01_18_10_22_20_259 | Jan 18, 2019 at 11:22 AM | Zero bytes | Unix Ex...able File |
| 2019_01_19_11_09_50_603 | Jan 19, 2019 at 12:09 PM | Zero bytes | Unix Ex...able File |
| 2019_01_21_22_19_50_265 | Jan 21, 2019 at 11:19 PM | Zero bytes | Unix Ex...able File |
| 2019_01_22_01_33_36_757 | Jan 22, 2019 at 2:33 AM | Zero bytes | Unix Ex...able File |
| 2019_01_22_08_08_31_443 | Jan 22, 2019 at 9:08 AM | Zero bytes | Unix Ex...able File |
| 2019_01_22_08_46_02_549 | Jan 22, 2019 at 9:46 AM | Zero bytes | Unix Ex...able File |
| 2019_01_22_08_48_58_734 | Jan 22, 2019 at 9:48 AM | Zero bytes | Unix Ex...able File |
| 2019_01_22_08_49_46_111 | Jan 22, 2019 at 9:49 AM | Zero bytes | Unix Ex...able File |
| 2019_01_30_12_42_33_819 | Jan 30, 2019 at 12:42 PM | Zero bytes | Unix Ex...able File |
| 2019_02_02_10_01_15_912.mp3 | Feb 2, 2019 at 11:01 AM | 66 KB | MP3 audio |
| 2019_02_02_10_18_13_129.mp3 | Feb 2, 2019 at 11:19 AM | 213 KB | MP3 audio |
| 2019_02_04_11_26_32_056.mp3 | Feb 4, 2019 at 12:28 PM | 475 KB | MP3 audio |
| 2019_04_02_12_55_39_989.mp3 | Apr 2, 2019 at 1:58 PM | 602 KB | MP3 audio |
| 2019_04_02_13_15_29_238.mp3 | Apr 2, 2019 at 2:28 PM | 3.1 MB | MP3 audio |
| 2019_04_02_13_28_32_812.mp3 | Apr 2, 2019 at 2:29 PM | 160 KB | MP3 audio |
| 2019_04_02_13_29_20_355.mp3 | Apr 2, 2019 at 2:52 PM | 5.7 MB | MP3 audio |
| 2019_04_02_13_54_46_727.mp3 | Apr 2, 2019 at 2:55 PM | 147 KB | MP3 audio |
| 2019_04_02_13_57_15_387.mp3 | Apr 2, 2019 at 3:06 PM | 2.3 MB | MP3 audio |
| 2019_04_02_14_57_09_957.mp3 | Apr 2, 2019 at 3:58 PM | 201 KB | MP3 audio |
| 2019_04_02_14_58_48_065.mp3 | Apr 2, 2019 at 4:04 PM | 1.5 MB | MP3 audio |
| 2019_04_02_15_05_15_579.mp3 | Apr 2, 2019 at 4:07 PM | 622 KB | MP3 audio |
| 2019_04_02_15_27_35_097.mp3 | Apr 2, 2019 at 4:28 PM | 114 KB | MP3 audio |
| 2019_04_02_16_02_47_993.mp3 | Apr 2, 2019 at 5:03 PM | 140 KB | MP3 audio |
| 2019_04_02_16_03_47_592.mp3 | Apr 2, 2019 at 5:11 PM | 1.8 MB | MP3 audio |
| 2019_04_02_16_13_16_405.mp3 | Apr 2, 2019 at 5:25 PM | 3 MB | MP3 audio |
| 2019_04_02_16_32_31_437.mp3 | Apr 2, 2019 at 5:33 PM | 167 KB | MP3 audio |
| 2019_04_02_16_39_52_479.mp3 | Apr 2, 2019 at 5:40 PM | 107 KB | MP3 audio |
| 2019_04_02_16_49_40_930.mp3 | Apr 2, 2019 at 5:57 PM | 1.8 MB | MP3 audio |
| 2019_04_02_17_02_11_541.mp3 | Apr 2, 2019 at 6:02 PM | 153 KB | MP3 audio |
| 2019_04_02_17_38_23_691.mp3 | Apr 2, 2019 at 6:38 PM | 140 KB | MP3 audio |
| 2019_04_02_18_26_17_195.mp3 | Apr 2, 2019 at 7:27 PM | 247 KB | MP3 audio |
| 2019_04_02_18_34_57_884.mp3 | Apr 2, 2019 at 7:35 PM | 163 KB | MP3 audio |
| 2019_04_02_18_38_28_487.mp3 | Apr 2, 2019 at 7:42 PM | 1.1 MB | MP3 audio |
| 2019_04_02_18_44_08_556.mp3 | Apr 2, 2019 at 7:44 PM | 100 KB | MP3 audio |
| 2019_04_02_19_03_16_701.mp3 | Apr 2, 2019 at 8:03 PM | 153 KB | MP3 audio |
| 2019_04_02_19_06_03_365.mp3 | Apr 2, 2019 at 8:07 PM | 227 KB | MP3 audio |
| 2019_04_02_20_38_27_315.mp3 | Apr 2, 2019 at 9:39 PM | 180 KB | MP3 audio |
| 2019_04_03_09_35_02_932.mp3 | Apr 3, 2019 at 10:51 AM | 3.8 MB | MP3 audio |
| 2019_04_03_09_56_32_338.mp3 | Apr 3, 2019 at 11:06 AM | 2.4 MB | MP3 audio |
| 2019_04_03_10_13_46_024.mp3 | Apr 3, 2019 at 11:24 AM | 2.7 MB | MP3 audio |
| 2019_04_03_10_27_27_605.mp3 | Apr 3, 2019 at 11:29 AM | 380 KB | MP3 audio |
| 2019_04_03_10_59_29_902.mp3 | Apr 3, 2019 at 12:09 PM | 2.3 MB | MP3 audio |
| 2019_04_03_11_19_10_736.mp3 | Apr 3, 2019 at 12:25 PM | 1.6 MB | MP3 audio |
| 2019_04_03_11_26_14_075.mp3 | Apr 3, 2019 at 12:26 PM | 107 KB | MP3 audio |
| 2019_04_03_11_45_50_396.mp3 | Apr 3, 2019 at 12:46 PM | 167 KB | MP3 audio |
| 2019_04_03_11_49_22_301.mp3 | Apr 3, 2019 at 12:50 PM | 267 KB | MP3 audio |
| 2019_04_03_11_56_52_218.mp3 | Apr 3, 2019 at 1:00 PM | 836 KB | MP3 audio |
| 2019_04_03_12_09_18_180.mp3 | Apr 3, 2019 at 1:11 PM | 408 KB | MP3 audio |
| 2019_04_03_12_13_03_535.mp3 | Apr 3, 2019 at 1:34 PM | | MP3 audio |

Exhibit 11

| File | Date | Size | Type |
|---|---|---|---|
| 2019_03_30_14_25_16_328.mp3 | Mar 30, 2019 at 3:26 PM | 273 KB | MP3 audio |
| 2019_03_30_15_13_29_807.mp3 | Mar 30, 2019 at 4:13 PM | Zero bytes | MP3 audio |
| 2019_03_30_15_26_58_919.mp3 | Mar 30, 2019 at 4:26 PM | Zero bytes | MP3 audio |
| 2019_03_30_16_03_34_887.mp3 | Mar 30, 2019 at 5:03 PM | Zero bytes | MP3 audio |
| 2019_03_30_16_04_12_375.mp3 | Mar 30, 2019 at 5:04 PM | Zero bytes | MP3 audio |
| 2019_03_30_16_11_53_151.mp3 | Mar 30, 2019 at 5:11 PM | 6 KB | MP3 audio |
| 2019_03_30_16_14_58_457.mp3 | Mar 30, 2019 at 5:14 PM | Zero bytes | MP3 audio |
| 2019_03_30_17_02_12_431.mp3 | Mar 30, 2019 at 6:13 PM | 2.6 MB | MP3 audio |
| 2019_03_31_09_11_33_767.mp3 | Mar 31, 2019 at 10:13 AM | 408 KB | MP3 audio |
| 2019_03_31_10_06_30_259.mp3 | Mar 31, 2019 at 11:06 AM | 100 KB | MP3 audio |
| 2019_03_31_10_13_19_535.mp3 | Mar 31, 2019 at 11:57 AM | 10.6 MB | MP3 audio |
| 2019_03_31_12_12_14_738.mp3 | Mar 31, 2019 at 1:13 PM | 280 KB | MP3 audio |
| 2019_03_31_13_21_30_765.mp3 | Mar 31, 2019 at 2:27 PM | 1.4 MB | MP3 audio |
| 2019_03_31_14_32_00_924.mp3 | Mar 31, 2019 at 3:38 PM | 1.5 MB | MP3 audio |
| 2019_03_31_16_17_10_577.mp3 | Mar 31, 2019 at 5:27 PM | 2.6 MB | MP3 audio |
| 2019_03_31_16_29_10_674.mp3 | Mar 31, 2019 at 5:30 PM | 321 KB | MP3 audio |
| 2019_03_31_17_46_44_346.mp3 | Mar 31, 2019 at 6:47 PM | 86 KB | MP3 audio |
| 2019_03_31_21_46_51_803.mp3 | Mar 31, 2019 at 10:47 PM | 134 KB | MP3 audio |
| 2019_04_01_00_54_39_738.mp3 | Apr 1, 2019 at 1:55 AM | 208 KB | MP3 audio |
| 2019_04_01_10_27_32_682.mp3 | Apr 1, 2019 at 11:27 AM | 73 KB | MP3 audio |
| 2019_04_01_10_41_59_291.mp3 | Apr 1, 2019 at 11:42 AM | 13 KB | MP3 audio |
| 2019_04_01_10_43_56_494.mp3 | Apr 1, 2019 at 12:04 PM | 5 MB | MP3 audio |
| 2019_04_01_11_58_33_305.mp3 | Apr 1, 2019 at 12:59 PM | 133 KB | MP3 audio |
| 2019_04_01_12_14_55_181.mp3 | Apr 1, 2019 at 1:17 PM | 642 KB | MP3 audio |
| 2019_04_01_12_24_23_658.mp3 | Apr 1, 2019 at 1:24 PM | 133 KB | MP3 audio |
| 2019_04_01_12_30_32_071.mp3 | Apr 1, 2019 at 1:32 PM | 555 KB | MP3 audio |
| 2019_04_01_12_44_41_219.mp3 | Apr 1, 2019 at 1:45 PM | 134 KB | MP3 audio |
| 2019_04_01_13_38_01_738.mp3 | Apr 1, 2019 at 2:38 PM | 99 KB | MP3 audio |
| 2019_04_01_13_41_01_327.mp3 | Apr 1, 2019 at 3:34 PM | 12.8 MB | MP3 audio |
| 2019_04_01_14_45_29_048.mp3 | Apr 1, 2019 at 3:46 PM | 214 KB | MP3 audio |
| 2019_04_01_14_46_32_572.mp3 | Apr 1, 2019 at 3:47 PM | 333 KB | MP3 audio |
| 2019_04_01_15_53_41_687.mp3 | Apr 1, 2019 at 4:54 PM | 187 KB | MP3 audio |
| 2019_04_01_16_27_19_682.mp3 | Apr 1, 2019 at 6:28 PM | 260 KB | MP3 audio |
| 2019_04_01_16_29_22_570.mp3 | Apr 1, 2019 at 5:29 PM | 80 KB | MP3 audio |
| 2019_04_01_16_30_19_478.mp3 | Apr 1, 2019 at 5:48 PM | 4.2 MB | MP3 audio |
| 2019_04_01_17_12_52_661.mp3 | Apr 1, 2019 at 6:33 PM | 5 MB | MP3 audio |
| 2019_04_01_17_38_17_845.mp3 | Apr 1, 2019 at 7:25 PM | 11.3 MB | MP3 audio |
| 2019_04_01_18_35_11_091.mp3 | Apr 1, 2019 at 7:47 PM | 2.8 MB | MP3 audio |
| 2019_03_29_11_10_02_362.mp3 | Mar 29, 2019 at 12:44 PM | 6.8 MB | MP3 audio |
| 2019_03_29_11_44_32_948.mp3 | Mar 29, 2019 at 12:46 PM | 380 KB | MP3 audio |
| 2019_03_29_11_46_22_182.mp3 | Mar 29, 2019 at 1:28 PM | 10.1 MB | MP3 audio |
| 2019_03_29_12_36_51_054.mp3 | Mar 29, 2019 at 1:39 PM | 629 KB | MP3 audio |
| 2019_03_29_13_03_50_251.mp3 | Mar 29, 2019 at 2:04 PM | 240 KB | MP3 audio |
| 2019_03_29_13_11_58_102.mp3 | Mar 29, 2019 at 2:12 PM | 127 KB | MP3 audio |
| 2019_03_29_13_14_56_010.mp3 | Mar 29, 2019 at 2:15 PM | 228 KB | MP3 audio |
| 2019_03_29_13_16_37_021.mp3 | Mar 29, 2019 at 2:17 PM | 274 KB | MP3 audio |
| 2019_03_29_13_18_14_777.mp3 | Mar 29, 2019 at 2:18 PM | 34 KB | MP3 audio |
| 2019_03_29_13_18_45_425.mp3 | Mar 29, 2019 at 2:20 PM | 435 KB | MP3 audio |
| 2019_03_29_13_21_08_075.mp3 | Mar 29, 2019 at 2:32 PM | 2.6 MB | MP3 audio |
| 2019_03_29_13_32_20_996.mp3 | Mar 29, 2019 at 2:35 PM | 816 KB | MP3 audio |
| 2019_03_29_13_37_26_598.mp3 | Mar 29, 2019 at 2:43 PM | 1.5 MB | MP3 audio |
| 2019_03_29_13_58_02_157.mp3 | Mar 29, 2019 at 2:58 PM | 120 KB | MP3 audio |
| 2019_03_29_14_15_53_607.mp3 | Mar 29, 2019 at 3:16 PM | 147 KB | MP3 audio |
| 2019_03_29_14_19_42_072.mp3 | Mar 29, 2019 at 3:24 PM | 1.2 MB | MP3 audio |
| 2019_03_29_14_24_56_610.mp3 | Mar 29, 2019 at 3:26 PM | 234 KB | MP3 audio |
| 2019_03_29_14_33_50_302.mp3 | Mar 29, 2019 at 3:38 PM | 1.2 MB | MP3 audio |
| 2019_03_29_14_46_12_491.mp3 | Mar 29, 2019 at 3:46 PM | 66 KB | MP3 audio |
| 2019_03_29_14_57_27_352.mp3 | Mar 29, 2019 at 4:02 PM | 1.1 MB | MP3 audio |
| 2019_03_29_15_03_16_632.mp3 | Mar 29, 2019 at 4:03 PM | 21 KB | MP3 audio |
| 2019_03_29_15_07_41_636.mp3 | Mar 29, 2019 at 4:10 PM | 742 KB | MP3 audio |
| 2019_03_29_15_24_05_324.mp3 | Mar 29, 2019 at 4:24 PM | 73 KB | MP3 audio |
| 2019_03_29_15_29_12_329.mp3 | Mar 29, 2019 at 4:29 PM | 126 KB | MP3 audio |
| 2019_03_29_15_44_45_156.mp3 | Mar 29, 2019 at 4:45 PM | 73 KB | MP3 audio |
| 2019_03_29_16_03_19_997.mp3 | Mar 29, 2019 at 5:03 PM | 46 KB | MP3 audio |
| 2019_03_29_16_41_47_314.mp3 | Mar 29, 2019 at 5:42 PM | 93 KB | MP3 audio |
| 2019_03_29_17_57_03_263.mp3 | Mar 29, 2019 at 6:59 PM | 541 KB | MP3 audio |
| 2019_03_29_21_12_52_869.mp3 | Mar 29, 2019 at 10:12 PM | 13 KB | MP3 audio |
| 2019_03_29_21_28_35_096.mp3 | Mar 29, 2019 at 10:29 PM | 213 KB | MP3 audio |
| 2019_03_29_22_00_11_893.mp3 | Mar 29, 2019 at 11:00 PM | 113 KB | MP3 audio |
| 2019_03_29_23_22_50_877.mp3 | Mar 30, 2019 at 12:23 AM | 74 KB | MP3 audio |
| 2019_03_29_23_25_01_486.mp3 | Mar 30, 2019 at 12:25 AM | 120 KB | MP3 audio |
| 2019_03_29_23_26_10_466.mp3 | Mar 30, 2019 at 12:26 AM | 74 KB | MP3 audio |
| 2019_03_29_23_37_32_477.mp3 | Mar 30, 2019 at 12:41 AM | 856 KB | MP3 audio |
| 2019_03_30_00_11_48_982.mp3 | Mar 30, 2019 at 1:12 AM | 153 KB | MP3 audio |
| 2019_03_30_01_05_04_381.mp3 | Mar 30, 2019 at 2:05 AM | 47 KB | MP3 audio |
| 2019_03_30_03_33_04_979.mp3 | Mar 30, 2019 at 4:34 AM | | MP3 audio |

Exhibit 11

| File | Date | Size | Type |
|---|---|---|---|
| 2019_03_27_22_36_02_589.mp3 | Mar 27, 2019 at 11:37 PM | 280 KB | MP3 audio |
| 2019_03_27_22_47_14_646.mp3 | Mar 27, 2019 at 11:48 PM | 334 KB | MP3 audio |
| 2019_03_28_08_00_52_778.mp3 | Mar 28, 2019 at 9:01 AM | 100 KB | MP3 audio |
| 2019_03_28_08_04_24_086.mp3 | Mar 28, 2019 at 9:19 AM | 3.7 MB | MP3 audio |
| 2019_03_28_09_22_54_141.mp3 | Mar 28, 2019 at 10:23 AM | 214 KB | MP3 audio |
| 2019_03_28_09_29_55_162.mp3 | Mar 28, 2019 at 10:32 AM | 615 KB | MP3 audio |
| 2019_03_28_09_35_10_922.mp3 | Mar 28, 2019 at 10:35 AM | 94 KB | MP3 audio |
| 2019_03_28_09_39_42_438.mp3 | Mar 28, 2019 at 10:40 AM | 67 KB | MP3 audio |
| 2019_03_28_10_02_23_993.mp3 | Mar 28, 2019 at 11:15 AM | 3.3 MB | MP3 audio |
| 2019_03_28_10_17_19_051.mp3 | Mar 28, 2019 at 11:17 AM | 114 KB | MP3 audio |
| 2019_03_28_10_27_53_958.mp3 | Mar 28, 2019 at 11:29 AM | 287 KB | MP3 audio |
| 2019_03_28_10_58_06_186.mp3 | Mar 28, 2019 at 11:59 AM | 407 KB | MP3 audio |
| 2019_03_28_11_43_11_307.mp3 | Mar 28, 2019 at 12:46 PM | 795 KB | MP3 audio |
| 2019_03_28_11_48_17_004.mp3 | Mar 28, 2019 at 12:48 PM | 94 KB | MP3 audio |
| 2019_03_28_12_23_43_360.mp3 | Mar 28, 2019 at 1:25 PM | 361 KB | MP3 audio |
| 2019_03_28_12_26_22_662.mp3 | Mar 28, 2019 at 1:26 PM | 234 KB | MP3 audio |
| 2019_03_28_12_58_50_479.mp3 | Mar 28, 2019 at 2:03 PM | 1.2 MB | MP3 audio |
| 2019_03_28_13_15_37_290.mp3 | Mar 28, 2019 at 2:17 PM | 528 KB | MP3 audio |
| 2019_03_28_13_20_44_069.mp3 | Mar 28, 2019 at 2:21 PM | 120 KB | MP3 audio |
| 2019_03_28_13_44_43_551.mp3 | Mar 28, 2019 at 2:44 PM | 26 KB | MP3 audio |
| 2019_03_28_14_39_38_008.mp3 | Mar 28, 2019 at 3:41 PM | 333 KB | MP3 audio |
| 2019_03_28_14_41_08_786.mp3 | Mar 28, 2019 at 3:41 PM | 100 KB | MP3 audio |
| 2019_03_28_14_46_32_104.mp3 | Mar 28, 2019 at 4:09 PM | 5.5 MB | MP3 audio |
| 2019_03_28_15_22_51_754.mp3 | Mar 28, 2019 at 4:23 PM | 113 KB | MP3 audio |
| 2019_03_28_17_50_36_120.mp3 | Mar 28, 2019 at 6:51 PM | 133 KB | MP3 audio |
| 2019_03_28_18_26_43_910.mp3 | Mar 28, 2019 at 7:27 PM | 281 KB | MP3 audio |
| 2019_03_28_18_28_48_890.mp3 | Mar 28, 2019 at 8:12 PM | 10.4 MB | MP3 audio |
| 2019_03_28_19_16_23_317.mp3 | Mar 28, 2019 at 8:16 PM | 13 KB | MP3 audio |
| 2019_03_28_19_17_03_502.mp3 | Mar 28, 2019 at 8:17 PM | 186 KB | MP3 audio |
| 2019_03_28_19_45_33_686.mp3 | Mar 28, 2019 at 8:47 PM | 394 KB | MP3 audio |
| 2019_03_28_20_21_37_627.mp3 | Mar 28, 2019 at 9:25 PM | 814 KB | MP3 audio |
| 2019_03_28_20_36_05_478.mp3 | Mar 28, 2019 at 9:45 PM | 2.3 MB | MP3 audio |
| 2019_03_28_20_50_32_566.mp3 | Mar 28, 2019 at 9:52 PM | 414 KB | MP3 audio |
| 2019_03_28_20_52_40_895.mp3 | Mar 28, 2019 at 10:04 PM | 2.8 MB | MP3 audio |
| 2019_03_28_21_31_43_953.mp3 | Mar 28, 2019 at 10:32 PM | 260 KB | MP3 audio |
| 2019_03_28_22_14_28_701.mp3 | Mar 28, 2019 at 11:17 PM | 669 KB | MP3 audio |
| 2019_03_28_22_27_48_649.mp3 | Mar 28, 2019 at 11:28 PM | 273 KB | MP3 audio |
| 2019_03_28_22_29_10_151.mp3 | Mar 28, 2019 at 11:30 PM | 247 KB | MP3 audio |
| 2019_03_26_17_36_43_186.mp3 | Mar 26, 2019 at 6:36 PM | 15 KB | MP3 audio |
| 2019_03_26_17_39_17_260.mp3 | Mar 26, 2019 at 7:12 PM | 8 MB | MP3 audio |
| 2019_03_26_18_12_59_118.mp3 | Mar 26, 2019 at 7:17 PM | 1.2 MB | MP3 audio |
| 2019_03_26_18_21_28_315.mp3 | Mar 26, 2019 at 7:23 PM | 427 KB | MP3 audio |
| 2019_03_26_18_25_34_480.mp3 | Mar 26, 2019 at 7:26 PM | 173 KB | MP3 audio |
| 2019_03_26_18_30_51_883.mp3 | Mar 26, 2019 at 7:39 PM | 2.1 MB | MP3 audio |
| 2019_03_26_18_59_26_086.mp3 | Mar 26, 2019 at 8:01 PM | 434 KB | MP3 audio |
| 2019_03_26_19_50_33_134.mp3 | Mar 26, 2019 at 8:51 PM | 133 KB | MP3 audio |
| 2019_03_26_19_51_19_038.mp3 | Mar 26, 2019 at 8:52 PM | 213 KB | MP3 audio |
| 2019_03_26_19_52_30_021.mp3 | Mar 26, 2019 at 8:58 PM | 1.5 MB | MP3 audio |
| 2019_03_26_19_59_23_352.mp3 | Mar 26, 2019 at 9:00 PM | 174 KB | MP3 audio |
| 2019_03_26_21_20_34_198.mp3 | Mar 26, 2019 at 10:27 PM | 1.5 MB | MP3 audio |
| 2019_03_26_21_33_18_955.mp3 | Mar 26, 2019 at 10:34 PM | 260 KB | MP3 audio |
| 2019_03_26_21_35_40_445.mp3 | Mar 26, 2019 at 10:36 PM | 93 KB | MP3 audio |
| 2019_03_26_21_37_59_306.mp3 | Mar 26, 2019 at 11:18 PM | 9.7 MB | MP3 audio |
| 2019_03_26_22_26_28_104.mp3 | Mar 26, 2019 at 11:30 PM | 861 KB | MP3 audio |
| 2019_03_27_15_44_38_298.mp3 | Mar 27, 2019 at 4:46 PM | 555 KB | MP3 audio |
| 2019_03_27_15_50_11_862.mp3 | Mar 27, 2019 at 5:48 PM | 13.9 MB | MP3 audio |
| 2019_03_27_16_51_10_826.mp3 | Mar 27, 2019 at 5:51 PM | 80 KB | MP3 audio |
| 2019_03_27_16_53_56_631.mp3 | Mar 27, 2019 at 6:05 PM | 2.8 MB | MP3 audio |
| 2019_03_27_17_06_05_310.mp3 | Mar 27, 2019 at 6:08 PM | 462 KB | MP3 audio |
| 2019_03_27_17_13_49_548.mp3 | Mar 27, 2019 at 6:14 PM | 94 KB | MP3 audio |
| 2019_03_27_17_16_06_458.mp3 | Mar 27, 2019 at 6:16 PM | 67 KB | MP3 audio |
| 2019_03_27_17_18_00_945.mp3 | Mar 27, 2019 at 6:21 PM | 916 KB | MP3 audio |
| 2019_03_27_17_22_04_796.mp3 | Mar 27, 2019 at 6:24 PM | 575 KB | MP3 audio |
| 2019_03_27_17_30_28_803.mp3 | Mar 27, 2019 at 6:43 PM | 3.1 MB | MP3 audio |
| 2019_03_27_17_43_53_129.mp3 | Mar 27, 2019 at 6:49 PM | 1.3 MB | MP3 audio |
| 2019_03_27_17_53_05_659.mp3 | Mar 27, 2019 at 6:55 PM | 588 KB | MP3 audio |
| 2019_03_27_17_56_14_442.mp3 | Mar 27, 2019 at 6:59 PM | 314 KB | MP3 audio |
| 2019_03_27_18_11_33_638.mp3 | Mar 27, 2019 at 7:16 PM | 1.3 MB | MP3 audio |
| 2019_03_27_18_22_15_301.mp3 | Mar 27, 2019 at 7:23 PM | 394 KB | MP3 audio |
| 2019_03_27_18_24_12_729.mp3 | Mar 27, 2019 at 7:29 PM | 1.3 MB | MP3 audio |
| 2019_03_27_18_43_15_379.mp3 | Mar 27, 2019 at 8:03 PM | 4.8 MB | MP3 audio |
| 2019_03_27_19_08_35_052.mp3 | Mar 27, 2019 at 8:13 PM | 1.3 MB | MP3 audio |
| 2019_03_27_19_17_54_169.mp3 | Mar 27, 2019 at 8:18 PM | 140 KB | MP3 audio |
| 2019_03_27_19_23_09_097.mp3 | Mar 27, 2019 at 8:50 PM | 6.4 MB | MP3 audio |
| 2019_03_27_19_53_53_005.mp3 | Mar 27, 2019 at 8:54 PM | 180 KB | MP3 audio |
| 2019_03_27_19_59_17_058.mp3 | Mar 27, 2019 at 8:59 PM | | MP3 audio |

Exhibit 11

| Filename | Date | Size | Type |
|---|---|---|---|
| 2019_03_25_21_11_45_959.mp3 | Mar 25, 2019 at 10:12 PM | 87 KB | MP3 audio |
| 2019_03_25_21_30_09_613.mp3 | Mar 25, 2019 at 10:33 PM | 687 KB | MP3 audio |
| 2019_03_25_21_33_47_218.mp3 | Mar 25, 2019 at 10:36 PM | 588 KB | MP3 audio |
| 2019_03_25_21_36_22_392.mp3 | Mar 25, 2019 at 10:52 PM | 3.9 MB | MP3 audio |
| 2019_03_25_21_59_16_774.mp3 | Mar 25, 2019 at 11:14 PM | 3.6 MB | MP3 audio |
| 2019_03_25_22_14_28_303.mp3 | Mar 25, 2019 at 11:21 PM | 1.6 MB | MP3 audio |
| 2019_03_25_22_58_47_668.mp3 | Mar 26, 2019 at 12:00 AM | 354 KB | MP3 audio |
| 2019_03_26_09_18_01_781.mp3 | Mar 26, 2019 at 10:18 AM | 154 KB | MP3 audio |
| 2019_03_26_09_19_00_277.mp3 | Mar 26, 2019 at 10:21 AM | 681 KB | MP3 audio |
| 2019_03_26_09_59_35_516.mp3 | Mar 26, 2019 at 11:13 AM | 3.3 MB | MP3 audio |
| 2019_03_26_10_36_11_178.mp3 | Mar 26, 2019 at 11:37 AM | 388 KB | MP3 audio |
| 2019_03_26_10_46_27_557.mp3 | Mar 26, 2019 at 11:50 AM | 841 KB | MP3 audio |
| 2019_03_26_10_50_21_521.mp3 | Mar 26, 2019 at 11:50 AM | 106 KB | MP3 audio |
| 2019_03_26_10_51_01_118.mp3 | Mar 26, 2019 at 11:56 AM | 1.4 MB | MP3 audio |
| 2019_03_26_11_07_39_963.mp3 | Mar 26, 2019 at 12:11 PM | 988 KB | MP3 audio |
| 2019_03_26_11_14_00_675.mp3 | Mar 26, 2019 at 12:15 PM | 461 KB | MP3 audio |
| 2019_03_26_11_16_07_289.mp3 | Mar 26, 2019 at 12:22 PM | 1.5 MB | MP3 audio |
| 2019_03_26_11_22_59_651.mp3 | Mar 26, 2019 at 12:39 PM | 3.9 MB | MP3 audio |
| 2019_03_26_11_40_05_332.mp3 | Mar 26, 2019 at 12:40 PM | 154 KB | MP3 audio |
| 2019_03_26_11_41_06_327.mp3 | Mar 26, 2019 at 12:44 PM | 734 KB | MP3 audio |
| 2019_03_26_11_44_23_716.mp3 | Mar 26, 2019 at 12:45 PM | 193 KB | MP3 audio |
| 2019_03_26_11_45_58_844.mp3 | Mar 26, 2019 at 12:53 PM | 1.7 MB | MP3 audio |
| 2019_03_26_12_26_27_171.mp3 | Mar 26, 2019 at 1:27 PM | 253 KB | MP3 audio |
| 2019_03_26_12_30_04_013.mp3 | Mar 26, 2019 at 1:31 PM | 421 KB | MP3 audio |
| 2019_03_26_12_33_15_060.mp3 | Mar 26, 2019 at 1:34 PM | 214 KB | MP3 audio |
| 2019_03_26_12_34_24_929.mp3 | Mar 26, 2019 at 1:34 PM | 20 KB | MP3 audio |
| 2019_03_26_12_34_44_190.mp3 | Mar 26, 2019 at 1:42 PM | 1.9 MB | MP3 audio |
| 2019_03_26_12_43_25_279.mp3 | Mar 26, 2019 at 1:43 PM | 27 KB | MP3 audio |
| 2019_03_26_12_43_52_612.mp3 | Mar 26, 2019 at 1:45 PM | 393 KB | MP3 audio |
| 2019_03_26_13_35_36_103.mp3 | Mar 26, 2019 at 2:42 PM | 1.6 MB | MP3 audio |
| 2019_03_26_13_42_36_994.mp3 | Mar 26, 2019 at 2:42 PM | 60 KB | MP3 audio |
| 2019_03_26_13_43_09_292.mp3 | Mar 26, 2019 at 2:44 PM | 301 KB | MP3 audio |
| 2019_03_26_13_47_45_400.mp3 | Mar 26, 2019 at 2:48 PM | 207 KB | MP3 audio |
| 2019_03_26_13_48_47_022.mp3 | Mar 26, 2019 at 2:50 PM | 367 KB | MP3 audio |
| 2019_03_26_14_06_01_060.mp3 | Mar 26, 2019 at 3:06 PM | 127 KB | MP3 audio |
| 2019_03_26_14_17_04_903.mp3 | Mar 26, 2019 at 3:18 PM | 394 KB | MP3 audio |
| 2019_03_26_14_24_32_411.mp3 | Mar 26, 2019 at 3:43 PM | 4.7 MB | MP3 audio |
| 2019_03_26_14_53_13_622.mp3 | Mar 26, 2019 at 3:56 PM | 682 KB | MP3 audio |
| 2019_03_24_18_12_43_015.mp3 | Mar 24, 2019 at 7:25 PM | 3.1 MB | MP3 audio |
| 2019_03_24_18_26_03_873.mp3 | Mar 24, 2019 at 8:07 PM | 9.9 MB | MP3 audio |
| 2019_03_24_19_07_58_673.mp3 | Mar 24, 2019 at 8:08 PM | 188 KB | MP3 audio |
| 2019_03_24_19_08_52_862.mp3 | Mar 24, 2019 at 8:37 PM | 7 MB | MP3 audio |
| 2019_03_24_19_38_48_941.mp3 | Mar 24, 2019 at 8:47 PM | 2 MB | MP3 audio |
| 2019_03_24_19_51_56_385.mp3 | Mar 24, 2019 at 9:25 PM | 8.1 MB | MP3 audio |
| 2019_03_24_20_26_06_429.mp3 | Mar 24, 2019 at 9:27 PM | 220 KB | MP3 audio |
| 2019_03_24_20_27_22_589.mp3 | Mar 24, 2019 at 9:33 PM | 1.5 MB | MP3 audio |
| 2019_03_24_21_46_28_305.mp3 | Mar 24, 2019 at 10:46 PM | 100 KB | MP3 audio |
| 2019_03_24_21_49_00_140.mp3 | Mar 24, 2019 at 10:49 PM | 114 KB | MP3 audio |
| 2019_03_25_09_50_01_703.mp3 | Mar 25, 2019 at 10:51 AM | 301 KB | MP3 audio |
| 2019_03_25_09_51_44_382.mp3 | Mar 25, 2019 at 10:53 AM | 455 KB | MP3 audio |
| 2019_03_25_09_54_15_488.mp3 | Mar 25, 2019 at 10:55 AM | 394 KB | MP3 audio |
| 2019_03_25_10_24_02_066.mp3 | Mar 25, 2019 at 11:24 AM | 39 KB | MP3 audio |
| 2019_03_25_10_46_18_545.mp3 | Mar 25, 2019 at 11:52 AM | 1.6 MB | MP3 audio |
| 2019_03_25_11_51_09_670.mp3 | Mar 25, 2019 at 12:53 PM | 535 KB | MP3 audio |
| 2019_03_25_11_55_50_582.mp3 | Mar 25, 2019 at 12:56 PM | 27 KB | MP3 audio |
| 2019_03_25_12_04_15_010.mp3 | Mar 25, 2019 at 1:05 PM | 321 KB | MP3 audio |
| 2019_03_25_12_25_00_746.mp3 | Mar 25, 2019 at 1:26 PM | 194 KB | MP3 audio |
| 2019_03_25_12_28_49_967.mp3 | Mar 25, 2019 at 1:34 PM | 1.2 MB | MP3 audio |
| 2019_03_25_12_44_06_960.mp3 | Mar 25, 2019 at 1:46 PM | 488 KB | MP3 audio |
| 2019_03_25_12_48_38_104.mp3 | Mar 25, 2019 at 1:55 PM | 1.6 MB | MP3 audio |
| 2019_03_25_13_18_42_058.mp3 | Mar 25, 2019 at 2:20 PM | 421 KB | MP3 audio |
| 2019_03_25_13_24_42_226.mp3 | Mar 25, 2019 at 2:25 PM | 240 KB | MP3 audio |
| 2019_03_25_13_31_41_366.mp3 | Mar 25, 2019 at 2:33 PM | 448 KB | MP3 audio |
| 2019_03_25_14_20_17_332.mp3 | Mar 25, 2019 at 3:22 PM | 501 KB | MP3 audio |
| 2019_03_25_14_28_02_636.mp3 | Mar 25, 2019 at 3:33 PM | 1.7 MB | MP3 audio |
| 2019_03_25_14_57_22_778.mp3 | Mar 25, 2019 at 3:58 PM | 307 KB | MP3 audio |
| 2019_03_25_15_14_30_471.mp3 | Mar 25, 2019 at 4:38 PM | 5.7 MB | MP3 audio |
| 2019_03_25_15_56_50_684.mp3 | Mar 25, 2019 at 4:58 PM | 274 KB | MP3 audio |
| 2019_03_25_16_03_31_943.mp3 | Mar 25, 2019 at 5:03 PM | 6 KB | MP3 audio |
| 2019_03_25_16_40_16_869.mp3 | Mar 25, 2019 at 6:15 PM | 8.4 MB | MP3 audio |
| 2019_03_25_17_16_40_627.mp3 | Mar 25, 2019 at 6:24 PM | 2 MB | MP3 audio |
| 2019_03_25_17_25_23_027.mp3 | Mar 25, 2019 at 6:27 PM | 387 KB | MP3 audio |
| 2019_03_25_17_36_59_209.mp3 | Mar 25, 2019 at 6:47 PM | 2.6 MB | MP3 audio |
| 2019_03_25_17_48_26_930.mp3 | Mar 25, 2019 at 6:53 PM | 1.1 MB | MP3 audio |
| 2019_03_25_17_54_46_538.mp3 | Mar 25, 2019 at 6:55 PM | 274 KB | MP3 audio |
| 2019_03_25_18_11_28_119.mp3 | Mar 25, 2019 at 7:12 PM | | MP3 audio |

Exhibit 11

| Name | Date | Size | Kind |
|---|---|---|---|
| 2019_03_23_11_11_47_964.mp3 | Mar 23, 2019 at 12:12 PM | 193 KB | MP3 audio |
| 2019_03_23_11_13_30_729.mp3 | Mar 23, 2019 at 12:15 PM | 394 KB | MP3 audio |
| 2019_03_23_12_54_59_727.mp3 | Mar 23, 2019 at 1:56 PM | 461 KB | MP3 audio |
| 2019_03_23_13_05_29_277.mp3 | Mar 23, 2019 at 2:11 PM | 1.5 MB | MP3 audio |
| 2019_03_23_13_32_51_310.mp3 | Mar 23, 2019 at 2:33 PM | 126 KB | MP3 audio |
| 2019_03_23_14_35_48_738.mp3 | Mar 23, 2019 at 3:36 PM | 120 KB | MP3 audio |
| 2019_03_23_16_10_01_036.mp3 | Mar 23, 2019 at 5:13 PM | 828 KB | MP3 audio |
| 2019_03_23_18_28_21_865.mp3 | Mar 23, 2019 at 7:28 PM | 107 KB | MP3 audio |
| 2019_03_23_18_29_12_815.mp3 | Mar 23, 2019 at 8:11 PM | 10.1 MB | MP3 audio |
| 2019_03_23_19_25_28_009.mp3 | Mar 23, 2019 at 9:03 PM | 9 MB | MP3 audio |
| 2019_03_23_20_36_06_687.mp3 | Mar 23, 2019 at 9:38 PM | 588 KB | MP3 audio |
| 2019_03_23_20_39_45_661.mp3 | Mar 23, 2019 at 9:55 PM | 3.8 MB | MP3 audio |
| 2019_03_24_10_19_18_143.mp3 | Mar 24, 2019 at 11:19 AM | 93 KB | MP3 audio |
| 2019_03_24_10_20_30_995.mp3 | Mar 24, 2019 at 11:24 AM | 856 KB | MP3 audio |
| 2019_03_24_11_30_03_996.mp3 | Mar 24, 2019 at 12:36 PM | 1.4 MB | MP3 audio |
| 2019_03_24_11_40_21_044.mp3 | Mar 24, 2019 at 12:44 PM | 943 KB | MP3 audio |
| 2019_03_24_11_44_50_233.mp3 | Mar 24, 2019 at 12:57 PM | 3.1 MB | MP3 audio |
| 2019_03_24_11_58_38_615.mp3 | Mar 24, 2019 at 1:09 PM | 2.6 MB | MP3 audio |
| 2019_03_24_12_17_57_129.mp3 | Mar 24, 2019 at 1:24 PM | 1.5 MB | MP3 audio |
| 2019_03_24_12_31_50_138.mp3 | Mar 24, 2019 at 1:32 PM | 147 KB | MP3 audio |
| 2019_03_24_12_37_26_303.mp3 | Mar 24, 2019 at 1:55 PM | 4.3 MB | MP3 audio |
| 2019_03_24_12_57_32_835.mp3 | Mar 24, 2019 at 1:58 PM | 120 KB | MP3 audio |
| 2019_03_24_13_07_04_446.mp3 | Mar 24, 2019 at 2:07 PM | 127 KB | MP3 audio |
| 2019_03_24_13_13_06_393.mp3 | Mar 24, 2019 at 2:13 PM | 140 KB | MP3 audio |
| 2019_03_24_13_14_40_714.mp3 | Mar 24, 2019 at 2:17 PM | 635 KB | MP3 audio |
| 2019_03_24_14_42_33_267.mp3 | Mar 24, 2019 at 3:42 PM | 74 KB | MP3 audio |
| 2019_03_24_14_45_21_039.mp3 | Mar 24, 2019 at 3:48 PM | 856 KB | MP3 audio |
| 2019_03_24_14_49_02_897.mp3 | Mar 24, 2019 at 3:49 PM | 60 KB | MP3 audio |
| 2019_03_24_14_50_57_400.mp3 | Mar 24, 2019 at 3:51 PM | 227 KB | MP3 audio |
| 2019_03_24_14_56_37_284.mp3 | Mar 24, 2019 at 3:57 PM | 193 KB | MP3 audio |
| 2019_03_24_15_33_28_363.mp3 | Mar 24, 2019 at 4:34 PM | 140 KB | MP3 audio |
| 2019_03_24_15_36_29_694.mp3 | Mar 24, 2019 at 4:38 PM | 576 KB | MP3 audio |
| 2019_03_24_15_45_19_596.mp3 | Mar 24, 2019 at 5:06 PM | 5 MB | MP3 audio |
| 2019_03_24_16_08_42_398.mp3 | Mar 24, 2019 at 5:09 PM | 134 KB | MP3 audio |
| 2019_03_24_16_10_38_063.mp3 | Mar 24, 2019 at 5:11 PM | 107 KB | MP3 audio |
| 2019_03_24_16_12_01_694.mp3 | Mar 24, 2019 at 5:13 PM | 454 KB | MP3 audio |
| 2019_03_24_16_14_33_659.mp3 | Mar 24, 2019 at 5:20 PM | 1.4 MB | MP3 audio |
| 2019_03_24_16_23_45_732.mp3 | Mar 24, 2019 at 5:26 PM | 542 KB | MP3 audio |
| 2019_03_15_21_40_15_860 | Mar 15, 2019 at 10:40 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_21_59_10_750 | Mar 15, 2019 at 10:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_22_00_11_543 | Mar 15, 2019 at 11:00 PM | Zero bytes | Unix Ex...able File |
| 2019_03_16_10_07_56_041 | Mar 16, 2019 at 11:07 AM | Zero bytes | Unix Ex...able File |
| 2019_03_16_10_08_09_335 | Mar 16, 2019 at 11:08 AM | Zero bytes | Unix Ex...able File |
| 2019_03_16_10_16_04_749 | Mar 16, 2019 at 11:16 AM | Zero bytes | Unix Ex...able File |
| 2019_03_16_13_39_08_934.mp3 | Mar 16, 2019 at 2:44 PM | 1.4 MB | MP3 audio |
| 2019_03_18_14_58_37_616.mp3 | Mar 18, 2019 at 4:06 PM | 1.9 MB | MP3 audio |
| 2019_03_18_23_11_54_779.mp3 | Mar 19, 2019 at 12:12 AM | 193 KB | MP3 audio |
| 2019_03_19_11_14_41_761.mp3 | Mar 19, 2019 at 12:15 PM | 147 KB | MP3 audio |
| 2019_03_20_13_35_52_417 | Mar 20, 2019 at 2:35 PM | Zero bytes | Unix Ex...able File |
| 2019_03_20_21_00_35_858.mp3 | Mar 20, 2019 at 11:37 PM | 23.2 MB | MP3 audio |
| 2019_03_21_15_53_58_152.mp3 | Mar 21, 2019 at 4:54 PM | 147 KB | MP3 audio |
| 2019_03_21_15_54_43_583.mp3 | Mar 21, 2019 at 4:55 PM | 107 KB | MP3 audio |
| 2019_03_21_17_05_04_959 | Mar 21, 2019 at 6:05 PM | Zero bytes | Unix Ex...able File |
| 2019_03_21_17_43_06_402.mp3 | Mar 21, 2019 at 6:43 PM | 153 KB | MP3 audio |
| 2019_03_21_18_10_42_469.mp3 | Mar 21, 2019 at 7:12 PM | 427 KB | MP3 audio |
| 2019_03_21_18_12_58_426.mp3 | Mar 21, 2019 at 7:13 PM | 113 KB | MP3 audio |
| 2019_03_21_18_15_42_750.mp3 | Mar 21, 2019 at 7:21 PM | 1.4 MB | MP3 audio |
| 2019_03_22_11_11_15_838.mp3 | Mar 22, 2019 at 12:11 PM | 66 KB | MP3 audio |
| 2019_03_22_11_37_14_190.mp3 | Mar 22, 2019 at 12:52 PM | 3.7 MB | MP3 audio |
| 2019_03_22_12_27_29_163.mp3 | Mar 22, 2019 at 1:28 PM | 200 KB | MP3 audio |
| 2019_03_22_12_34_22_576.mp3 | Mar 22, 2019 at 1:41 PM | 1.6 MB | MP3 audio |
| 2019_03_22_13_12_27_113.mp3 | Mar 22, 2019 at 2:15 PM | 830 KB | MP3 audio |
| 2019_03_22_13_28_53_705.mp3 | Mar 22, 2019 at 2:30 PM | 314 KB | MP3 audio |
| 2019_03_22_14_36_54_833.mp3 | Mar 22, 2019 at 3:37 PM | 147 KB | MP3 audio |
| 2019_03_22_14_40_46_281.mp3 | Mar 22, 2019 at 3:43 PM | 528 KB | MP3 audio |
| 2019_03_22_15_05_47_995.mp3 | Mar 22, 2019 at 4:06 PM | 267 KB | MP3 audio |
| 2019_03_22_15_07_42_402.mp3 | Mar 22, 2019 at 4:09 PM | 507 KB | MP3 audio |
| 2019_03_22_15_23_45_454.mp3 | Mar 22, 2019 at 4:25 PM | 360 KB | MP3 audio |
| 2019_03_22_15_25_43_986.mp3 | Mar 22, 2019 at 4:27 PM | 382 KB | MP3 audio |
| 2019_03_22_15_35_11_901.mp3 | Filed 22, 2019 at 4:36 PM | 327 KB | MP3 audio |
| 2019_03_22_15_39_10_934.mp3 | Mar 22, 2019 at 4:39 PM | 20 KB | MP3 audio |
| 2019_03_22_15_40_02_814.mp3 | Mar 22, 2019 at 4:42 PM | 508 KB | MP3 audio |
| 2019_03_22_15_59_32_054.mp3 | Mar 22, 2019 at 5:00 PM | 114 KB | MP3 audio |
| 2019_03_22_16_02_50_399.mp3 | Mar 22, 2019 at 5:03 PM | 164 KB | MP3 audio |
| 2019_03_22_16_10_24_762.mp3 | Mar 22, 2019 at 5:11 PM | 207 KB | MP3 audio |
| 2019_03_22_16_16_46_260.mp3 | Mar 22, 2019 at 5:17 PM | | MP3 audio |

Exhibit 11

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| 2019_03_14_21_01_33_798 | Mar 14, 2019 at 10:01 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_21_02_09_728 | Mar 14, 2019 at 10:02 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_21_23_28_954 | Mar 14, 2019 at 10:23 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_21_24_11_342 | Mar 14, 2019 at 10:24 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_21_24_37_628 | Mar 14, 2019 at 10:24 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_08_05_51_113 | Mar 15, 2019 at 9:05 AM | Zero bytes | Unix Ex...able File |
| 2019_03_15_10_17_48_103 | Mar 15, 2019 at 11:17 AM | Zero bytes | Unix Ex...able File |
| 2019_03_15_11_37_14_548 | Mar 15, 2019 at 12:37 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_11_45_46_794 | Mar 15, 2019 at 12:45 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_13_35_35_602 | Mar 15, 2019 at 2:35 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_13_47_36_129 | Mar 15, 2019 at 2:47 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_13_54_41_829 | Mar 15, 2019 at 2:54 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_13_57_41_453 | Mar 15, 2019 at 2:57 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_05_12_544 | Mar 15, 2019 at 3:05 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_06_39_634 | Mar 15, 2019 at 3:06 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_07_08_921 | Mar 15, 2019 at 3:07 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_07_43_448 | Mar 15, 2019 at 3:07 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_13_08_715 | Mar 15, 2019 at 3:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_23_38_386 | Mar 15, 2019 at 3:23 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_24_04_216 | Mar 15, 2019 at 3:24 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_14_51_54_183 | Mar 15, 2019 at 3:51 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_15_03_52_366 | Mar 15, 2019 at 4:03 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_15_12_58_313 | Mar 15, 2019 at 4:12 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_15_13_51_648 | Mar 15, 2019 at 4:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_15_15_16_191 | Mar 15, 2019 at 4:15 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_21_52_304 | Mar 15, 2019 at 5:21 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_28_51_385 | Mar 15, 2019 at 5:28 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_33_25_673 | Mar 15, 2019 at 5:33 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_34_06_191 | Mar 15, 2019 at 5:34 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_34_42_337 | Mar 15, 2019 at 5:34 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_44_40_810 | Mar 15, 2019 at 5:44 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_51_30_126 | Mar 15, 2019 at 5:51 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_16_59_66_902 | Mar 15, 2019 at 5:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_17_45_18_107 | Mar 15, 2019 at 6:45 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_17_48_02_864 | Mar 15, 2019 at 6:48 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_18_13_42_477 | Mar 15, 2019 at 7:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_18_28_19_037 | Mar 15, 2019 at 7:28 PM | Zero bytes | Unix Ex...able File |
| 2019_03_15_18_35_26_872 | Mar 15, 2019 at 7:35 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_16_51_43_355.mp3 | Mar 13, 2019 at 5:52 PM | 227 KB | MP3 audio |
| 2019_03_13_17_07_23_065 | Mar 13, 2019 at 6:07 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_08_31_127 | Mar 13, 2019 at 6:08 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_09_20_955 | Mar 13, 2019 at 6:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_26_27_264 | Mar 13, 2019 at 6:26 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_27_02_100 | Mar 13, 2019 at 6:27 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_27_22_615 | Mar 13, 2019 at 6:27 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_32_38_476 | Mar 13, 2019 at 6:32 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_33_36_217 | Mar 13, 2019 at 6:33 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_34_31_670 | Mar 13, 2019 at 6:34 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_54_45_829 | Mar 13, 2019 at 6:54 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_17_59_54_367 | Mar 13, 2019 at 6:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_18_19_43_203 | Mar 13, 2019 at 7:19 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_18_57_47_997 | Mar 13, 2019 at 7:57 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_19_29_54_070 | Mar 13, 2019 at 8:29 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_20_25_17_946 | Mar 13, 2019 at 9:25 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_20_28_27_501 | Mar 13, 2019 at 9:28 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_20_29_56_542 | Mar 13, 2019 at 9:29 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_20_52_29_410 | Mar 13, 2019 at 9:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_21_13_44_693 | Mar 13, 2019 at 10:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_22_13_48_555 | Mar 13, 2019 at 11:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_22_28_48_606 | Mar 13, 2019 at 11:28 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_00_39_39_360 | Mar 14, 2019 at 1:39 AM | Zero bytes | Unix Ex...able File |
| 2019_03_14_10_49_58_332 | Mar 14, 2019 at 11:49 AM | Zero bytes | Unix Ex...able File |
| 2019_03_14_10_59_34_501 | Mar 14, 2019 at 11:59 AM | Zero bytes | Unix Ex...able File |
| 2019_03_14_12_23_49_111 | Mar 14, 2019 at 1:23 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_12_30_30_633 | Mar 14, 2019 at 1:30 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_13_50_13_940 | Mar 14, 2019 at 2:50 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_14_31_22_016 | Mar 14, 2019 at 3:31 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_14_43_28_709 | Mar 14, 2019 at 3:43 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_15_15_21_674 | Mar 14, 2019 at 4:15 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_15_16_56_301 | Mar 14, 2019 at 4:16 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_15_36_06_740 | Mar 14, 2019 at 4:36 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_15_41_52_856 | Mar 14, 2019 at 4:41 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_15_50_55_722 | Mar 14, 2019 at 4:50 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_16_40_33_282 | Mar 14, 2019 at 5:40 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_16_46_46_491 | Mar 14, 2019 at 5:46 PM | Zero bytes | Unix Ex...able File |
| 2019_03_14_16_54_53_195 | Mar 14, 2019 at 5:54 PM | Zero bytes | Unix Ex...able File |

Exhibit 11

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| 2019_03_12_23_25_08_529 | Mar 13, 2019 at 12:25 AM | Zero bytes | Unix Ex...able File |
| 2019_03_12_23_25_31_794 | Mar 13, 2019 at 12:25 AM | Zero bytes | Unix Ex...able File |
| 2019_03_12_23_25_51_837 | Mar 13, 2019 at 12:25 AM | Zero bytes | Unix Ex...able File |
| 2019_03_12_23_26_17_801 | Mar 13, 2019 at 12:26 AM | Zero bytes | Unix Ex...able File |
| 2019_03_13_09_43_44_729 | Mar 13, 2019 at 10:43 AM | Zero bytes | Unix Ex...able File |
| 2019_03_13_10_16_51_700 | Mar 13, 2019 at 11:16 AM | Zero bytes | Unix Ex...able File |
| 2019_03_13_10_19_49_935 | Mar 13, 2019 at 11:19 AM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_21_32_061 | Mar 13, 2019 at 12:21 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_41_15_020 | Mar 13, 2019 at 12:41 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_41_41_761 | Mar 13, 2019 at 12:41 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_42_07_833 | Mar 13, 2019 at 12:42 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_42_50_980 | Mar 13, 2019 at 12:42 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_43_19_764 | Mar 13, 2019 at 12:43 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_43_40_587 | Mar 13, 2019 at 12:43 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_11_59_45_765 | Mar 13, 2019 at 12:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_12_03_20_911 | Mar 13, 2019 at 1:03 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_12_50_32_795 | Mar 13, 2019 at 1:50 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_12_52_07_615 | Mar 13, 2019 at 1:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_12_56_22_830 | Mar 13, 2019 at 1:56 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_12_59_46_612 | Mar 13, 2019 at 1:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_00_17_812 | Mar 13, 2019 at 2:00 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_00_41_655 | Mar 13, 2019 at 2:00 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_31_52_348 | Mar 13, 2019 at 2:31 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_36_02_083 | Mar 13, 2019 at 2:36 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_36_36_718 | Mar 13, 2019 at 2:36 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_38_47_993 | Mar 13, 2019 at 2:38 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_43_36_006 | Mar 13, 2019 at 2:43 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_13_52_05_701 | Mar 13, 2019 at 2:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_13_56_015 | Mar 13, 2019 at 4:13 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_29_00_838 | Mar 13, 2019 at 4:29 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_32_26_593 | Mar 13, 2019 at 4:32 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_35_41_217 | Mar 13, 2019 at 4:35 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_37_57_658 | Mar 13, 2019 at 4:37 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_38_42_550 | Mar 13, 2019 at 4:38 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_40_06_264 | Mar 13, 2019 at 4:40 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_40_28_694 | Mar 13, 2019 at 4:40 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_40_59_881 | Mar 13, 2019 at 4:40 PM | Zero bytes | Unix Ex...able File |
| 2019_03_13_15_41_25_393 | Mar 13, 2019 at 4:41 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_14_42_34_192 | Mar 4, 2019 at 3:42 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_14_52_17_142 | Mar 4, 2019 at 3:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_16_31_09_340 | Mar 4, 2019 at 5:31 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_17_52_03_672 | Mar 4, 2019 at 6:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_17_53_11_826 | Mar 4, 2019 at 6:53 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_19_07_41_448 | Mar 4, 2019 at 8:07 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_19_15_10_590 | Mar 4, 2019 at 8:15 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_19_25_35_688 | Mar 4, 2019 at 8:25 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_09_29_09_003.mp3 | Mar 5, 2019 at 10:34 AM | 1.2 MB | MP3 audio |
| 2019_03_05_10_21_16_495 | Mar 5, 2019 at 11:21 AM | Zero bytes | Unix Ex...able File |
| 2019_03_05_10_35_08_194 | Mar 5, 2019 at 11:35 AM | Zero bytes | Unix Ex...able File |
| 2019_03_05_10_39_47_008 | Mar 5, 2019 at 11:39 AM | Zero bytes | Unix Ex...able File |
| 2019_03_05_10_46_50_774 | Mar 5, 2019 at 11:46 AM | Zero bytes | Unix Ex...able File |
| 2019_03_05_10_48_14_553 | Mar 5, 2019 at 11:48 AM | Zero bytes | Unix Ex...able File |
| 2019_03_05_11_52_22_531 | Mar 5, 2019 at 12:52 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_12_24_25_060 | Mar 5, 2019 at 1:24 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_12_58_28_162 | Mar 5, 2019 at 1:58 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_12_59_57_666 | Mar 5, 2019 at 1:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_13_22_25_805 | Mar 5, 2019 at 2:22 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_13_36_21_951 | Mar 5, 2019 at 2:36 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_13_39_07_985 | Mar 5, 2019 at 2:39 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_13_59_05_985 | Mar 5, 2019 at 2:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_16_09_12_313 | Mar 5, 2019 at 6:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_16_09_34_158 | Mar 5, 2019 at 6:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_16_09_48_363 | Mar 5, 2019 at 6:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_17_11_41_811 | Mar 5, 2019 at 6:11 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_17_12_17_017 | Mar 5, 2019 at 6:12 PM | Zero bytes | Unix Ex...able File |
| 2019_03_05_17_12_55_362 | Mar 5, 2019 at 6:12 PM | Zero bytes | Unix Ex...able File |
| 2019_03_07_11_49_52_912.mp3 | Mar 7, 2019 at 12:53 PM | 862 KB | MP3 audio |
| 2019_03_08_15_26_30_087.mp3 | Mar 8, 2019 at 4:27 PM | 154 KB | MP3 audio |
| 2019_03_08_18_28_10_204 | Mar 8, 2019 at 7:28 PM | Zero bytes | Unix Ex...able File |
| 2019_03_11_13_24_04_466.mp3 | Mar 11, 2019 at 2:28 PM | 1.2 MB | MP3 audio |
| 2019_03_12_11_14_35_023.mp3 | Mar 12, 2019 at 12:14 PM | 40 KB | MP3 audio |
| 2019_03_12_13_36_56_422 | Mar 12, 2019 at 2:36 PM | Zero bytes | Unix Ex...able File |
| 2019_03_12_13_43_26_558 | Mar 12, 2019 at 2:43 PM | Zero bytes | Unix Ex...able File |
| 2019_03_12_13_57_36_422 | Mar 12, 2019 at 2:57 PM | Zero bytes | Unix Ex...able File |
| 2019_03_12_14_19_43_329 | Mar 12, 2019 at 3:19 PM | Zero bytes | Unix Ex...able File |
| 2019_03_12_14_22_17_148 | Mar 12, 2019 at 3:22 PM | Zero bytes | Unix Ex...able File |
| 2019_03_12_14_52_00_573 | Mar 12, 2019 at 3:52 PM | Zero bytes | Unix Ex...able File |

Exhibit 11

| Name | Date | Size | Kind |
|---|---|---|---|
| 2019_02_21_09_08_38_372.mp3 | Feb 21, 2019 at 10:15 AM | 1.9 MB | MP3 audio |
| 2019_02_21_14_39_03_497.mp3 | Feb 21, 2019 at 3:47 PM | 1.9 MB | MP3 audio |
| 2019_02_24_13_36_18_149.mp3 | Feb 24, 2019 at 2:36 PM | 80 KB | MP3 audio |
| 2019_02_25_19_31_41_935.mp3 | Feb 25, 2019 at 8:31 PM | Zero bytes | MP3 audio |
| 2019_02_26_16_14_16_221 | Feb 26, 2019 at 5:14 PM | Zero bytes | Unix Ex...able File |
| 2019_02_26_16_21_00_810.mp3 | Feb 26, 2019 at 6:29 PM | 2 MB | MP3 audio |
| 2019_02_28_22_12_12_413 | Feb 28, 2019 at 11:12 PM | Zero bytes | Unix Ex...able File |
| 2019_03_01_11_46_12_880.mp3 | Mar 1, 2019 at 1:24 PM | 9.1 MB | MP3 audio |
| 2019_03_01_15_49_52_457.mp3 | Mar 1, 2019 at 5:41 PM | 12.3 MB | MP3 audio |
| 2019_03_02_19_16_33_104 | Mar 2, 2019 at 8:16 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_08_16_26_780 | Mar 3, 2019 at 9:16 AM | Zero bytes | Unix Ex...able File |
| 2019_03_03_10_50_22_606 | Mar 3, 2019 at 11:50 AM | Zero bytes | Unix Ex...able File |
| 2019_03_03_10_50_50_519 | Mar 3, 2019 at 11:50 AM | Zero bytes | Unix Ex...able File |
| 2019_03_03_10_51_12_451 | Mar 3, 2019 at 11:51 AM | Zero bytes | Unix Ex...able File |
| 2019_03_03_10_52_37_061 | Mar 3, 2019 at 11:52 AM | Zero bytes | Unix Ex...able File |
| 2019_03_03_11_18_45_840 | Mar 3, 2019 at 12:18 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_11_27_26_059 | Mar 3, 2019 at 12:27 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_11_45_20_654 | Mar 3, 2019 at 12:45 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_12_48_37_949 | Mar 3, 2019 at 1:48 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_12_50_31_391 | Mar 3, 2019 at 1:50 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_12_59_31_077 | Mar 3, 2019 at 1:59 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_14_49_47_679 | Mar 3, 2019 at 3:49 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_18_02_27_901 | Mar 3, 2019 at 7:02 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_20_32_41_098 | Mar 3, 2019 at 9:32 PM | Zero bytes | Unix Ex...able File |
| 2019_03_03_20_34_59_652 | Mar 3, 2019 at 9:34 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_09_27_57_793 | Mar 4, 2019 at 10:27 AM | Zero bytes | Unix Ex...able File |
| 2019_03_04_09_45_06_698 | Mar 4, 2019 at 10:45 AM | Zero bytes | Unix Ex...able File |
| 2019_03_04_10_44_50_772 | Mar 4, 2019 at 11:44 AM | Zero bytes | Unix Ex...able File |
| 2019_03_04_10_45_37_600 | Mar 4, 2019 at 11:45 AM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_03_50_729 | Mar 4, 2019 at 12:03 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_04_24_060 | Mar 4, 2019 at 12:04 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_09_26_616 | Mar 4, 2019 at 12:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_21_21_197 | Mar 4, 2019 at 12:21 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_35_36_800 | Mar 4, 2019 at 12:35 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_11_42_11_633 | Mar 4, 2019 at 12:42 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_12_26_06_305 | Mar 4, 2019 at 1:26 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_12_29_15_556 | Mar 4, 2019 at 1:29 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_13_09_34_621 | Mar 4, 2019 at 2:09 PM | Zero bytes | Unix Ex...able File |
| 2019_03_04_14_15_20_555 | Mar 4, 2019 at 3:15 PM | Zero bytes | Unix Ex...able File |

Exhibit 11