








Exhibit 12



Exhibit 12



Exhibit 12