

**N** S E R I E S

# TIGER KING
## MURDER, MAYHEM AND MADNESS

**CREATED BY**
Rebecca Chaiklin | Eric Goode

**EPISODE 1.06**

**"The Noble Thing to Do"**

James Garretson makes a shocking claim about Joe, leading to FBI involvement. Desperation sets in for Joe, who thinks Jeff and James have set him up.

**WRITTEN BY:**
Rebecca Chaiklin | Eric Goode

**DIRECTED BY:**
Rebecca Chaiklin | Eric Goode

**ORIGINAL BROADCAST:**
March 20, 2020

**NOTE**: This is a transcription of the spoken dialogue and audio, with time-code reference, provided without cost by 8FLiX.com for your entertainment, convenience, and study.  This version may not be *exactly* as written in the original script; however, the intellectual property is still reserved by the original source and may be subject to copyright.

Exhibit 13

## CAST

```
Carole Baskin          ...    Self - Big Cat Rescue
Joe Exotic             ...    Self - G.W. Zoo
Bhagavan Antle         ...    Self - Myrtle Beach Safari
Howard Baskin          ...    Self - Big Cat Rescue
John Finlay            ...    Self - Joe's Husband
Eric Goode             ...    Self - Filmmaker
Rick Kirkham           ...    Self - Producer, Joe Exotic T.V.
John Reinke            ...    Self - Manager, G.W. Zoo
Kelci Saffery          ...    Self - Animal Keeper, G.W. Zoo
Erik Cowie             ...    Self - Head Keeper, G.W. Zoo
Sylvia Corkill         ...    Self - Reporter, News 9
Jeff Lowe              ...    Self - Businessman
Tim Stark              ...    Self - Wildlife in Need
Joshua Dial            ...    Self - Joe's Campaign Manager
James Garretson        ...    Self - Businessman
Allen Glover           ...    Self - Handyman, G.W. Zoo
Lauren Lowe            ...    Self - Jeff's Wife
Travis Maldonado       ...    Self - Joe's Husband
Dillon Passage         ...    Self - Joe's Husband
Larry Rhodes           ...    Self - Gavin County Oklahoma
Marc Thompson          ...    Self - Joe's Security Guard
Kody Antle             ...    Self - Doc's Son
Marsha David           ...    Self - Employee, G.W. Zoo
Amanda Green           ...    Self - Federal Prosecutor
Mark McCarthy          ...    Self - Former Employee, Mario Tabraue
Brittany Peet          ...    Self - Captive Animal Law Enforcement, PETA
Susan Bass             ...    Self - Public Relations, Big Cat Rescue
Moksha Bybee           ...    Self - Doc's Partner
Gladys Lewis Cross     ...    Self - Don's Ex-Wife
Bruce David            ...    Self - Contractor, G.W. Zoo
Kenny Farr             ...    Self - Don's Handyman
Barbara Fisher         ...    Self - Doc's Apprentice
Joseph Fritz           ...    Self - Don's Attorney
Dennis Hill            ...    Self - Former Exotic Animal Owner
Jeff Johnson           ...    Self - Former Reptile Dealer
Robert M. Johnson      ...    Self - Senior Trainer, Myrtle Beach Safari
Dale Lively            ...    Self - Don's Mechanic
Cheryl Maldonado       ...    Self - Travis' Mother
John Marsicano         ...    Self - Lead Homicide Detective
Dianna Mazak           ...    Self - Employee, G.W. Zoo
Anne McQueen           ...    Self - Don's Executive Assistant
Jamie Murdock          ...    Self - Carole's Daughter
Chealsi Putman         ...    Self - Joe's Niece
Gale Rathbone          ...    Self - Don's Daughter
Lynda Sanchez          ...    Self - Don's Daughter
Debra Sandlin          ...    Self - Former Volunteer, Big Cat Rescue
Francis Schreibvogel   ...    Self - Joe's Father
Shirley Schreibvogel   ...    Self - Joe's Mother
Vernon Stairs          ...    Self - Carole's Father
Maria Tabraue          ...    Self - Mario's Wife
Mario Tabraue          ...    Self - Z.W.F. Zoo
Wendell Williams       ...    Self - Don's Business Associate
J.P. Wilson            ...    Self - Magician
Vernon Yates           ...    Self - Wildlife Rescue & Rehabilitation
```

Exhibit 13

1
00:00:07,090 --> 00:00:10,760
GRADY COUNTY JAIL
OKLAHOMA, 2019

2
00:00:11,011 --> 00:00:13,972
[Joe] I was asked to bail
Jeff out of jail two times.

3
00:00:14,848 --> 00:00:16,975
The very first time was when he beat up

4
00:00:17,058 --> 00:00:19,811
and strangled his first wife, Kathy Lowe.

5
00:00:20,395 --> 00:00:22,230
She went to confront him

6
00:00:22,313 --> 00:00:24,858
because he was being
Mr. Showoff with Lauren,

7
00:00:24,941 --> 00:00:27,235
his mistress at that time.

8
00:00:27,318 --> 00:00:29,070
But he got violent with her.

9
00:00:31,406 --> 00:00:33,992
And then, the second time was in Vegas.

10
00:00:34,826 --> 00:00:38,079
They caught him sneaking cubs
into the hotels and shit.

11
00:00:40,915 --> 00:00:43,001
[Lowe] Lauren and I had leased a big home
in Las Vegas.

12
00:00:43,626 --> 00:00:46,421
We had tigers in our house,
and it got me in trouble.

Exhibit 13

13
00:00:47,213 --> 00:00:51,593
Animal control stormed the place
like we were El Chapo,

14
00:00:51,676 --> 00:00:53,303
because I had two baby cats up there.

15
00:00:53,928 --> 00:00:55,930
[reporter]
The animals weren't all that was taken.

16
00:00:56,014 --> 00:01:00,477
Marshals impounded multiple
semi-automatic handguns and rifles.

17
00:01:01,352 --> 00:01:02,562
[Joe] You know what?

18
00:01:02,645 --> 00:01:06,232
I should've took that
as a very strong warning.

19
00:01:06,316 --> 00:01:08,193
He is a predator.

20
00:01:08,276 --> 00:01:10,737
A hardcore predator.

21
00:01:10,820 --> 00:01:12,280
[snarling]

22
00:01:12,614 --> 00:01:15,116
[Reinke] When Jeff Lowe came back
from getting in trouble in Vegas

23
00:01:15,200 --> 00:01:17,077
is when all hell broke loose.

24
00:01:18,661 --> 00:01:20,663
Ever since then,
it's been a Jeff Lowe world,

Exhibit 13

25
00:01:20,747 --> 00:01:23,500
and that's when... it all went to hell.

26
00:01:31,132 --> 00:01:34,469
THE NOBLE THING TO DO

27
00:01:37,097 --> 00:01:39,724
[judge]
Jeffrey Lowe, I am adjudicating you guilty

28
00:01:39,808 --> 00:01:43,645
and I'm ordering that you surrender
any animals that were confiscated.

29
00:01:43,728 --> 00:01:45,105
You will stay out of trouble.

30
00:01:45,188 --> 00:01:47,649
That means no illegal activity.

31
00:01:47,732 --> 00:01:49,734
If you do that, at the end of the year,

32
00:01:49,818 --> 00:01:51,402
I will vacate the jail time.

33
00:01:51,486 --> 00:01:53,696
If not, you will serve the 179 days.

34
00:01:53,780 --> 00:01:55,490
Do you understand my order?

35
00:01:55,949 --> 00:01:56,908
I do.

36
00:02:06,292 --> 00:02:08,211
When Lauren and I came back
from Las Vegas,

37
00:02:08,711 --> 00:02:11,673
Joe was locking me out of

Exhibit 13

the online bank accounts.

38
00:02:12,757 --> 00:02:15,301
So we'd snuck back and went to the bank.

39
00:02:15,969 --> 00:02:17,887
I wanted 12 months' worth
of bank statements

40
00:02:17,971 --> 00:02:19,722
because he wasn't providing me
the statements.

41
00:02:20,557 --> 00:02:22,350
I went up to my cashier.

42
00:02:22,433 --> 00:02:25,061
She goes, "You all okay over there?"
I said, "Yeah, why?" She goes...

43
00:02:25,895 --> 00:02:29,607
"Hmm." She goes, "I'm thinking that Joe
was being investigated by somebody."

44
00:02:30,191 --> 00:02:32,944
And I looked at Lauren and I said,

45
00:02:33,027 --> 00:02:35,738
"By who?" And she goes,
"There was a federal warrant."

46
00:02:36,322 --> 00:02:37,907
I said, "Really? Can you tell me
what it was about?"

47
00:02:37,991 --> 00:02:40,410
She goes, "That's all I know.
I don't know any more."

48
00:02:40,493 --> 00:02:42,871
So, the Feds were watching him.

49

Exhibit 13

```
00:02:48,418 --> 00:02:51,212
You're gonna get me
in fucking trouble, Joe!

50
00:02:51,671 --> 00:02:54,340
-And I came here to save your ass!
-How am I--

51
00:02:54,424 --> 00:02:58,720
You forged my name 20 fucking times
on cashed checks.

52
00:02:58,803 --> 00:03:00,305
Just in that 12 months

53
00:03:00,388 --> 00:03:03,016
while he was running
for the governor of Oklahoma,

54
00:03:03,725 --> 00:03:08,730
we found, I think, 88,000-some dollars
in misappropriated spending.

55
00:03:08,813 --> 00:03:13,026
You're gonna do whatever the fuck you want
without even asking me, and it's wrong!

56
00:03:13,109 --> 00:03:14,903
You are a shitty fucking partner.

57
00:03:14,986 --> 00:03:17,030
[Joe] So, I can put some of my money...

58
00:03:17,113 --> 00:03:18,281
I don't give a flying fuck!

59
00:03:18,364 --> 00:03:20,450
You lost that when you fucked
with Carole Baskin.

60
00:03:20,533 --> 00:03:22,202
That's not my fault!
```

Exhibit 13

61
00:03:22,702 --> 00:03:23,828
It's your fault.

62
00:03:24,954 --> 00:03:28,041
You can't funnel and embezzle money!

63
00:03:28,291 --> 00:03:30,835
I came here to bail your ass out.

64
00:03:30,919 --> 00:03:33,922
You would be fucking who knows where
without me,

65
00:03:34,005 --> 00:03:35,965
and you even said it
before I went to Las Vegas.

66
00:03:36,049 --> 00:03:37,383
You're not going to fuck me.

67
00:03:37,467 --> 00:03:40,678
You're not gonna put me in trouble
and then treat me like shit. Asshole!

68
00:03:40,803 --> 00:03:43,097
[Joe] I have everything covered, Jeff.

69
00:03:43,389 --> 00:03:46,851
He'd spent $60,000 in campaign brochures

70
00:03:46,935 --> 00:03:50,563
and printing and signs and t-shirts
and condoms with his picture on it.

71
00:03:51,981 --> 00:03:53,316
[Lowe] It says campaign.

72
00:03:53,942 --> 00:03:54,943
Paid by the Park.

73
00:03:55,652 --> 00:03:57,445

Exhibit 13

That's illegal!

74
00:03:57,946 --> 00:03:59,864
And it's my ass!

75
00:04:00,323 --> 00:04:01,366
They already told me

76
00:04:01,449 --> 00:04:02,867
you're being investigated
for something else,

77
00:04:02,951 --> 00:04:04,786
but they wouldn't tell me what it is,

78
00:04:04,869 --> 00:04:07,956
and when the shit hits the fan,
I don't need another felony.

79
00:04:08,831 --> 00:04:10,833
[Joe] Let's take off. I'll move.

80
00:04:11,209 --> 00:04:14,420
Move! Then do it,
and I'll run this park the right way.

81
00:04:16,297 --> 00:04:18,633
[Finlay]
Jeff Lowe was getting downright ugly...

82
00:04:19,676 --> 00:04:21,761
right there in front of everybody else.

83
00:04:24,138 --> 00:04:26,849
[Lowe]
Right before Joe got kicked off the park,

84
00:04:27,850 --> 00:04:30,520
he took and burned all of the records

85
00:04:30,853 --> 00:04:34,023
because he didn't want us to be able

Exhibit 13

to prove the embezzlement.

86
00:04:34,524 --> 00:04:38,236
[Reinke] Shit, I think he burned laptops.
I think he burned transfer papers.

87
00:04:38,820 --> 00:04:40,780
I'm sure Joe knew more
than what he was telling me.

88
00:04:40,863 --> 00:04:43,950
I didn't have a clue where he was going,
what he was gonna do.

89
00:04:44,701 --> 00:04:47,829
He comes in the office,
distraught, tears in his eyes.

90
00:04:47,912 --> 00:04:50,415
Never seen this
except for when Travis killed himself.

91
00:04:50,498 --> 00:04:52,917
Wipe all the computers, get outta here.

92
00:04:53,501 --> 00:04:55,712
He said, "I don't know
what's about to happen,

93
00:04:55,795 --> 00:04:58,214
but Jeff Lowe's taken the park from me."

94
00:05:01,301 --> 00:05:04,470
[Reinke] The last two days, you could tell
he was fixing to leave, to bolt,

95
00:05:04,554 --> 00:05:07,557
and he was trying to gather up anything
he could get ahold of to sell.

96
00:05:08,308 --> 00:05:09,517
He really, really got paranoid,

Exhibit 13

97
00:05:09,600 --> 00:05:11,978
like a little birdy had told him
something's wrong.

98
00:05:15,773 --> 00:05:17,734
[Lowe] Joe had a truck come in here,

99
00:05:17,817 --> 00:05:19,902
so he could pick up animals
in the middle of the night.

100
00:05:20,528 --> 00:05:22,905
-[Joe] Okay. Here she comes, 'kay?
-Back up.

101
00:05:22,989 --> 00:05:24,741
[Reinke]
He shipped all them money cats out

102
00:05:24,824 --> 00:05:28,494
because they were all worth
three and four thousand dollars apiece,

103
00:05:28,578 --> 00:05:30,246
and he shipped out quite a few.

104
00:05:30,330 --> 00:05:32,498
-[Joe] My little gal. Good, good.
-Come on, girl.

105
00:05:33,082 --> 00:05:35,251
We transported a bunch of
different animals.

106
00:05:35,960 --> 00:05:38,296
I took two baby tigers to California.

107
00:05:38,880 --> 00:05:42,175
There was $5,000 exchanged
in Branson, Missouri.

108
00:05:42,800 --> 00:05:45,011

Exhibit 13

We thought we were helping Joe out.

109
00:05:45,094 --> 00:05:47,221
I mean,
we didn't know everything going on.

110
00:05:47,305 --> 00:05:51,059
We thought Jeff literally
was taking everything away from him.

111
00:05:51,142 --> 00:05:53,144
[monkey chittering]

112
00:06:00,151 --> 00:06:01,361
[Joe] You got six minutes.

113
00:06:01,778 --> 00:06:04,072
-Six minutes before he...
-[Joe] Three ccs.

114
00:06:04,572 --> 00:06:05,948
I'm giving him five.

115
00:06:08,034 --> 00:06:10,370
-[Joe] Keep him looking at you.
-[man] Come on, Bubba.

116
00:06:10,453 --> 00:06:11,954
-Attaboy.
-Going right in his shoulder.

117
00:06:13,122 --> 00:06:14,123
[snarls]

118
00:06:15,583 --> 00:06:16,417
[tiger snarls]

119
00:06:20,296 --> 00:06:21,255
I'm sorry.

120
00:06:23,341 --> 00:06:28,262
That was the last day

Exhibit 13

that Joe was allowed in the park.

121
00:06:38,523 --> 00:06:42,193
I told Joe, "You come on this property
again, I'll shoot you in the head."

122
00:06:43,444 --> 00:06:46,656
[as Joe] "He's threatening to kill me.
If I come back, he's gonna kill me."

123
00:06:46,739 --> 00:06:48,866
[regular voice]
You damn right. I would have killed him.

124
00:06:51,411 --> 00:06:55,706
[Dial] Whatever Jeff Lowe told him
scared the living hell out of him.

125
00:06:55,832 --> 00:06:58,292
Joe was gone. Just gone.

126
00:06:59,127 --> 00:07:01,587
He won't tell anybody
where he's at, not even me,

127
00:07:03,089 --> 00:07:06,217
and that's probably the last time
I will ever see Joe Exotic.

128
00:07:13,474 --> 00:07:18,855
♪ So this is goodbye ♪

129
00:07:18,938 --> 00:07:22,483
♪ And my last farewell ♪

130
00:07:23,734 --> 00:07:28,239
♪ To all of my fans ♪

131
00:07:28,823 --> 00:07:33,077
♪ You're my biggest thrill ♪

132
00:07:34,036 --> 00:07:37,498

Exhibit 13

♪ My biggest thrill ♪

133
00:08:06,819 --> 00:08:11,282
[herd mooing]

134
00:08:14,076 --> 00:08:17,830
[Joe] There's just some things
that I'd rather just be left unsaid.

135
00:08:18,206 --> 00:08:19,916
Some mistakes were made

136
00:08:19,999 --> 00:08:22,043
and some attitudes got out of hand.

137
00:08:22,710 --> 00:08:26,172
Rather than argue
or be accused of stuff,

138
00:08:26,255 --> 00:08:28,466
I just decided to walk away.

139
00:08:30,134 --> 00:08:34,222
The cats were my responsibility,
no matter who owns that zoo.

140
00:08:34,305 --> 00:08:38,142
'Cause I'm the one who bred him
and brought him into this world.

141
00:08:39,018 --> 00:08:44,690
So I feel obligated that I need
to make sure that he's safe and secure.

142
00:08:50,071 --> 00:08:52,782
DILLON PASSAGE
JOE'S HUSBAND

143
00:08:58,246 --> 00:09:01,749
[Joe] Get up.
Get up, boy, and get some lunch.

144

Exhibit 13

```
00:09:01,832 --> 00:09:02,959
        It's lunch.

             145
00:09:04,210 --> 00:09:06,671
  I'm glad to see him finally
       in his final spot.

             146
00:09:06,754 --> 00:09:08,756
 This is where they're gonna stay.

             147
00:09:12,134 --> 00:09:13,553
   You know, there was just--

             148
00:09:13,636 --> 00:09:16,097
There was a lot of threats thrown around,
          and I just--

             149
00:09:16,389 --> 00:09:18,224
  would rather just get away.

             150
00:09:19,934 --> 00:09:21,310
     Got new phones, got--

             151
00:09:21,394 --> 00:09:23,020
     They can't track me.
     They can't do nothing.

             152
00:09:24,146 --> 00:09:25,064
       There you go.

             153
00:09:27,108 --> 00:09:27,942
         [coughs]

             154
00:09:28,734 --> 00:09:30,903
[interviewer] Joe, you don't seem like
     your regular self.

             155
00:09:30,987 --> 00:09:36,242
Just... 20 years of blood, sweat,
and tears, and every dime I had...

             156
00:09:37,577 --> 00:09:40,037
```

Exhibit 13

-I am done. I'm done.
-You're done.

157
00:09:44,250 --> 00:09:45,835
[interviewer] Who's the winner in this?

158
00:09:46,252 --> 00:09:48,629
-Is it Carole? Is it PETA? Is it Jeff?
-Nobody.

159
00:09:48,713 --> 00:09:50,631
-Who?
-In the long run,

160
00:09:50,715 --> 00:09:52,842
it's gonna be the animal rights people...

161
00:09:53,551 --> 00:09:54,927
are gonna be the winners of this,

162
00:09:55,011 --> 00:09:57,054
because they're gonna end up
with the property

163
00:09:57,138 --> 00:09:59,223
because nobody can afford
the lawyer bills.

164
00:10:00,016 --> 00:10:01,267
[interviewer] What about Carole?

165
00:10:02,977 --> 00:10:06,814
I still think that she deserves
to sit in jail for killing her husband.

166
00:10:09,233 --> 00:10:10,818
But I truly believe in karma.

167
00:10:12,570 --> 00:10:14,739
And a few people got some karma coming.

168
00:10:31,672 --> 00:10:33,007

Exhibit 13

[muffled whimper]

169
00:10:38,346 --> 00:10:40,681
[man] You all right, bud?
You want some water?

170
00:10:41,849 --> 00:10:44,560
[Lowe]
Joe was on the run, and he told everyone

171
00:10:44,644 --> 00:10:46,771
that Jeff had a hit out on him,

172
00:10:46,854 --> 00:10:49,440
and Jeff was gonna kill him,
and that's why he left the park.

173
00:10:50,775 --> 00:10:53,444
You know, why does an innocent guy
buy a burner phone?

174
00:10:55,988 --> 00:10:57,531
We tried to narrow down where he was,

175
00:10:58,199 --> 00:11:00,701
but we could just never
pinpoint his location.

176
00:11:10,002 --> 00:11:11,837
[Garretson]
You know, Joe cries victim,

177
00:11:11,921 --> 00:11:13,756
that everybody's trying to take my zoo,

178
00:11:13,839 --> 00:11:15,716
and everybody's trying to do this
and that.

179
00:11:15,800 --> 00:11:17,468
Jeff Lowe already owned the zoo.

180

Exhibit 13

```
00:11:17,551 --> 00:11:19,553
Joe just wanted to put it in
        somebody's name,

            181
00:11:19,637 --> 00:11:23,474
and... and continue to be the tiger queen,
        I mean tiger king.

            182
00:11:23,557 --> 00:11:25,142
            [chuckles]

            183
00:11:26,686 --> 00:11:30,731
[man] He thought he was more powerful
than anybody because he was Tiger King.

            184
00:11:31,273 --> 00:11:33,234
But that was just all in his head.

            185
00:11:33,317 --> 00:11:35,069
        ALLEN GLOVER
      HANDYMAN | G.W. ZOO

            186
00:11:35,152 --> 00:11:36,987
Among a bunch of other bad things.

            187
00:11:37,071 --> 00:11:37,988
            [chuckles]

            188
00:11:42,410 --> 00:11:44,870
          -[Joe] Yeah.
-[interviewer] Sorry. My phone cut out.

            189
00:11:44,954 --> 00:11:46,497
Listen, I just went to the zoo.

            190
00:11:46,580 --> 00:11:48,958
    Yeah, they already called
    and said you'd been there.

            191
00:11:49,041 --> 00:11:51,252
That's how fast word travels down here.

            192
```

Exhibit 13

```
00:11:51,335 --> 00:11:52,420
        Um, I'm gonna--

            193
00:11:52,503 --> 00:11:55,297
I don't want anybody getting Jeff
        all riled up.

            194
00:11:55,381 --> 00:11:56,215
        All right.

            195
00:11:56,298 --> 00:11:58,926
    You don't understand
 These people are dangerous.

            196
00:12:03,097 --> 00:12:04,890
        [interviewer]
 What is it? It's not obvious?

            197
00:12:04,974 --> 00:12:06,809
You're not gonna notice, huh? Okay.

            198
00:12:15,818 --> 00:12:18,070
Joe is the man who started this place...

            199
00:12:18,320 --> 00:12:19,864
     about 20 years ago.

            200
00:12:19,947 --> 00:12:22,158
And he has just recently retired.

            201
00:12:22,241 --> 00:12:25,202
    Now we have new owners,
     and they're awesome.

            202
00:12:25,703 --> 00:12:28,038
I was a little nervous about it,
        I'll admit,

            203
00:12:28,122 --> 00:12:32,126
      but they are awesome
and easygoing, so it's all good.

            204
```

Exhibit 13

```
00:12:32,960 --> 00:12:36,172
            [David]
Customers would ask where Joe was.

            205
00:12:36,255 --> 00:12:37,381
      Is he coming back?

            206
00:12:38,257 --> 00:12:39,300
      "Oh, he retired..."

            207
00:12:40,217 --> 00:12:42,845
is what the workers were told to say.

            208
00:12:47,475 --> 00:12:48,768
[Cowie] As soon as he was gone,

            209
00:12:49,310 --> 00:12:53,439
anything and everything that had his image
        went on the burn pile.

            210
00:12:54,774 --> 00:12:58,527
Word on the street is that Joe left
  to get his ass out of trouble.

            211
00:13:01,280 --> 00:13:02,907
[Dial] The day after Joe left,

            212
00:13:02,990 --> 00:13:05,117
Jeff and Lauren pulled together
      the morning meeting

            213
00:13:05,201 --> 00:13:08,579
        and they said,
"Look, Joe Exotic is going down."

            214
00:13:08,662 --> 00:13:09,830
          [snarling]

            215
00:13:09,914 --> 00:13:15,878
[Dial] Instantly, I just have an icy cold
stabbing feeling going through my heart.

            216
```

Exhibit 13

```
       00:13:16,712 --> 00:13:20,466
        It was just... "Christ Almighty,
          what has Joe gotten into?"

                    217
       00:13:32,853 --> 00:13:34,271
             [Reinke] Joe's MIA.

                    218
       00:13:34,855 --> 00:13:37,316
        -Lot of rumors going around he--
        -[man 1] Wait, are you filming?

                    219
       00:13:37,399 --> 00:13:38,859
             -You're getting sound?
                  -[man 2] Yup.

                    220
       00:13:38,943 --> 00:13:40,361
        [Reinke] Somebody better be rolling.

                    221
       00:13:42,738 --> 00:13:47,243
          Joe used money from the zoo,
        running for president and governor.

                    222
       00:13:48,077 --> 00:13:50,830
           Is Joe nervous about that?
            I don't know. I mean...

                    223
       00:13:51,121 --> 00:13:53,958
           Only Joe knows the truth,
        so he's either nervous about that

                    224
       00:13:54,041 --> 00:13:56,961
            or he's nervous about
        getting his ass kicked, I don't know.

                    225
       00:13:57,878 --> 00:13:59,421
        [man] What are some of the rumors?

                    226
       00:14:00,881 --> 00:14:03,259
          Supposedly, I guess he hired...

                    227
       00:14:03,759 --> 00:14:07,847
             he solicited somebody
             to kill Carole Baskin.
```

Exhibit 13

228
00:14:08,931 --> 00:14:12,184
I'm just saying this from hearsay
because I don't know for a fact.

229
00:14:13,102 --> 00:14:16,105
I'm almost positive
that's why the Feds are sniffing around.

230
00:14:17,314 --> 00:14:19,900
I mean, we've all said it.
"Somebody needs to kill the bitch."

231
00:14:19,984 --> 00:14:22,653
I can't tell you how many times
everybody said it.

232
00:14:22,736 --> 00:14:24,738
You know, nobody's ever just really said

233
00:14:25,197 --> 00:14:27,324
how they're gonna kill 'em.
They just said,

234
00:14:27,408 --> 00:14:30,244
"I wish somebody'd kill that bitch.
I wish the bitch was dead."

235
00:14:30,911 --> 00:14:32,955
-You just heard it a lot.
-[man] From who?

236
00:14:33,038 --> 00:14:34,456
From all-- I mean, from everybody.

237
00:14:34,540 --> 00:14:37,167
I've even said it before.
I wish the bitch were dead.

238
00:14:43,382 --> 00:14:46,135
[Finlay] There was times
that Joe would joke around about it,

Exhibit 13

239
00:14:46,218 --> 00:14:48,178
about taking out Carole Baskin.

240
00:14:48,679 --> 00:14:50,806
Joe had some pretty twisted ideas,

241
00:14:50,890 --> 00:14:54,310
but... I just took it as jokes.

242
00:14:56,937 --> 00:15:00,774
[Saffery] Do I believe that Joe
hired someone to kill someone? No.

243
00:15:01,358 --> 00:15:03,819
No, Joe doesn't have that in him, one bit.

244
00:15:04,486 --> 00:15:07,323
But do I believe that
Joe had a conversation with someone

245
00:15:07,406 --> 00:15:11,493
and said, "Man, I wish Carole was dead"?
Absolutely. He said it a hundred times.

246
00:15:13,495 --> 00:15:16,332
[Thompson] One time I was in the park,
and Joe's talking to me.

247
00:15:16,415 --> 00:15:19,710
He says, "Hey, I hear you can take care of
a problem for me in Florida."

248
00:15:20,336 --> 00:15:22,755
I said, "What problem would that be?"
He said, "Carole Baskin."

249
00:15:22,838 --> 00:15:24,214
I said, "No, I can't.

250
00:15:25,132 --> 00:15:26,258
I can't and I won't."

Exhibit 13

251
00:15:27,635 --> 00:15:30,137
Being around him,
and I was around him quite a bit,

252
00:15:30,471 --> 00:15:31,680
you see sides of him.

253
00:15:34,016 --> 00:15:37,937
When I do become psychotic,
that's my "going to Tampa" gun.

254
00:15:41,690 --> 00:15:43,317
[Reinke] You really couldn't tell with Joe

255
00:15:43,400 --> 00:15:45,527
if he was serious
or wasn't serious half the time.

256
00:15:46,362 --> 00:15:49,281
[interviewer] Do you think Joe was acting
entirely alone?

257
00:15:49,406 --> 00:15:52,201
[Thompson] Some people who were working
with Joe were criminals.

258
00:15:53,035 --> 00:15:54,495
Jeff Lowe is a felon.

259
00:15:55,079 --> 00:15:56,872
He's done numerous things.

260
00:15:57,456 --> 00:16:00,000
I know he strangled his first wife
in the past.

261
00:16:01,168 --> 00:16:03,796
Allen, Jeff Lowe's right-hand man,
he's a felon.

262
00:16:04,797 --> 00:16:07,591
I don't know for a fact,

Exhibit 13

but James Garretson ought to be a felon.

263
00:16:08,175 --> 00:16:11,095
Not only did he get in trouble
for pulling a gun on somebody,

264
00:16:11,178 --> 00:16:13,180
this the same man
that sold me a stolen Hummer...

265
00:16:14,515 --> 00:16:17,267
and till this day,
I still think there's a case pending

266
00:16:17,351 --> 00:16:19,103
in Garvin county over it.

267
00:16:21,146 --> 00:16:23,107
They're just all crooked, you know?

268
00:16:23,190 --> 00:16:25,275
There's a bunch of rats
in the neighborhood.

269
00:16:44,378 --> 00:16:46,797
-[man] James. What's happening?
-What's going on?

270
00:16:46,880 --> 00:16:47,965
Not much.

271
00:16:49,425 --> 00:16:51,218
-How's business?
-It's not bad.

272
00:16:51,844 --> 00:16:53,554
It's a grind like everything else.

273
00:16:54,513 --> 00:16:55,639
Just grind, grind, grind.

274
00:16:56,932 --> 00:17:00,686

Exhibit 13

I heard that Joe tried to hire someone
to kill Carole.

275
00:17:00,769 --> 00:17:03,647
He's been trying to get somebody
to kill Carole for years, all right?

276
00:17:04,231 --> 00:17:05,524
When Jeff came along...

277
00:17:06,066 --> 00:17:08,527
everybody thought Jeff was
this multi-millionaire

278
00:17:08,610 --> 00:17:11,280
and had all this money... Blah, blah.

279
00:17:11,822 --> 00:17:15,659
And whenever Jeff got around,
Joe got a big head and...

280
00:17:16,577 --> 00:17:17,411
those two...

281
00:17:18,412 --> 00:17:19,747
were trying to get Carole whacked.

282
00:17:19,830 --> 00:17:21,832
Why are you so convinced of that?

283
00:17:21,915 --> 00:17:23,542
Because I was the only one there.

284
00:17:23,917 --> 00:17:25,461
You were actually there?

285
00:17:25,627 --> 00:17:26,462
Yeah.

286
00:17:26,545 --> 00:17:29,798
The first time I met
and discussed the whole murder for hire,

Exhibit 13

287
00:17:30,466 --> 00:17:32,051
we were sitting in the meeting.

288
00:17:32,217 --> 00:17:35,304
Joe is in his little office back there.
Jeff Lowe is right here,

289
00:17:35,387 --> 00:17:37,765
and they were talking about
the easiest way to kill Carole.

290
00:17:38,432 --> 00:17:41,810
Hey, all you cool cats and kittens,
it's Carole from Big Cat Rescue and I...

291
00:17:41,894 --> 00:17:44,605
It was a day where she was riding
her bicycle down a bicycle path,

292
00:17:45,105 --> 00:17:47,524
and she's riding like
the Wicked Witch of the West,

293
00:17:47,608 --> 00:17:48,942
and Joe says, "Look at this bitch.

294
00:17:49,026 --> 00:17:52,863
She rides this entire bike trail
and there's nobody around."

295
00:17:52,946 --> 00:17:55,365
He says, "That's where you gotta hit her.
That's where I gotta get her.

296
00:17:55,449 --> 00:17:57,826
Somebody take a shot from the bushes,
and get her right there."

297
00:17:58,410 --> 00:18:01,330
And then Jeff Lowe goes
to Google Earth and...

Exhibit 13

298
00:18:01,914 --> 00:18:04,625
shows the bike path
right by Big Cat Rescue and stuff.

299
00:18:05,417 --> 00:18:08,837
And he's like, "You can sit right here
and then shoot her while she's riding."

300
00:18:09,379 --> 00:18:12,633
So Jeff Lowe knew more about
the schematics than anything.

301
00:18:13,801 --> 00:18:15,803
That was because
I was the only one smart enough

302
00:18:15,886 --> 00:18:19,014
to bring up the picture on Google Earth
and show it to Travis.

303
00:18:19,598 --> 00:18:22,935
Travis says, "I can shoot her from there,
I can shoot her from there." Joe's like,

304
00:18:23,018 --> 00:18:25,229
"You're not shooting her
because you're my husband

305
00:18:25,312 --> 00:18:26,522
and you'll go to jail forever."

306
00:18:27,606 --> 00:18:30,109
[Joe] I was back at my desk
minding my own business...

307
00:18:31,401 --> 00:18:33,362
because none of that's on my computer.

308
00:18:33,821 --> 00:18:34,863
It's all Jeff Lowe,

309
00:18:35,489 --> 00:18:39,535

Exhibit 13

but Jeff Lowe's had time
to remove that all from his computer now.

310
00:18:41,912 --> 00:18:43,956
[Lowe] Joe talked about
killing this woman...

311
00:18:44,039 --> 00:18:47,042
if it wasn't a daily basis,
it was definitely every week.

312
00:18:47,376 --> 00:18:49,461
He says, "Well, the bitch still lives
another day,"

313
00:18:49,545 --> 00:18:51,672
and he says, "I'll find somebody."

314
00:18:51,755 --> 00:18:53,298
He just wasn't shy about it.

315
00:18:54,133 --> 00:18:55,092
[Glover] Well...

316
00:18:55,175 --> 00:18:56,802
Joe brought it up several times.

317
00:18:57,261 --> 00:18:59,429
Did I know anybody
that could kill the lady?

318
00:19:00,430 --> 00:19:02,558
I just put it off, as y'know, bullshit.

319
00:19:03,559 --> 00:19:05,686
I came in the office one day,
and he's like,

320
00:19:06,019 --> 00:19:07,521
"I got this crossbow.

321
00:19:08,063 --> 00:19:10,858

Exhibit 13

You could use this on her nature trail,
wherever she walks.

322
00:19:10,941 --> 00:19:13,610
You could shoot her with this,
nobody'd ever see you."

323
00:19:13,694 --> 00:19:15,070
I'm like, "What the fuck?"

324
00:19:15,529 --> 00:19:18,282
Okay, I can see me walking
around Florida with a fucking...

325
00:19:18,574 --> 00:19:21,368
camouflage suit on, okay.
But a fucking crossbow?

326
00:19:21,618 --> 00:19:22,911
Gimme a break.

327
00:19:22,995 --> 00:19:26,331
Allen Glover, he's an old time employee
of Jeff. Jeff knows him real well.

328
00:19:26,415 --> 00:19:29,459
Supposedly since he has a teardrop tattoo,

329
00:19:30,127 --> 00:19:31,545
he's killed somebody before.

330
00:19:32,504 --> 00:19:33,714
Joe came to me one day.

331
00:19:33,797 --> 00:19:36,300
Just out of the blue he says,
"You think Allen can kill somebody?"

332
00:19:36,383 --> 00:19:39,469
I said, "Is he capable of it?"
I said, "Of course. Who's not?"

333

Exhibit 13

```
     00:19:39,928 --> 00:19:42,848
I said, "I'll cut her fucking head off
        for ya if you want."

               334
     00:19:42,931 --> 00:19:44,308
     And he was all into that.

               335
     00:19:45,184 --> 00:19:47,394
       I said, "Would you like me
         to bring it back?"

               336
     00:19:47,603 --> 00:19:49,563
"No, no, get rid of it in the swamp!"

               337
     00:19:49,980 --> 00:19:51,356
        I was like, "Okay...

               338
     00:19:52,774 --> 00:19:53,609
             Will do."

               339
     00:19:58,488 --> 00:20:01,450
     [Lowe] So Joe put a picture
     of her property on Facebook

               340
     00:20:01,533 --> 00:20:03,952
           and it said,
"Finally found where the bitch lives."

               341
     00:20:04,036 --> 00:20:06,538
What the fuck are you doing, you know?
        What are you, stupid?

               342
     00:20:06,622 --> 00:20:07,915
       I love the cute hat!

               343
     00:20:08,415 --> 00:20:10,709
       [Lowe] Truth be told,
it'd be better for the animal industry

               344
     00:20:10,792 --> 00:20:11,627
        if Carole was dead.

               345
```

Exhibit 13

00:20:11,710 --> 00:20:13,295
Little hearts on the bottom.

346
00:20:17,090 --> 00:20:18,717
[Lowe] But it started to concern me enough

347
00:20:18,800 --> 00:20:23,055
when I realized that Joe has become
a complete liability.

348
00:20:23,472 --> 00:20:26,808
We're not done yet.
We're still gonna dig up Carole's ass.

349
00:20:26,892 --> 00:20:28,310
Before I'm done with this,

350
00:20:28,393 --> 00:20:30,604
I'm gonna have the bitch's head in a jar.

351
00:20:30,687 --> 00:20:33,690
Joe probably thought I was loyal to him
and I would never turn on him.

352
00:20:34,149 --> 00:20:36,985
I told Lauren, I said, "You know what?
I'm calling James Garretson

353
00:20:37,069 --> 00:20:38,737
and I want to meet."

354
00:20:39,696 --> 00:20:43,533
So Jeff Lowe decided,
"Hey, let's meet at Applebee's."

355
00:20:44,701 --> 00:20:47,329
Jeff Lowe claims
Joe's doing all this illegal stuff.

356
00:20:47,955 --> 00:20:51,250
He said, "I want to get rid of that zoo.
I want to get out of that headache."

Exhibit 13

357
00:20:53,168 --> 00:20:56,880
And I said, "Call Carole Baskin
and tell her for half a million bucks,

358
00:20:56,964 --> 00:20:58,715
I will hand her Joe on a silver platter

359
00:20:58,799 --> 00:21:00,676
with all the crimes
I know he's committed."

360
00:21:02,219 --> 00:21:05,055
I said, "Sure I'll do it."
He offered me $100,000 to do it.

361
00:21:06,306 --> 00:21:10,310
Carole's phone rang
and saw that it was the 405 number

362
00:21:10,394 --> 00:21:11,770
and did not answer it,

363
00:21:11,853 --> 00:21:15,440
and then a text came in that said,

364
00:21:15,524 --> 00:21:19,194
"If you want information against Joe,
return the call."

365
00:21:19,903 --> 00:21:22,572
We sent that to the law enforcement.

366
00:21:23,824 --> 00:21:26,034
I waited another day,
and then I get a call.

367
00:21:26,618 --> 00:21:27,452
I'm like, "Who is this?"

368
00:21:27,869 --> 00:21:31,290
And he says, "I'm special agent
Matt Brown, US Fish and Wildlife."

Exhibit 13

369
00:21:32,708 --> 00:21:33,542
I'm like, "Really?"

370
00:21:35,127 --> 00:21:37,254
[Howard] Special agents
of the Fish and Wildlife Service

371
00:21:37,337 --> 00:21:39,631
have very similar powers to FBI agents.

372
00:21:39,715 --> 00:21:41,591
It's just they're mostly focused
on animals, not people.

373
00:21:42,843 --> 00:21:45,095
[Garretson]
This agent shows up here at my shop.

374
00:21:45,178 --> 00:21:46,013
We talk.

375
00:21:46,847 --> 00:21:49,182
He's like,
"You're in a lot of fucking trouble."

376
00:21:49,266 --> 00:21:50,225
[interviewer] For what reason?

377
00:21:50,309 --> 00:21:51,268
Well, here's the deal.

378
00:21:51,351 --> 00:21:53,312
I don't have anything to do
with any of this.

379
00:21:53,395 --> 00:21:55,105
Other than the lemur
I got my ass in a pinch,

380
00:21:55,188 --> 00:21:57,691
and the Feds fucking twisted my arm

Exhibit 13

over that and shit.

381
00:21:58,692 --> 00:22:01,611
I had bought a lemur with bogus paperwork.

382
00:22:02,029 --> 00:22:04,448
They said, you know,
I'm probably going to get a charge.

383
00:22:04,990 --> 00:22:06,616
My lawyer told me,

384
00:22:06,700 --> 00:22:10,037
"You got to do what they want.
They got your fucking ass hammered."

385
00:22:10,120 --> 00:22:11,580
I don't agree with the laws.

386
00:22:11,663 --> 00:22:13,749
I hate the fucking USDA.

387
00:22:14,082 --> 00:22:15,500
I don't like the government.

388
00:22:15,625 --> 00:22:17,502
That's me personally, but--

389
00:22:18,587 --> 00:22:19,838
What do you fucking do?

390
00:22:20,005 --> 00:22:22,174
I thought about it for a couple weeks,

391
00:22:22,257 --> 00:22:24,468
and I was like,
"Do I want to get involved in this?"

392
00:22:24,843 --> 00:22:26,970
And I thought it was
the noble thing to do.

Exhibit 13

393
00:22:27,429 --> 00:22:30,766
So, I signed up to be
a confidential informant.

394
00:22:35,145 --> 00:22:39,107
I was told to record
all conversations with Joe and Jeff.

395
00:22:39,775 --> 00:22:42,986
Had to keep track of 'em and figure out
what they were planning.

396
00:22:49,576 --> 00:22:51,995
[interviewer]
Who is James Garretson in all of this,

397
00:22:52,079 --> 00:22:53,914
and why is he working for the Feds?

398
00:22:58,418 --> 00:22:59,378
What?

399
00:23:03,673 --> 00:23:05,717
That's news for me.

400
00:23:08,011 --> 00:23:10,430
[Reinke]
I would say James Garretson's involvement

401
00:23:10,555 --> 00:23:13,058
is to get himself out of trouble,
if he's involved.

402
00:23:13,767 --> 00:23:16,978
He's got so much on him, he don't know
how he was going to get out of it,

403
00:23:17,062 --> 00:23:19,856
so he come up with
all this undercover stuff

404
00:23:19,940 --> 00:23:21,733

Exhibit 13

just to cover his own ass.

405
00:23:22,484 --> 00:23:24,986
[Joe] This has nothing to do
with that lemur.

406
00:23:25,779 --> 00:23:30,117
James is the mastermind
behind illegal credit cards.

407
00:23:30,200 --> 00:23:32,869
He sold John Reinke a stolen Hummer.

408
00:23:33,036 --> 00:23:36,206
As far as I know they could've busted him
with a whole bunch of stolen shit.

409
00:23:37,165 --> 00:23:39,418
Everything about him is a lie.

410
00:23:40,043 --> 00:23:43,630
The man is just
a walking Chucky doll, dude.

411
00:23:44,423 --> 00:23:47,259
[Garretson] If I stole a Hummer,
don't you think I'd be charged? Come on.

412
00:23:48,593 --> 00:23:49,845
The guy's delusional.

413
00:23:53,974 --> 00:23:57,602
So back in 2017,
Joe was just running for office.

414
00:23:57,686 --> 00:23:59,187
Everybody looked at him like a clown.

415
00:24:00,105 --> 00:24:01,648
He could put his face on billboards,

416
00:24:01,731 --> 00:24:05,944

Exhibit 13

have a limousine to carry himself around,
he can be the big hero,

417
00:24:06,236 --> 00:24:08,822
but he's really trying to find somebody
to kill Carole Baskin.

418
00:24:13,660 --> 00:24:14,786
All I knew

419
00:24:14,870 --> 00:24:17,747
is Joe had already picked Allen Glover
for the hit.

420
00:24:18,331 --> 00:24:21,668
So I told the FBI
Glover was gonna actually do it.

421
00:24:23,628 --> 00:24:26,173
Nobody at the park knew about
the undercover stuff.

422
00:24:26,465 --> 00:24:27,424
Not even Jeff Lowe.

423
00:24:29,092 --> 00:24:29,968
TAMPA, FLORIDA

424
00:24:30,051 --> 00:24:32,471
[Howard] I was sitting at my desk
when the phone rang,

425
00:24:33,096 --> 00:24:34,723
and it was the FBI.

426
00:24:34,973 --> 00:24:38,310
They felt there was an effort by Joe
to kill Carole.

427
00:24:38,560 --> 00:24:40,812
So when I'm told,
"Well there's a credible threat now,"

Exhibit 13

428
00:24:40,896 --> 00:24:43,648
I'm like, "There's been a credible threat
all this time.

429
00:24:43,732 --> 00:24:46,318
You just caught on to it
in the last few days."

430
00:24:46,401 --> 00:24:50,030
We were aware that this was a possibility.
It's just that call

431
00:24:50,530 --> 00:24:52,282
seriously elevated this.

432
00:24:52,365 --> 00:24:54,367
DEPARTMENT OF JUSTICE

433
00:25:00,207 --> 00:25:05,212
We reached out to Ms. Baskin
in, I want to say, November of 2017.

434
00:25:05,629 --> 00:25:07,631
And this was at the point where we'd heard

435
00:25:07,714 --> 00:25:10,050
some recorded phone calls
and conversations

436
00:25:10,133 --> 00:25:13,970
between Mr. Garretson
and Mr. Maldonado-Passage

437
00:25:14,054 --> 00:25:17,307
indicating that there was, in fact,
a plot coming together.

438
00:25:18,183 --> 00:25:21,186
If Mr. Glover was leaving
to commit this murder,

439
00:25:22,062 --> 00:25:23,813

Exhibit 13

Mr. Garretson would have knowledge
of that.

440
00:25:24,898 --> 00:25:27,150
First I heard
that Glover was gonna knife her.

441
00:25:27,234 --> 00:25:30,362
And then I heard a gun.
Joe, he didn't really get into detail.

442
00:25:31,321 --> 00:25:33,448
I think he was just leaving that
up to the hit man.

443
00:25:35,951 --> 00:25:38,995
And when I talked to Glover,
Glover was mean and nasty.

444
00:25:39,371 --> 00:25:42,958
He said, "If anybody at the park
rats me out, or whatever,

445
00:25:43,041 --> 00:25:45,085
I'll kill every one
of these motherfuckers."

446
00:25:47,128 --> 00:25:49,631
And he was drinking a lot,
doing a lot of cocaine.

447
00:25:49,756 --> 00:25:51,299
When you're in that state...

448
00:25:51,383 --> 00:25:53,635
and he didn't have anything to lose,
you know?

449
00:25:54,302 --> 00:25:55,345
[Glover] The plan was...

450
00:25:55,428 --> 00:25:56,888
Hide. Hunt.

Exhibit 13

451
00:25:57,389 --> 00:25:58,557
Find this woman.

452
00:25:59,474 --> 00:26:02,310
And Joe fucking put his trust in me
to do it.

453
00:26:05,522 --> 00:26:07,607
[Howard] Carole stopped riding her bicycle
to and from.

454
00:26:08,233 --> 00:26:09,985
We put in security cameras.

455
00:26:10,068 --> 00:26:11,945
We kept guns by the bed,

456
00:26:12,362 --> 00:26:14,197
and we carried guns in our car.

457
00:26:15,865 --> 00:26:17,701
[Carole] I got out of my car to get gas

458
00:26:18,368 --> 00:26:20,245
and this guy starts coming toward me.

459
00:26:20,704 --> 00:26:22,330
The whole time he's approaching me

460
00:26:22,414 --> 00:26:24,624
I'm thinking,
"At what point is he close enough

461
00:26:24,708 --> 00:26:27,294
that I should just turn this gas nozzle
into his face?"

462
00:26:28,253 --> 00:26:30,297
[Howard] And naturally,
if someone is approaching you,

Exhibit 13

463
00:26:30,380 --> 00:26:33,425
now you're thinking,
"Could this be the hit man?"

464
00:26:34,801 --> 00:26:37,220
[Garretson]
And then Allen Glover disappeared.

465
00:26:39,180 --> 00:26:42,142
Fish and Game guys were like,
"Fuck, what's going on?"

466
00:26:46,271 --> 00:26:48,940
They didn't want him to get down there
and kill Carole

467
00:26:49,441 --> 00:26:50,817
because they knew about it.

468
00:26:50,900 --> 00:26:52,068
They could arrest him.

469
00:26:53,486 --> 00:26:55,780
[Carole]
I had heard through the whistle-blowers

470
00:26:55,864 --> 00:26:59,200
that one of Joe's tacks
that he would take against me

471
00:26:59,284 --> 00:27:01,286
would be to drug me with ketamine,

472
00:27:01,369 --> 00:27:03,246
which is a paralyzing agent

473
00:27:03,330 --> 00:27:05,707
so that they could put me
into the back of a car

474
00:27:05,790 --> 00:27:07,334
and drive me out into a swamp,

Exhibit 13

475
00:27:07,417 --> 00:27:09,502
where they could cut my body into pieces.

476
00:27:11,838 --> 00:27:14,215
[Garretson] We were just trying to track
Glover's whereabouts,

477
00:27:14,299 --> 00:27:17,093
like where he's at. Was he down in Tampa?

478
00:27:17,594 --> 00:27:19,262
But he's not responding.

479
00:27:19,721 --> 00:27:23,099
So it was a big shit show.

480
00:27:31,775 --> 00:27:33,443
[Carole] I knew that he was out there.

481
00:27:33,777 --> 00:27:35,862
I knew that he was deranged.

482
00:27:36,821 --> 00:27:39,115
I knew that somebody really wants me dead.

483
00:27:40,950 --> 00:27:43,536
There was a noise out on our porch,

484
00:27:43,620 --> 00:27:46,039
which is right outside where our bed is.

485
00:27:46,122 --> 00:27:48,792
It sounded like
someone had broken through the screen,

486
00:27:48,917 --> 00:27:52,337
and I woke up to see Carole there,
holding her gun,

487
00:27:53,046 --> 00:27:56,341

Exhibit 13

```
     -and it turned out to be two--
    -Dang near shot the neighbor's dog.

              488
    00:27:58,968 --> 00:28:01,179
[Carole] You don't have to worry about
           the barking dog

              489
    00:28:01,262 --> 00:28:02,931
  so much as the one that's quiet.

              490
    00:28:03,932 --> 00:28:05,684
  Those are the people that worry me.

              491
    00:28:10,188 --> 00:28:12,565
[Garretson] Eventually, I made contact
           with Allen Glover.

              492
    00:28:14,025 --> 00:28:16,319
  I was just supposed to small talk
              with him.

              493
    00:28:17,070 --> 00:28:19,572
   No matter what I really said,
    just to keep him talking.

              494
    00:28:20,824 --> 00:28:23,326
  All the text messages were given
         to the government.

              495
    00:28:23,410 --> 00:28:26,246
         GOING BACK HOME

              496
    00:28:26,329 --> 00:28:29,165
        TIRED OF THIS SHIT.

              497
    00:28:33,420 --> 00:28:36,214
        The conversation
  that had occurred with Mr. Glover

              498
    00:28:36,297 --> 00:28:38,299
  seemed to indicate that plot was over.

              499
```

Exhibit 13

00:28:39,092 --> 00:28:41,845
Mr. Glover was just going back home
to South Carolina,

500
00:28:41,928 --> 00:28:44,764
and the agents agreed
this plot had fallen apart.

501
00:28:48,184 --> 00:28:51,438
Apparently, I chickened the fuck out
and didn't make it there.

502
00:28:52,355 --> 00:28:53,732
I started partying instead.

503
00:28:56,735 --> 00:28:58,570
I was pretty fucking scatterbrained.

504
00:29:00,405 --> 00:29:03,950
It's fucked up, the way things happened,
but it happened out for the best.

505
00:29:07,203 --> 00:29:09,456
[Garretson]
At that point, the case stopped.

506
00:29:10,290 --> 00:29:12,959
Glover ended up
in a totally different state.

507
00:29:16,629 --> 00:29:17,922
[Howard] In murder for hire,

508
00:29:18,006 --> 00:29:21,468
the federal prosecutors
don't wanna bring a case

509
00:29:21,551 --> 00:29:23,845
unless it's rock solid,

510
00:29:24,220 --> 00:29:25,764
and to get to that point,

Exhibit 13

511
00:29:26,306 --> 00:29:28,933
things have to happen
like transfer of money.

512
00:29:30,351 --> 00:29:32,312
[Garretson]
I thought the plot stopped with Glover,

513
00:29:32,687 --> 00:29:35,815
but the Feds wanted me to put in
an undercover agent.

514
00:29:37,066 --> 00:29:38,818
I picked him up, we rode in my car.

515
00:29:39,402 --> 00:29:41,362
I was like, "Hey, Joe, this is my guy.

516
00:29:41,446 --> 00:29:43,573
This is the guy
who will whack Carole for you."

517
00:29:44,282 --> 00:29:45,867
[as Joe] "Really? How much?"

518
00:29:47,076 --> 00:29:49,162
[Green]
They did discuss various details

519
00:29:49,245 --> 00:29:51,289
that Mr. Passage should buy
some burner phones,

520
00:29:51,372 --> 00:29:55,543
or that Mr. Passage should obtain
an unregistered pistol from a flea market,

521
00:29:55,627 --> 00:29:58,755
and that he would pay him
some upfront money.

522
00:29:59,422 --> 00:30:02,634

Exhibit 13

[Garretson] We started out at 5,000 down
and 5,000 when she's dead.

523
00:30:03,218 --> 00:30:06,137
"Well, let me sell some tigers,
and I'll get you $10,000."

524
00:30:06,721 --> 00:30:07,806
He was negotiating.

525
00:30:08,139 --> 00:30:09,891
He was trying to get the best deal.

526
00:30:11,184 --> 00:30:12,852
They discussed in detail:

527
00:30:13,353 --> 00:30:16,439
"Follow her into a parking lot,
cap her, and drive off."

528
00:30:17,774 --> 00:30:20,443
They had the talk,
and then they negotiated the price,

529
00:30:20,527 --> 00:30:22,487
and... that was the wrap.

530
00:30:23,655 --> 00:30:27,158
[interviewer] But why did you need
a special agent to pose as a hit man?

531
00:30:27,408 --> 00:30:29,536
That was gonna be
the nail in the coffin...

532
00:30:30,912 --> 00:30:32,789
but there was supposed to be payment.

533
00:30:33,248 --> 00:30:35,083
[Green]
The government doesn't have any evidence

534

Exhibit 13

```
00:30:35,166 --> 00:30:38,753
that Mr. Passage actually obtained
any of the phones or the pistol,

535
00:30:38,837 --> 00:30:41,089
and certainly
that he did not give any money

536
00:30:41,172 --> 00:30:43,049
to the undercover agent.

537
00:30:44,509 --> 00:30:46,302
[Howard] Over the ensuing months,

538
00:30:46,386 --> 00:30:49,013
I would just check in with the FBI

539
00:30:49,138 --> 00:30:53,059
and make sure that this was still active
and happening.

540
00:30:53,726 --> 00:30:55,854
We kept waiting for the arrest,

541
00:30:55,937 --> 00:30:58,147
but there were months
where nothing happened.

542
00:30:59,899 --> 00:31:02,735
[Garretson] It just dragged on forever,
and it wasn't gonna happen.

543
00:31:05,154 --> 00:31:06,865
So we all thought
they backed off the plan.

544
00:31:10,702 --> 00:31:15,123
So about the same time
that the FBI was waiting on Joe,

545
00:31:15,582 --> 00:31:18,501
Jeff was dealing with all the problems
in Vegas.
```

Exhibit 13

546
00:31:20,545 --> 00:31:22,046
[judge] I am adjudicating you guilty.

547
00:31:22,130 --> 00:31:23,381
You will stay out of trouble.

548
00:31:23,464 --> 00:31:25,967
That means no illegal activity.

549
00:31:26,301 --> 00:31:28,553
If not, you will serve the 179 days.

550
00:31:28,636 --> 00:31:30,430
Do you understand my orders?

551
00:31:30,930 --> 00:31:31,764
I do.

552
00:31:35,560 --> 00:31:38,062
[Lowe] The judge says,
"Stay out of trouble for a year."

553
00:31:38,646 --> 00:31:40,648
We loaded up stuff and we left.

554
00:31:42,525 --> 00:31:44,402
When we came back here from Las Vegas,

555
00:31:44,485 --> 00:31:48,114
I had one of my semi-daily conversations
with James Garretson.

556
00:31:48,197 --> 00:31:50,700
'Cause we were kind of close at the time.
We talked quite a bit.

557
00:31:50,783 --> 00:31:53,244
I told Jeff some things
that were in confidence.

558

Exhibit 13

00:31:53,328 --> 00:31:54,287
[interviewer] Like what?

559
00:31:54,787 --> 00:31:57,665
I said, "I'm working undercover
with the Feds and Fish and Game."

560
00:31:59,918 --> 00:32:03,796
I told him that they already knew about
the plan to kill Carole Baskin.

561
00:32:04,255 --> 00:32:06,090
They knew everybody involved.

562
00:32:06,925 --> 00:32:09,218
And I said, "Why haven't they come to me?"

563
00:32:09,427 --> 00:32:11,429
And he says, "They want to."

564
00:32:11,512 --> 00:32:13,890
I asked him if he wanted to cooperate
and he said...

565
00:32:13,973 --> 00:32:16,142
I'm dying to talk to them
and tell them what I know.

566
00:32:16,935 --> 00:32:19,062
[Reinke] When Jeff Lowe got in trouble
in Las Vegas,

567
00:32:19,145 --> 00:32:21,564
he was looking at jail time there
and a big fine.

568
00:32:22,065 --> 00:32:24,484
I promise you, he's trying
to squash that bullshit in Las Vegas

569
00:32:24,567 --> 00:32:26,569
by feeding them Joe. I mean,

Exhibit 13

570
00:32:26,653 --> 00:32:29,280
there's a motive behind their madness,
I promise you.

571
00:32:31,282 --> 00:32:32,408
[Lowe] I trusted James.

572
00:32:33,076 --> 00:32:36,120
And he said, "Look, they asked me
to bring Joe a hit man,"

573
00:32:36,371 --> 00:32:37,956
and had Joe

574
00:32:38,665 --> 00:32:41,584
pulled a five dollar bill
out of his pocket as a deposit...

575
00:32:42,210 --> 00:32:45,672
that would have been the impetus
to storm the park,

576
00:32:45,880 --> 00:32:49,175
but because he didn't commit
the overt act of...

577
00:32:50,301 --> 00:32:51,803
of actually paying,

578
00:32:52,303 --> 00:32:53,513
they had to wait.

579
00:32:55,014 --> 00:32:57,725
It was right after that I told James

580
00:32:57,809 --> 00:32:59,644
that the day before Allen left,

581
00:33:00,353 --> 00:33:03,189
Joe paid him to go kill Carole.

582

Exhibit 13

```
00:33:05,024 --> 00:33:06,484
     James brought the FBI,

            583
00:33:07,068 --> 00:33:08,653
 and I started spilling my guts.

            584
00:33:10,530 --> 00:33:12,323
   The Feds had me call Allen

            585
00:33:12,407 --> 00:33:15,034
 and try to find out Allen's side
          of the story.

            586
00:33:16,035 --> 00:33:18,246
And he says, "Can you get me immunity?"
       I said, "I can't."

            587
00:33:18,329 --> 00:33:20,206
I said, "That's not my position." I said,

            588
00:33:20,289 --> 00:33:22,458
"But the closest thing you're gonna get
          to immunity

            589
00:33:22,542 --> 00:33:24,168
     is if you come back
     and help these guys,"

            590
00:33:24,252 --> 00:33:27,880
I said, "because they don't want you,
       they want Joe."

            591
00:33:31,134 --> 00:33:33,386
  -They know all about Joe.
          -Right.

            592
00:33:33,803 --> 00:33:36,097
  What I recommend strongly...

            593
00:33:36,347 --> 00:33:38,433
You don't wanna be on Joe's side
     when this comes down.
```

Exhibit 13

594
00:33:38,516 --> 00:33:39,851
You wanna be on the government's side.

595
00:33:39,934 --> 00:33:41,811
-I gotcha.
-What that-- What that means...

596
00:33:41,936 --> 00:33:43,604
is you've gotta tell me, like,

597
00:33:43,688 --> 00:33:46,691
when he, I don't wanna put any words
in your mouth, so...

598
00:33:46,983 --> 00:33:50,153
like, let's just say from
the very first time he approached you,

599
00:33:50,319 --> 00:33:52,530
what he said, and I'll let you go.

600
00:33:52,613 --> 00:33:53,948
He would ask me, "Hey bro,

601
00:33:54,198 --> 00:33:56,409
"you know anybody to go kill
that woman for me?"

602
00:33:56,492 --> 00:33:58,327
What did he offer in exchange?

603
00:33:59,037 --> 00:34:01,956
Well, he was supposed to give me
$5,000 cash to leave with.

604
00:34:02,415 --> 00:34:05,251
But it's your understanding,
when he gave you that money,

605
00:34:05,334 --> 00:34:09,714
he did it for the purpose of you going
down to Tampa and killing Carole Baskin.

Exhibit 13

606
00:34:10,006 --> 00:34:11,466
Yeah, he gave me three grand.

607
00:34:11,549 --> 00:34:14,552
Supposed to get $5,000,
but he only got three.

608
00:34:14,635 --> 00:34:16,637
But that wasn't about the fucking money.

609
00:34:16,721 --> 00:34:18,222
It was about fucking him over.

610
00:34:22,643 --> 00:34:24,854
[Joe] Allen is Jeff's right-hand man.

611
00:34:25,813 --> 00:34:28,149
That's what makes no sense to all this.

612
00:34:28,232 --> 00:34:30,985
I'm going to hire
a $3,000 crackhead to kill her?

613
00:34:31,986 --> 00:34:35,281
But I knew something was going
to come down sooner or later

614
00:34:35,364 --> 00:34:38,910
because Jeff and James
was con-artist buddies.

615
00:34:39,702 --> 00:34:40,870
They record everything.

616
00:34:40,953 --> 00:34:42,914
Because that's how they blackmail you.

617
00:34:42,997 --> 00:34:43,831
[Lowe] You're fucked.

618

Exhibit 13

```
00:34:44,207 --> 00:34:47,335
And you know how you thought
James recorded you? You're right.

            619
00:34:47,627 --> 00:34:48,753
    You are going to jail.

            620
00:34:49,128 --> 00:34:51,005
You'll hide all of this shit.

            621
00:34:51,089 --> 00:34:53,424
    And then just tell me
  what you want me to hear.

            622
00:34:54,300 --> 00:34:55,384
    [Joe] What am I hiding?

            623
00:34:56,928 --> 00:34:59,931
   [Lowe] You paid somebody
     to kill Carole Baskin.

            624
00:35:00,014 --> 00:35:01,933
       [Joe] That is not
  what I was talking about.

            625
00:35:02,809 --> 00:35:06,062
[Lowe] When I started asking him about
where the money came from for the hit man,

            626
00:35:06,145 --> 00:35:08,606
 you know, he didn't want to answer,
    he just turned his head.

            627
00:35:08,689 --> 00:35:10,817
    I think that was the straw
   that broke the camel's back.

            628
00:35:10,900 --> 00:35:12,360
Not that he wasn't already planning
           on leaving,

            629
00:35:12,443 --> 00:35:14,612
but that's why he packed up and left.
```

Exhibit 13

630
00:35:17,824 --> 00:35:21,077
[Green] The government did not know
that Mr. Glover had, in fact,

631
00:35:21,160 --> 00:35:22,829
been given money by Mr. Passage,

632
00:35:22,912 --> 00:35:26,082
that he had given him a cellphone
with photos of Carole Baskin.

633
00:35:26,749 --> 00:35:31,254
None of that was known to the government
until July of 2018.

634
00:35:32,004 --> 00:35:34,132
That was obviously new information,

635
00:35:34,340 --> 00:35:36,384
and we indicted him.

636
00:35:38,386 --> 00:35:40,096
During the summer of 2018,

637
00:35:40,179 --> 00:35:44,225
Mr. Passage had moved to a house
within Oklahoma

638
00:35:44,308 --> 00:35:48,229
and then rapidly broken his lease,
packed up his things, and moved.

639
00:35:48,896 --> 00:35:52,191
His social media posts seemed to be
designed to indicate

640
00:35:52,275 --> 00:35:55,278
that he was in Belize
and that he was not where he was.

641
00:35:55,695 --> 00:35:59,490

Exhibit 13

[David] I had seen online all the pictures
showing that they were in Belize.

642
00:35:59,574 --> 00:36:02,410
I figured it was because
he didn't want to be around any of it,

643
00:36:02,493 --> 00:36:04,704
and he was hiding from everybody.

644
00:36:05,580 --> 00:36:07,373
[Garretson]
Before the Feds even said anything,

645
00:36:07,456 --> 00:36:10,585
I knew the picture in Belize was bullshit.

646
00:36:11,836 --> 00:36:13,546
I was like, "That's Florida water.

647
00:36:13,629 --> 00:36:15,047
That's Panhandle water."

648
00:36:15,464 --> 00:36:17,091
We all knew they were in Florida.

649
00:36:18,551 --> 00:36:20,178
The Feds want you, they're gonna get you.

650
00:36:20,761 --> 00:36:21,596
You can't hide.

651
00:36:24,807 --> 00:36:28,978
[Green] The Fish and Wildlife and FBI
had obtained phone numbers

652
00:36:29,061 --> 00:36:32,231
that were believed to be associated with
Mr. Passage,

653
00:36:32,315 --> 00:36:35,693
and they do what they call

Exhibit 13

pinging his phones off of cell towers

654
00:36:35,776 --> 00:36:37,570
to try to determine his location.

655
00:36:41,782 --> 00:36:44,660
And with the assistance
of some local law enforcement,

656
00:36:44,744 --> 00:36:46,495
he was arrested in a parking lot.

657
00:36:47,496 --> 00:36:50,249
He said, "At 10:45,
I pull into the hospital parking lot,

658
00:36:50,333 --> 00:36:52,627
parked the truck and
as I'm approaching the main entrance,

659
00:36:52,710 --> 00:36:54,712
five cars and trucks surround me,

660
00:36:54,837 --> 00:36:57,715
and one Gulf Breeze officer screams,
'Get on the ground.'

661
00:36:59,383 --> 00:37:01,677
Three large officers kneel on my back

662
00:37:01,761 --> 00:37:04,055
and all you could see
is the barrel of the gun.

663
00:37:07,141 --> 00:37:09,352
You would've thought
they just caught Ted Bundy."

664
00:37:09,936 --> 00:37:11,312
[laughs]

665
00:37:12,730 --> 00:37:15,066

Exhibit 13

"Somehow, some way,
I'm going to make this up to you.

666
00:37:15,149 --> 00:37:17,526
I've never been more proud of
being married to anyone

667
00:37:18,152 --> 00:37:19,570
as I am of you. Let's hope--

668
00:37:22,240 --> 00:37:24,367
Let's hope this all works out in Oklahoma.

669
00:37:24,450 --> 00:37:25,993
Just never forget I love you."

670
00:37:29,789 --> 00:37:31,415
[interviewer]
What would you say to Joe now

671
00:37:31,499 --> 00:37:33,626
-if you could talk to him about--
-I would just hug him.

672
00:37:34,168 --> 00:37:35,336
You know,
that's what he needs.

673
00:37:35,419 --> 00:37:39,090
He doesn't have any contact,
and he's a very affectionate man.

674
00:37:41,634 --> 00:37:44,512
So I would definitely just hug him
as tight as I could.

675
00:37:46,847 --> 00:37:49,558
Hey, everyone.
It's Carole at Big Cat Rescue.

676
00:37:50,059 --> 00:37:53,271
Today,
Joseph Schreibvogel-Maldonado-Passage,

Exhibit 13

```
                        677
         00:37:53,354 --> 00:37:55,147
           also known as Joe Exotic,

                        678
         00:37:55,231 --> 00:37:58,818
     was arrested for seeking to hire someone
               to murder me.

                        679
         00:37:58,901 --> 00:38:03,614
          We are enormously grateful
       to the U.S. Fish and Wildlife Service,

                        680
         00:38:03,698 --> 00:38:08,286
          the FBI for the many months
           of incredibly hard work

                        681
         00:38:08,619 --> 00:38:10,746
       that went into this investigation.

                        682
         00:38:12,373 --> 00:38:14,583
                    KARMA

                        683
         00:38:16,294 --> 00:38:20,881
          Joseph Maldonado-Passage,
     perhaps better known as Joe Exotic--

                        684
         00:38:20,965 --> 00:38:22,425
               -Joe Exotic--
               -Joe Exotic--

                        685
         00:38:22,508 --> 00:38:23,384
               Joe Exotic--

                        686
         00:38:23,467 --> 00:38:25,970
         The well-known 55-year-old
            former zoo owner

                        687
         00:38:26,053 --> 00:38:27,305
       was taken into custody today.

                        688
         00:38:27,388 --> 00:38:29,765
            Maldonado-Passage
```

Exhibit 13

is being held without bond

689
00:38:29,849 --> 00:38:33,352
and was appointed a public defender
by a federal magistrate judge today.

690
00:38:33,436 --> 00:38:35,146
A court date has not yet been set.

691
00:38:35,229 --> 00:38:36,480
[Reinke] This pisses me off.

692
00:38:37,815 --> 00:38:39,275
He thinks he's above the law.

693
00:38:41,068 --> 00:38:43,195
I just can't believe
he actually paid somebody to do it.

694
00:38:47,366 --> 00:38:48,242
NEW AT 10:00

695
00:38:49,076 --> 00:38:51,662
Hiya, Miss Silva, this is Joe Exotic

696
00:38:51,746 --> 00:38:55,499
from your local jail
in Chickasha, Oklahoma.

697
00:38:55,750 --> 00:38:58,627
Joe Exotic makes good TV.
He makes good news.

698
00:38:58,711 --> 00:39:00,880
Even if it's a train wreck,
you can't help but look.

699
00:39:01,797 --> 00:39:06,052
[Joe] They strip you butt naked, put you
in a six-by-eight-foot concrete room

700
00:39:06,594 --> 00:39:09,722

Exhibit 13

with no windows, no blankets, no nothing.

701
00:39:10,931 --> 00:39:13,059
I am supposed to be in this country,

702
00:39:13,225 --> 00:39:14,643
born, raised...

703
00:39:14,935 --> 00:39:16,729
innocent until proven guilty.

704
00:39:17,188 --> 00:39:22,443
And I've been stripped off my clothes,
my rights, my identity, my dignity.

705
00:39:22,526 --> 00:39:24,570
You can't get him to stop talking,

706
00:39:25,071 --> 00:39:27,281
and if the cameras are rolling,
even better.

707
00:39:27,907 --> 00:39:30,618
Maldonado-Passage tells me
he has a mountain of evidence

708
00:39:30,701 --> 00:39:32,328
that will prove he was framed.

709
00:39:32,411 --> 00:39:35,289
He says he's just counting down the days
to his trial

710
00:39:35,373 --> 00:39:37,792
so he can tell his side of the story.

711
00:39:38,584 --> 00:39:39,919
[Joe] Oh, I know what happened.

712
00:39:40,002 --> 00:39:42,505
I've got three felons that want my zoo.

Exhibit 13

713
00:39:52,098 --> 00:39:54,892
[Lowe] We are starting fresh,
all brand new stuff.

714
00:39:55,810 --> 00:39:57,561
Brand new attitudes. New employees.

715
00:39:58,938 --> 00:40:01,565
The reputation of this zoo will be just
dragged through the mud

716
00:40:01,649 --> 00:40:03,609
with this whole Joe fiasco.

717
00:40:04,693 --> 00:40:06,112
I want to get away from this...

718
00:40:06,862 --> 00:40:09,281
Joe Exotic-haunted place.

719
00:40:11,158 --> 00:40:12,618
So we're building a new zoo.

720
00:40:14,578 --> 00:40:17,790
I envision a great big four
or five million dollar zoo right now.

721
00:40:18,457 --> 00:40:21,085
[Garretson] Jeff Lowe asked me
if I wanted to be part of the new zoo.

722
00:40:21,168 --> 00:40:22,253
I told him where I would build a zoo.

723
00:40:22,336 --> 00:40:24,380
I'd build a zoo down in Thackerville
by the WinStar,

724
00:40:24,463 --> 00:40:25,798
so it's closer to the Texas border.

725

Exhibit 13

```
             00:40:26,799 --> 00:40:27,967
                    Oklahoma's poor.

                          726
             00:40:28,175 --> 00:40:30,386
             You're gonna get all your customers
                   from Texas anyways.

                          727
             00:40:31,470 --> 00:40:33,431
             [Lowe] We found almost 40 acres

                          728
             00:40:33,764 --> 00:40:35,891
      about one mile behind the WinStar casino.

                          729
             00:40:38,310 --> 00:40:40,438
              Everything is gonna be huge,
                  it's gonna be open,

                          730
             00:40:40,521 --> 00:40:43,482
                it's gonna be the best
              that our money can afford.

                          731
             00:40:44,400 --> 00:40:46,485
      We're gonna build that zoo in six months.

                          732
             00:40:47,945 --> 00:40:51,240
                 [Glover] Once we move,
            it'll be a whole different ballgame.

                          733
             00:40:51,323 --> 00:40:53,075
             Everybody will be comfortable.

                          734
             00:40:53,159 --> 00:40:54,535
                It won't be no bullshit.

                          735
             00:40:54,910 --> 00:40:56,412
                   It will be nice.

                          736
             00:40:57,204 --> 00:40:58,456
                   Not like with Joe.

                          737
             00:40:58,831 --> 00:41:00,040
                God, I hate that bitch.
```

Exhibit 13

738
00:41:03,335 --> 00:41:04,670
Well, when I was told...

739
00:41:05,379 --> 00:41:07,047
the FBI was involved, I went,

740
00:41:07,506 --> 00:41:09,091
"Holy fucking shit."

741
00:41:09,175 --> 00:41:10,009
[chuckles]

742
00:41:10,092 --> 00:41:12,761
They went there and took my story
like three different times

743
00:41:12,845 --> 00:41:14,680
to make sure it was fuckin' accurate

744
00:41:14,763 --> 00:41:17,892
before they took it to the grand jury
or jury or whatever the hell it is.

745
00:41:18,392 --> 00:41:19,977
And all I did is like Jeff told me to do

746
00:41:20,060 --> 00:41:22,313
is just come and tell them exactly
what the fuck happened.

747
00:41:24,023 --> 00:41:25,774
And... thank God I did.

748
00:41:27,776 --> 00:41:29,862
I'd be sitting in there with fucking Joe.

749
00:41:32,364 --> 00:41:34,366
[Joe] Let me show and tell
the whole thing.

750

Exhibit 13

```
00:41:34,783 --> 00:41:36,076
Because then you'll get it.

          751
00:41:36,869 --> 00:41:40,498
Then you'll say, "Jesus fucking Christ,
      why are you in jail?"
```





This transcript is for educational use only.
Not to be sold or auctioned.

Exhibit 13