Exhibit 198

Conventionally Filed

AI Video 15